**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS<br>ex. rel. JAMES W. GLASGOW,<br><br>Plaintiff,<br><br>*vs.*<br><br>2022 FORD BRONCO, VIN ENDING 1573<br>2021 FORD BRONCO, VIN ENDING 6084<br>2021 AUDI RS Q8, VIN ENDING 2969<br>2022 FORD F-250, VIN ENDING 7351<br>U.S. CURRENCY $1,257.00<br>FIDELITY INVEST. ACCT. ENDING #099245<br>FIDELITY INVEST. ACCT. ENDING 074010<br>FIDELITY INVEST. ACCT. ENDING 076532<br><br>JEFFERY REGNIER AND GRETA KERANEN,<br>KEE CONSTRUCTION, LLC., KEE FIREARMS<br>AND TRAINING, LLC<br><br>Defendant/Claimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 26 CV 10295**<br><br>Hon. Sara Lee Ellis |

# CLAIMANTS EXHIBITS

A. Complaint for Forfeiture
B. Seizure Warrant
C. Search Warrant
D. Reports & emails
E. Motion to Compel Return w exhibits
F. Notice of Claim
G. Court Docket
H. Order August 12, 2026

# EX. A

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2023MX001164
Filed Date: 5/26/2023 4:21 PM
Envelope: 22908154
Clerk: GMA

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

IN THE MATTER OF THE PEOPLE OF THE STATE OF ILLINOIS, ex. rel., JAMES W. GLASGOW, State's Attorney of Will County,

Plaintiff,

vs.

2022 FORD BRONCO, VIN: FMEE5DP6NLB01573
2021FORD BRONCO, VIN: FMEDE5BH8MLB06084
2021 AUDI RS Q8, VIN: WU1ARBF15MD022969
2022 FORD F-250, VIN: 1FT7W2BT4NEF77351
UNITED STATES CURRENCY $1,257.00
FIDELITY INVESTMENT ACCOUNT ENDING IN 099245
(NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.)
FIDELITY INVESTMENT ACCOUNT ENDING IN 074010
(NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.)
FIDELITY INVESTMENT ACCOUNT ENDING IN 076532
(NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.)

Defendant.

CASE NO: 2023MX001164

DATE: 6/14/23
TIME: 9:00 A.M.

## COMPLAINT FOR FORFEITURE

NOW COME the Plaintiff, the People of the State of Illinois, by their Attorney, James W. Glasgow, State's Attorney, of Will County, by and through Assistant State's Attorney Dant T. Foulk, state, upon information and belief, as follows:

### COUNT I

1. That this cause of action arises under the provisions of 720 ILCS 5/29B-1 pertaining to a felony violation of the Money Laundering Act, in that, on or about January 28, 2021, law enforcement officers of the United States Secret Service and the Will County Sheriffs Department seized the above captioned 2022 FORD BRONCO, VIN: FMEE5DP6NLB01573, 2021 FORD BRONCO, VIN: FMEDE5BH8MLB06084, 2021 AUDI RS Q8, VIN: WU1ARBF15MD022969, 2022 FORD F-250, VIN: 1FT7W2BT4NEF77351, UNITED STATES CURRENCY $1,257.00, FIDELITY INVESTMENT ACCOUNT ENDING IN 099245 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), FIDELITY INVESTMENT ACCOUNT ENDING IN 074010 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), and FIDELITY INVESTMENT ACCOUNT ENDING IN 076532 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), from Jeffery Regnier and Greta Keranen, Kee Construction and Kee Firearms.

2.

**seizure warrant info**

In April of 2021, United States Secret Service began an investigation into money laundering, Old Plank Trail Community Bank records were obtained which showed they had received several large cash deposits at their branch in Frankfort, Illinois. The activity began with a $730,889 cash deposit on 01/22/2021. Old Plank Trail reported that Jeffery REGNIER, the owner of Kee Firearms and Training, LLC, called the bank to inquire about the best way to make a large cash deposit. The bank recommended a Brinks armoured truck retrieve the money from the business located at 21660 S. Moni Dr., New Lenox, Illinois (Will County), 60451, and Jeffery REGNIER'S account would be credited once the bank received the cash deposit. Old Plank Trail also states that Jeffery REGNIER and his son, Gavin REGNIER, have continued to make large cash deposits over the ensuing months.

Old Plank Trail Community Bank advised these large cash deposits from Kee Firearms and Training appear to be attributed to money laundering. Old Plank Trail Community Bank further stated that it was outside the normal business model for the described business since these have not happened before when the account was opened.

In May of 2021, an interview of Jeffery REGNIER at his residence, located at 24104 S. Old Farm Road, Manhattan, Illinois 60442, regarding Kee Firearms and Training, LLC, and the recent influx of cash into his bank account at Old Plank Trail Community Bank was attempted but Regnier advised that he was unavailable for an interview at the time.

Also in May of 2021 U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Chicago Field Office had shared information with Secret Service about the reported sales of Kee Firearms and Training, LLC. ATF stated that the volume of firearms sales at Kee Firearms and Training, LLC, does not correlate to the large amount of cash being deposited and that this large amount of cash is not usual activity for a firearms sale business.

To further the investigation records were obtained from Old Plank Trail Community Bank pertaining to the following accounts controlled by Regnier and Gretta and business entities Kee Firearms and Kee Construction and associated persons being account numbers: 9249986416, 2010019687, 2020005662, 2020005670, 3040021683, 3046135138, 3048895920, 3043843425, 9243794852, 9249214087, 580000162, 580000209, 2029718018, 1013155590, 1015978782, and 1012541212.

The subpoenaed bank records were subsequently analysed by Investigative Analysts and agents of the Secret Service along with records obtained from eight Chase Bank accounts of Regnier and his associated business entities and related individuals including account number 645999103. This bank account was used to transfer money between REGNIER'S banking accounts at Old Plank Trail Community Bank.

According to the statements from Chase (JPMorgan), Jeffery REGNIER began receiving Illinois Department of Employment Security (IDES) benefits to JP Morgan Chase Bank account, and number 645999103 on 06/03/2020 in the amount of $2,538.00. After receiving the IDES benefits direct deposit on 06/03/2020, REGNIER deposited a check on 06/11/2020 at JP Morgan Chase branch located at 11205 Lincoln Highway, Mokena, IL 60448 in Will County.

REGNIER received direct deposits from IDES to Chase account number 645999103 in the amounts of $12,090.00 on 08/07/2020, $2,007.00 on 08/26/2020, $1,200.00 on 09/21/2020, $7,359.00 on 11/16/2020, $600.00 on 11/17/2020, $2,007.00 om 12/07/2020, and $3,645.00 on 01/11/2021. Immediately after receiving the last direct deposit from IDES, REGNIER issued a wire transfer to Fidelity Moneyline in the amount of $50,000.00 on 01/11/2021. Records from Fidelity Investments revealed that both Jeffery REGNIER and Greta KERANEN own a joint brokerage account (628-074010) with Fidelity Investments as well as other accounts. Other Fidelity accounts over which Regnier exercises control include 628-074010 and 628-076532. Based on this, Fidelity records were obtained for Regnier and his associated accounts to include accounts ending in 9245, 4010, and 6532.

During the investigation, ATF conducted an audit of Kee Firearms which included an interview with Regnier. During this interview, Regnier stated that he was stressed due to the ATF regulatory inspection and recent notification from his bank, advising they were dropping him as a client. Jeffery REGNIER stated his bank was dropping him because they were not comfortable with the large cash deposits made throughout the year. REGNIER also stated that during the pandemic 2020, the business of Kee Firearms and Training was so busy, there was no time to make deposits and all cash payments for the business would be placed in his desk drawer. Jeffery REGNIER stated that it was easier to use his desk drawer to store the business cash rather than using safes at the premises. Jeffery REGNIER advised that the desk drawer would hardly be suspected of storing cash if the store was broken into

Records were obtained from Small Business Administration (SBA) regarding applications

and supporting documents pertaining to COVID- 19 SBA/ EIDL/PPP loans for Kee Firearms and Training, LLC, Kee Construction LLC, Jeffery REGNIER, and Greta KERANEN. The request for information revealed the following:

Loan # 96989284-00- Funded on 02/17/2021- Kee Construction LLC $47,197.00

Loan # 42380578-02- Funded on 05/27/2020- Kee Construction $150,000.00

Loan # 96027670-08- Funded on 04/09/2020- Kee Construction, LLC $ 47,199.00

Records were obtained for Old Plank Trail Bank concerning the Small Business Administration (SBA) Paycheck Protection Program (PPP) loans for the business of Kee Construction and Fidelity Investments requesting financial records pertaining to REGNIER.

Old Plank Trail Bankr records provided the application and supporting documents for Kee Construction, LLC pertaining to the Paycheck Protection Program (PPP) loan (9698928400) received on 02/18/2021, in the amount of $47,197.00 through Old Plank Trail Community Bank.

AT&T Wireless records were obtained requesting subscriber and account information for (773) 809-3118. This number (773) 809-3118 is associated with Jeffery REGNIER and the business of Kee Construction base on a database search. Documents from AT&T revealed Jeffery REGNIER is the subscriber of (773) 809-3118. The user account connected to (773) 809-3118 was opened on 11/08/2011, and the billing party is Kee Construction, LLC located at 21660 S Moni Dr, New Lenox, Il 60451.

<u>Old Plank Trail Community Bank</u>

As part of the investigation into the activities of Jeffery Regnier and Greta Keranen, Y/A requested the internal investigation file from Old Plank Trail Community Bank. The investigation covered banking activities of Jeffery Regnier and Greta Keranen from 12/18/2020 to 01/03/2022, in which Old Plank Trail documented $2,638,707.00 of cash deposits and ACH debits, which appeared to have no apparent economic, business, or lawful purpose.

<u>Kee Construction Operating Account number 2020005662</u>

The Old Plank Trail Community Bank Kee Construction Operating account number 2020005662 was opened on 01/14/2015. The business on the account is listed as "Keeconstruction LLC" with an address of 21660 S. Moni Drive, New Lenox, Illinois 60451. Both Jeffery Regnier and Greta Keranen are listed as signatories on the account.

The total credits (deposits and transfers) were $3,701,523.89. Despite this being the operating account of a construction company, there were numerous payments to vendors related to the firearms business. The vendors receiving the most payments were MGE Wholesale, Nighthawk Custom, RSR Group, Tactical Gear TGD, AmChar Wholesale, Tecnica Environ, Chattanooga Shooting, Williams Shooter, Orion Arms Corp, Sports South AR-SS, and Davidson Supply.

On 4/7/21, $12,000.00 was transferred to the joint checking account number 1012541212 of Greta Keranen and Jeffery Regnier. On 4/14/21, $6,000.00 was transferred from account number 1012541212 to Fidelity account ending in 6532.

JP Morgan Chase Bank

Chase Bank account number 645999103 showed that Jeffery Regnier is the sole signatory of this account, having opened the account on 03/21/2003 with what was then Bank One. Regnier provided his DOB and SSN at the time he opened the account. Chase records also showed that Regnier later provided his personal email address to associate with the account, jefferyregnier@yahoo.com. The address on the account is 11002 S. Whipple Street, Chicago, IL 60655. It should be noted that the majority of long-ins originated from IP address 173.161.29.1.

According to the account statement for 11/21/2019, the opening balance on that date was $125,193.10. On 12/24/2019, Regnier deposited a check in the amount of $25,499.56 at the Chase branch ATM located at 11205 Lincoln Highway, Mokena, IL 60448. On 01/02/2020, he then transferred $120,000.00 to Fidelity Moneyline.

According to the statements from Chase, Jeffery Regnier began receiving Illinois Department of Employment Security (IDES) benefits into JP Morgan Chase Bank account number 645999103 on 06/03/2020 in the amount of $2,538.00. Subsequent to receiving the IDES benefits direct deposit on 06/03/2020, Regnier deposited a check on 06/11/2020 at Chase branch located at 11205 Lincoln Highway, Mokena, IL 60448. Check number 031634 was issued by Kee Construction at P,O Box 558130 Chicago, IL 60655 to Jeffery Regnier in the amount of $29,779.75 on 06/08/2020, drawn on the Old Plank Trail Bank account number 2020005662, which is the Kee Construction Operating Account with both Greta Keranen and Jeffery Regnier as signatories. The signature on the check was purported to be Greta Keranen, who is the owner of record for Kee Construction, and is the live-in girlfriend of Jeffery Regnier. It should be noted the endorser signature is consistent with other recorded signatures of Jeffery Regnier.

Regnier received direct deposits from IDES to Chase account number 645999103 in the amounts of $12,090.00 on 08/07/2020, $2,007.00 on 08/26/2020, $1,200.00 on 09/21/2020, $7,359.00 on 11/16/2020, $600.00 on 11/17/2020, $2,007.00 om 12/07/2020, and $3,645.00 on 01/11/2021. Immediately after receiving the last direct deposit from IDES, Regnier issued a wire transfer to Fidelity Moneyline in the amount of $50,000.00 on 01/11/2021.

Following the routing of IDES payments to Fidelity, there were numerous deposits in the amount of $23,500.00 from Edward Jones and Company. On 02/17/2021, there were two identical "book transfer" credits of $23,500.00, the first referencing Anthony Regnier, the second Richard Regnier. There was a third "book transfer" from Edward Jones on 02/22/2021 in the amount of $23,500.00 referencing Scott Regnier, and a fourth "book transfer" in the same amount on 03/04/2021 referencing Jeffery Regnier. Then on 03/16/2021, Regnier deposited check number 420218227, dated 03/16/2021, drawn on TCF National Bank account number 5398080886, and payable to Jeffery Regnier in the amount of $23,500.00. The memo line reads "Dawn Regnier."

In March 2021, Regnier made a series of cash and other deposits in New Lenox, Mokena and Frankfort, followed by another transfer to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 03/22/2021 | Golan & Christie, LLP client trust account check | $38,733.48 |
| 03/30/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $10,000.00 |
| 03/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $4,200.00 |
| 03/31/2021 | cash (ATM 611 E. Lincoln Highway, Mokena) | $900.00 |
| 03/31/2021 | cash (ATM 20801 S. LaGrange Road, Frankfort) | $900.00 |
| 03/31/2021 | remote online deposit (economic impact payment) | $7,000.00 |
| 04/02/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $7,000.00 |
| 04/06/2021 | Laurie Silvestri attorney client trust account check (memo: Regnier Estate Refund) | $7,036.25 |
| Transfer/Withdrawal | | |
| 04/09/2021 | Fidelity Moneyline | $200,000.00 |

In May and June 2021, Regnier received another "book transfer" credit from Edward Jones in the amount of $5,000.00 on 05/25/2021, and a Carvana payout of $49,860.11 on 06/17/2021. He received a payment from Vroom on 07/22/2021 in the amount of $54,880.00. This was followed by a flurry of deposit activity, and additional large transfers to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 07/27/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $6,850.00 |
| 07/28/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $6,300.00 |
| 07/28/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $900.00 |
| 07/28/2021 | US Treasury check – advance child tax credit | $500.00 |

07/28/2021 cash (ATM 11205 Lincoln Highway, Mokena) $200.00
07/30/2021 electronic check deposit $136,900.00
07/31/2021 cash (ATM 11205 Lincoln Highway, Mokena) $2,800.00
07/31/2021 cash (ATM 11205 Lincoln Highway, Mokena) $1,400.00
07/31/2021 cash (ATM 11205 Lincoln Highway, Mokena) $600.00
07/31/2021 cash (ATM 11205 Lincoln Highway, Mokena) $200.00
08/12/2021 Kee Firearms check #030027 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says "Member Draw")

$500,000.00
08/12/2021 check $4,456.61
08/12/2021 cash (ATM 11205 Lincoln Highway, Mokena) $221.00
08/12/2021 cash (ATM 11205 Lincoln Highway, Mokena) $160.00
08/16/2021 Calumet Land Partners II check #656 to Regnier $65,000.00
08/16/2021 cash (ATM 11205 Lincoln Highway, Mokena) $900.00
08/20/2021 deposit $28,500.00
08/23/2021 US Treasury check – advance child tax credit $500.00

| Transfer/Withdrawal | | |
|---|---|---|
| 08/09/2021 | Fidelity Moneyline | $328,000.00 |
| 08/24/2021 | Fidelity Moneyline | $250,000.00 |
| 08/25/2021 | Fidelity Moneyline | $250,000.00 |
| 08/25/2021 | Fidelity Moneyline | $95,000.00 |

Again, in September, October, November, and December 2021, Regnier made large deposits, and large subsequent transfers to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 09/28/2021 | electronic check deposit | $33,000.00 |
| 09/29/2021 | US Treasury check – advance child tax credit | $500.00 |
| 10/12/2021 | Kee Firearms check #030039 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says "Member Draw") | $200,000.00 |
| 11/12/2021 | Old Plank Trail cashier's check | $100,000.00 |
| 11/12/2021 | US Treasury check – advance child tax credit | $500.00 |
| 11/16/2021 | Fedwire Credit – Integrated Vehicle Leasing | $38,500.00 |
| 11/22/2021 | US Treasury check – advance child tax credit | $500.00 |
| 11/23/2021 | Corliss Williams Construction memo: trailer | $7,500.00 |
| 11/29/2021 | Kee Firearms check #030054 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says "Member Draw") | $200,000.00 |
| 12/06/2021 | Russell J. Regnier Revocable Trust distribution | $28,500.00 |
| 12/06/2021 | remote online deposit | $1,031.13 |
| 12/06/2021 | remote online deposit | $997.57 |
| 12/13/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $938.00 |

| Transfer/Withdrawal | | |
|---|---|---|
| 10/14/2021 | check #010197 to Williams Fin Srvcs (2020 tax) | $2,100.00 |
| 10/20/2021 | IDOR EDI payments | $2,130.00 |
| 11/15/2021 | check #10211 to IDOR – tax year 2020 | $238.03 |
| 11/17/2021 | Fidelity Moneyline | $250,000.00 |
| 11/18/2021 | Fidelity Moneyline | $120,000.00 |
| 11/22/2021 | E*Trade | $500.00 |
| 12/03/2021 | Fidelity Moneyline | $205,000.00 |
| 12/08/2021 | Fidelity Moneyline | $30,000.00 |

Then on 02/09/2022, Jeffery Regnier issued check #10210 in the amount of $400.00, to open an account at Town Center Bank. The above activity contains structured cash transactions which amount to money laundering.

## Unemployment Fraud

Following the discovery that Jeffery Regnier was receiving unemployment benefits from the Illinois Department of Security (IDES), the U.S. Department of Labor Office of Inspector General (DOL-OIG) was contacted for assistance. DOL-OIG provided information on Jeffery Regnier's Pandemic Unemployment Assistance (PUA) application, job-separation questionnaire, participant history and transaction reports, and his weekly certifications submitted to IDES.

Jeffery Regnier submitted his application for PUA benefits to IDES on 05/12/2020, claiming he had become unemployed due to Covid-19, with a benefit claim effective date of 05/10/2020. Regnier listed his address as 11002 S. Whipple Street, Chicago, Illinois 60655, and provided an email of jefferyregnier@yahoo.com and a phone number of 773-858-3354. He claimed two dependent children residing with him, Hagan Regnier and Elsa Regnier.

Regnier claimed as his primary occupation "supervisors of construction and extraction workers," and indicated the business where he worked was currently closed. He denied that he was working reduced hours or pay and claimed his 1040A for the tax year showed income of $75,000.00. Based on his representations, Jeffery Regnier was approved to receive PUA on 05/25/2020.

According to Jeffery Regnier's participant transaction report, his IDES payments were as follows:

| Date | Name | Amount | Routing Number | Account # |
|---|---|---|---|---|
| 2021-01-08 | JEFFERY REGNIER | $3,645.00 | 071000013 | |
| 645999103 | | | | |
| 2020-12-04 | JEFFERY REGNIER | $2,007.00 | 071000013 | 645999103 |
| 2020-11-16 | JEFFERY REGNIER | $600.00 | 071000013 | |

| | | | |
|---|---|---|---|
| 645999103 | | | |
| 2020-11-13 | JEFFERY REGNIER | $7,359.00 | 071000013 |
| 645999103 | | | |
| 2020-09-18 | JEFFERY REGNIER | $1,200.00 | 071000013 |
| 645999103 | | | |
| 2020-08-25 | JEFFERY REGNIER | $2,007.00 | 071000013 |
| 645999103 | | | |
| 2020-08-06 | JEFFERY REGNIER | $12,090.00 | 071000013 |
| 645999103 | | | |
| 2020-06-02 | JEFFERY REGNIER | $2,538.00 | 071000013 |
| 645999103 | | | |

IDES required that Regnier complete a Pandemic Unemployment Assistance Questionnaire, which he completed on 08/05/2020. On the PUA questionnaire, Regnier listed his employer as Kee Construction with an address of 11002 S. Whipple Street, Chicago, Illinois 60655 (the same address he listed as his residence address on his PUA application). Regnier listed his employment start date as 05/24/2020 and his end date as 05/30/2020. On the next page, he claimed his position at Kee Construction was "Manager" and now listed his employment start date as 03/16/2010 and his date of job separation as 03/16/2020. He claimed he was laid off due to Covid-19.

Regnier was also required to complete a PUA work availability questionnaire, which he completed on 08/06/2020. Regnier claimed he is still unable to work because it was not "healthy."

In order to continue receiving PUA benefits, Regnier was required to submit weekly certifications concerning his ability to work. From 05/10/2020 to 01/02/2021, Regnier submitted these weekly certifications to IDES. In each certification, Regnier claimed that he had not worked during that week, and that he had not started a new job, and that he was totally or partially unemployed because of the pandemic. It should be noted that each weekly certification contained the following admonishment:

"You must report work even if you have not been paid yet. By work we mean any activity, even if it's just for one hour, for which you receive a payment. This includes all work, including Full-Time, Temporary Work, Self-Employment, Military Employment, Federal Employment, Commission, Paid Training, 1099, Contract Jobs, Cash Jobs."

As an example, Jeffery Regnier submitted a certification to IDES that for the week of 12/06/2020 through 12/12/2020, he was unemployed. However, on 12/07/2020, Jeffery Regnier was interviewed by Grady Trimble of Fox Business, which was featured on Fox and Friends.

During the interview, which took place at Regnier's business, Kee Firearms and Training, an unmasked Regnier told Grady Trimble that sales had been up since the November election, and that their Black Friday sales were 300% higher than normal Friday sales. It should be noted that Regnier was receiving PUA benefits from IDES during the time he was reporting said firearm sales, and he was submitting weekly certifications to IDES claiming to be unemployed during the pandemic.

According to Jeffery Regnier's participant report, his log-in history shows he accessed his IDES benefits account from IP address 173.161.29.1 on 05/22/2020 and 05/27/2020.

Fidelity Edge Portfolio Management

According to the records received from Fidelity, the $50,000 transferred from Chase account number 645999103 was deposited into Fidelity account number 628-099245, which is in the name of Jeffery Regnier at 24104 S. Old Farm Road, Manhattan, IL 60442The Fidelity records show that Jeffery Regnier and Greta Keranen transferred their funds from TD Ameritrade, American Funds, and other investment services to Fidelity Edge Portfolio Management, according to authorizations signed by Jeffery Regnier on 10/18/2019 and Greta Keranen on 10/19/2019. Fidelity tendered records for the following investment accounts which were seized include :

| Account Number | Ownership | September 2022 balance |
|---|---|---|
| 628-074010 | Jeffery Regnier + Greta Keranen brokerage | $1,914,340.03 |
| 628-099245 | Jeffery Regnier individual | $1,528,738.71 |
| 628-076532 | Jeffery Regnier IRA | $74,963.80 |

Jeffery Regnier individual account 628-099245

The first statement for the individual account number 628-099245 of Jeffery Regnier is December 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $120,000 into the account from Chase account number 645999103 on 01/02/2020. A summary of the fund transfers into and out of account number 628-099245 from January 2020 through September 2022 are as follows:

| Date of Deposit | Amount of Deposit | Originating Account |
|---|---|---|
| 01/02/2020 | $120,000.00 | Chase account number 645999103 |
| 01/11/2021 | $50,000.00 | Chase account number 645999103 |
| 04/09/2021 | $200,000.00 | Chase account number 645999103 |
| 08/09/2021 | $328,000.00 | Chase account number 645999103 |
| 08/24/2021 | $250,000.00 | Chase account number 645999103 |

| | | |
|---|---|---|
| 08/25/2021 | $250,000.00 | Chase account number 645999103 |
| 08/25/2021 | $95,000.00 | Chase account number 645999103 |
| 11/17/2021 | $250,000.00 | Chase account number 645999103 |
| 11/18/2021 | $120,000.00 | Chase account number 645999103 |
| 12/02/2021 | $7,254.00 | Fidelity IRA account number 628-075330 |
| 12/03/2021 | $205,000.00 | Chase account number 645999103 |
| 12/08/2021 | $30,000.00 | Chase account number 645999103 |
| 12/23/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |
| 12/23/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |
| 12/23/2021 | $70,337.00 | Fidelity brokerage acct number 628-074010 |

| Date of Debit | Amount of Debit | Destination Account |
|---|---|---|
| 12/27/2021 | $70,337.00 | Fidelity brokerage acct number 628-074010 |
| 12/27/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |
| 12/27/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |

Jeffery Regnier and Greta Keranen Brokerage account 628-074010

The first statement for the brokerage account number 628-074010 of Jeffery Regnier and Greta Keranen is October 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. A total of $1,895,674.71 was transferred into the account on 11/01/2019. A summary of the fund transfers into and out of account number 628-074010 from January 2020 through September 2022 are as follows:

| Date of Transfer In | Amount of Transfer | Originating Account |
|---|---|---|
| 12/27/2021 | $70,337.00 | Fidelity individual acct number 628-099245 |
| 12/27/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/27/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |

| Date of Transfer Out | Amount of Transfer | Destination Account |
|---|---|---|
| 12/23/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/23/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/23/2021 | $70,337.00 | Fidelity individual acct number 628-099245 |

Jeffery Regnier Roth IRA account 628-076532

The first statement for the IRA account number 628-076532 of Jeffery Regnier is November 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $28,844.66 into the account from a variety of investment accounts on 11/08/2019. On 04/14/2021, Regnier transferred $6,000.00 from Old Plank Trail Community Bank account number 1012541212.

PPP Fraud

Part of the subpoena package S/A Coleman received from Old Plank Trail Bank included the Paycheck Protection Program (PPP) loan documents for Kee Construction. According to the records, there were two applications for Kee Construction/Greta Keranen, loan application numbers 9602767008 and 9698928400.

The documents for PPP loan number 9602767008 indicate the loan was approved in the amount of $47,199.00 on 04/09/2020. According to the loan application she signed and dated 04/06/2020, Greta Keranen listed herself as 100% owner of Kee Construction at 11002 S. Whipple, Chicago, Illinois 60655. She represented that her average monthly payroll was $60,000.00 and requested a loan in the amount of $160,000.00. According to the records supplied by Old Plank Trail, Greta Keranen submitted the DocuSigned loan note on 04/17/2020 from IP address 173.161.29.1.

According to the loan forgiveness application, which was DocuSigned by Greta Keranen on 09/02/2021, the loan proceeds were distributed on 04/20/2020. Keranen represented that all $47,199.00 was used for payroll costs from 04/20/2020 to 09/30/2020. It should be noted that Keranen listed her email on the application as greta@kee2010.com.

According to the subpoenaed records for the Old Plank Trail Bank Kee Construction Operating Account number 2020005662, the PPP loan proceeds of $47,199.00 were deposited into the account on 04/20/2020. Following said deposit, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 04/20/2020 | Chattanooga Shooting Supply | $760.00 |
| 04/22/2020 | Chattanooga Shooting Supply | $252.77 |
| 04/23/2020 | Davidson Supply | $122.99 |
| 04/23/2020 | Davidson Supply | $357.98 |
| 04/23/2020 | Davidson Supply | $478.99 |
| 04/23/2020 | Davidson Supply | $529.00 |
| 04/23/2020 | Davidson Supply | $957.00 |
| 04/23/2020 | MGE Wholesale | $1,282.96 |
| 04/23/2020 | RSR Group Inc. | $2,580.63 |
| 04/23/2020 | Big Rock Sports | $7,690.00 |
| 04/23/2020 | Lipseys LLC | $8,238.22 |

Greta Keranen then submitted PPP loan application number 9698928400 through Old Plank Trail Community Bank, signed and dated 01/11/2021, requesting a loan of $171,500. Keranen listed herself as the president and 100% owner of Kee Construction, LLC, which was purportedly established in 2010, with a business address of 11002 S. Whipple, Chicago, IL 60655, business phone number of 773-809-3118, and an email address of info@kee2010.com. She listed the primary contact as Jeff Regnier. Keranen indicated Kee Construction has a monthly payroll of $49,000 for six employees. Keranen claimed that her gross receipts for the 3rd quarter of 2020 had fallen to $1,077,282, from $3,071,864 in the 3rd quarter of 2019. To qualify for the loan, Kee Construction needed to show at least a 25% reduction in gross receipts from the previous year. She indicated that the PPP loan proceeds were to be used for payroll costs, rent/mortgage interest for the business, and utilities.

Old Plank Trail Bank approved PPP loan number 9698928400 in the amount of $47,197.00, and Greta Keranan signed the Small Business Administration (SBA) note on 02/18/2021. It should be noted that the PPP loan note was DocuSigned by Greta Keranen from IP address 173.161.29.1.

According to the subpoenaed records for the Old Plank Trail Bank Kee Construction Operating Account number 2020005662, the PPP loan proceeds of $47,197.00 were deposited into the account on 02/19/2021. Following said deposit, $12,000.00 was transferred to the Kee Construction Benefits Account on 02/22/2021. However, after that transfer, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 02/22/2021 | MGE Wholesale | $1,399.00 |
| 02/22/2021 | Tactical Gear | $6,626.26 |
| 02/23/2021 | Davidson Supply | $919.96 |
| 02/23/2021 | Davidson Supply | $1,039.98 |
| 02/23/2021 | Davidson Supply | $1,059.98 |
| 02/23/2021 | Davidson Supply | $1,367.00 |
| 02/23/2021 | Davidson Supply | $1,443.00 |
| 02/24/2021 | MGE Wholesale | $10,795.50 |
| 02/25/2021 | RSR Group, Inc. | $84.20 |
| 02/25/2021 | Tactical Gear TGD | $118.64 |
| 02/25/2021 | RSR Group, Inc. | $230.26 |
| 02/25/2021 | Orion Arms Corp | $5,246.50 |
| 02/26/2021 | RSR Group, Inc. | $505.20 |
| 02/26/2021 | SR Group, Inc. | $1,586.00 |
| 02/26/2021 | Orion Arms Corp. | $1,931.50 |
| 02/26/2021 | RSR Group, Inc. | $2,107.07 |
| 02/26/2021 | Lipseys, LLC | $8,397.65 |

The forgiveness application for PPP loan number 9698928400, which Greta Keranen also DocuSigned on 09/02/2021. Keranen represented that all $47,197.00 of the loan proceeds were used for payroll costs from 02/19/2021 to 06/30/2021. Based on the earlier analysis of the Old Plank Trail Community Bank operating account for Kee Construction, this representation is also false.

As part of the subpoena return from Old Plank Trail Bank, S/A Coleman received records pertaining to the Kee Construction Direct Deposit Account number 3040021683. According to the statements for July, August, and September 2020 (3rd quarter), Kee Construction only received deposits totaling $257,162.40. In fact, from September 2020 through May 2021 $0.00 was deposited into said account. Based upon the representations made in the PPP loan application, the funds for said PPP loan were not used for the rent or utilities of Kee Construction, in accordance with the Cares Act PPP program.

It should be noted that the business address of Kee Construction on all Old Plank Trail Bank account statements is 21660 S. Moni Drive, New Lenox, IL 60451. It should also be noted that the signature of Greta Keranen on the PPP application for loan number 9698928400 appears to match the signature of Greta Keranen on a contract between the Chicago Department of Water Management and Kee Construction from 2015.

<u>EIDL Fraud</u>

Records from the Small Business Administration (SBA) concerning Economic Injury

Disaster Loan (EIDL) applications submitted by Jeffery Regnier and Greta Keranen were obtained and analyzed. The SBA responded to said request with records pertaining to EIDL application numbers 3301045998 and 3301048306.

Kee Firearms EIDL application number 3301045998

According to the records from SBA, Jeffery Regnier submitted EIDL application number 3301045998 on 04/01/2020 from IP address 173.161.29.1. On his application, Regnier represented that his business was Kee Firearms and Training, LLC, located at 21660 S. Moni Drive, New Lenox, IL 60451, with a business phone of 773-809-3118, and an email of jeff@keefirearms.com. He represented that he was 100% owner, and that he has owned his business since 03/29/2019, but that the business was not established until 03/29/2020. Regnier claimed monthly sales of $250,000, and that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Firearms and Training had combined annual operating expenses of $5,000,000, gross revenues of $3,000,000, and cost of goods sold of $5,000,000. Regnier also claimed to have five employees and requested that an advance of up to $10,000 be sent to his Old Plank Trail Bank account number 9249986416. It should be noted that from the opening of the account to 01/31/2020, only $1,245.01 was deposited into the Kee Firearms and Training Account.

On 04/22/2020, Regnier's EIDL application number 3301045998 was denied by the SBA because he did not suffer an economic injury. On 06/12/2020, Regnier requested reconsideration for the loan advance, which was denied on 06/13/2020.

Kee Construction EIDL application number 3301048306

According to the records from SBA, Greta Keranen submitted EIDL application number 3301048306 on 04/01/2020 from IP address 173.161.29.1, seeking a maximum loan amount of $2,000,000. On her application, Keranen represented that her business was Kee Construction, LLC, located at 11002 S. Whipple, Chicago, IL 60655, with a business phone of 773-809-3118, and an email of jeff@kee2010.com. She represented that she was 100% owner, and that she has owned her business since 03/16/2010. Keranen claimed monthly sales of $791,667, and that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Construction had gross revenues of $9,500,000, and cost of goods sold of $8,500,000. Keranen also claimed to have ten employees and requested that an advance of up to $10,000 be sent to her Old Plank Trail Bank account number 2020005662.

On her application, Keranen listed the monthly gross receipts of Kee Construction as follows:

J

| | |
|---|---|
| January 2019 | $58,346.81 |
| February 2019 | $113,643.23 |
| March 2019 | $271,930.38 |
| April 2019 | $1.00 |
| May 2019 | $1.00 |
| June 2019 | $1,003,905.47 |
| July 2019 | $1.00 |
| August 2019 | $292,930.12 |
| September 2019 | $1,769,029.64 |

| | |
|---|---|
| October 2019 | $1,096,663.75 |
| November 2019 | $1.00 |
| December 2019 | $116,166.15 |
| January 2020 | $1.00 |
| February 2020 | $274,186.00 |
| March 2020 | $1.00 |
| April 2020 | $4,136.00 |
| May 2020 | $1.00 |
| June 2020 | $141,465.61 |
| July 2020 | $559,806.61 |
| August 2020 | $13,746.15 |
| September 2020 | $1.00 |
| October 2020 | $1.00 |
| November 2020 | $70,629.43 |
| December 2020 | $7,617.19 |
| January 2021 | $1.00 |
| February 2021 | $14,099.00 |
| March 2021 | $17,100.00 |

On 05/27/2020, EIDL application number 3301048306 was approved for a loan amount of $150,000, and Greta Keranen DocuSigned an SBA loan note on the same date. The loan proceeds were deposited into the Kee Construction operating account, Old Plank Trail Bank account number 2020005662 on 05/28/2020. It should be noted that said operating account lists an address of 21660 S. Moni Drive, New Lenox, IL 60451. According to the account statement, $149,900.00 was credited to the account on 06/01/2020.

Following the deposit of the EIDL loan proceeds, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 06/01/2020 | RSR Group, Inc. | $2,849.98 |
| 06/02/2020 | Orion Arms Corp Kee Firearms | $1,681.37 |
| 06/02/2020 | Lipseys LLC | $2,358.83 |
| 06/03/2020 | MGE Wholesale | $3,000.00 |
| 06/03/2020 | MGE Wholesale | $4,119.93 |
| 06/05/2020 | MGE Wholesale | $618.00 |
| 06/05/2020 | MGE Wholesale | $6,286.80 |
| 06/08/2020 | Amchar Wholesale | $2,087.10 |
| 06/08/2020 | MGE Wholesale | $3,250.00 |
| 06/08/2020 | Big Rock Sports | $6,495.45 |
| 06/09/2020 | Davidson Supply | $1,243.00 |
| 06/09/2020 | Lipseys LLC | $1,336.31 |
| 06/09/2020 | 2nd Amendment WH | $1,409.97 |
| 06/09/2020 | RSR Group Inc. | $1,481.54 |
| 06/09/2020 | Orion Arms Corp Kee Firearms | $2,653.50 |
| 06/10/2020 | 2nd Amendment WH | $1,995.00 |
| 06/10/2020 | Tactical Gear TGD | $18,657.04 |
| 06/10/2020 | MGE Wholesale | $25,147.20 |

Payments were also made to Ford Credit and Ally Financial on 06/01/2020 using EIDL loan proceeds, in the amounts of $1,033.79 and $1,393.38, respectively. These payments represent financial transactions in criminally derived property which were done in a manner that the makers of the payments should have known were done, a leaset in part, to conceal the nature, location, source,ownership, or control of the criminally derived property. The equity obatined in these vehicles were passed on to future vehicles purchased as trade in allowances.

On 02/05/2022, Greta Keranen submitted a loan modification request for the same Kee Construction EIDL loan, requesting that the loan amount be increased from $150,000 to $2,000,000. Said request was submitted from IP address 173.161.29.1 and DocuSigned by Keranen.

Greta Keranen signed and dated an SBA Form 413 Personal Financial Statement on 02/06/2022. On said form, Keranen claimed assets of $1,494,768, including $10,000 in cash, $768 in savings, $76,000 in an IRA/401k, $260,000 in automobiles, and $1,148,000 from accounts receivable. As to liabilities, she claimed $550,000 in accounts payable, and $181,684 in auto loan installments ($4,673 in monthly payments). Jeffery Regnier signed SBA Form 2202 as "Vice President" of Kee Construction listing a Ford Credit payment of $823.00 per month, Ally Credit payment of $1,350.00 per month, and a VW Credit payment of $2,500.00 per month.

On 02/23/2022, the SBA declined to modify the original EIDL loan amount, citing negative cash flow and the inability to repay the loan. As part of the reconsideration request, Greta Keranen had submitted the 2019 and 2020 Federal Income Tax Returns for Kee Construction. Shalanda Little of the SBA noted that in her original loan application, Keranen had claimed that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Construction had gross revenues of $9,500,000, and cost of goods sold of $8,500,000. However, according to the 2019 Federal Income Tax return Keranen had filed, and subsequently provided to the SBA, Keranen represented to the Internal Revenue Service and the Illinois Department of Revenue, that Kee Construction's gross revenues were actually $4,412,298, and the cost of goods sold was $1,174,393. The same 2019 tax return claims a net operating loss for Kee Construction of -$1,100,755.

Therefore, from the documents submitted to the SBA, it is clear that Greta Keranen was attempting to maximize her EIDL loan amount and minimize her tax liability, by making a false statement.

ATF conducted a review of Kee Firearms including on-site visits from 01/11/2022 to 06/08/2022. During these on-site visits, Jeffery Regnier indicated that he had added Greta Keranen to the LLC for "tax purposes." Regnier acknowledged that Kee Construction had reported losses in the previous tax year, while Kee Firearms reported gains. Regnier did not specify how adding Keranen to the LLC would benefit tax reporting between the two businesses. Regnier also indicated that Kee Firearms leases the space from Kee Properties, of which both Jeffery Regnier and Greta Keranen are managers. He provided ATF with a lease for the property. It should be noted that a dedicated office space is shared between Kee Firearms and Kee Construction. Regnier indicated that the Kee Construction end of the business had nearly come to a halt due to lack of contracts.

Jeffery Regnier told ATF that Kee Firearms and Training, LLC is a "full-service" firearms

business, providing retail sales, online sales, internet transfers, consignment sales, gunsmithing, and training. Regnier claimed to have around 4,000 firearms in stock at any given time. Regnier indicated that their primary firearm suppliers were RSR Group, MGE Wholesale, Bill Hicks, Sports South, and Orion Wholesale.

ATF recorded 4,375 firearms in Kee inventory, and 3,788 sales recorded in the previous twelve months. However, ATF also discovered twenty-eight separate failures to properly complete background checks. And one firearm was missing from inventory, with no record of its sale or disposition. ATF concluded there was a willful disregard for the requirements to run background checks and have recommended revoking the FFL held by Kee.

Analysis of financial records and statements by Regnier shows that starting 6/1/20 the proceeds from the two PPP loans and the EIDL loan proceeds were deposited into the Kee Construction account and were obtained in felony violation of Illinois or federal law in their procurement or their forgiveness or the misuse of the funds, making these funds criminally derived property. The flow of this cash was analysed and shows that this criminally derived property was utilized in multiple financial transactions to obtain inventory for Kee Firearms in violation of the loan terms. That inventory was sold by Kee Firearms in multiple financial transactions which resulted in payment in the form of cash, credit card transactions and debit card transactions which were credited to the Kee Firearms account. This account then engaged in financial transactions which included payments to the Kee Construction account from which the fraudulent loan proceeds were obtained and payment to Regnier's Chase Bank account. Of note are member draws to Regnier which are deposited into his Chase Bank account. Regnier then engages in financial transactions with his Chase Bank account after it receives the member draws. These financial transactions are made into Fidelity account ending in 9245. Additionally, into Fidelity account ending in 9245, Regnier engages in a financial transaction from his Chase Bank account transferring proceeds of the IDES fraud. After the funds from these transactions enter the Fidelity account ending in 9245, inter-account transfers are made back and forth between 9245 and 4010. Further, funds from PPP loan fraud which enter the Kee Construction account are traced in the amount of $6000 into Fidelity account ending in 6532. This conduct is money laundering.

As it relates to the 2021 Ford Bronco, the financial account into which the fraudulently obtained funds from the EIDL loan outlined above was deposited into and which was used to in the commission of the money laundering of those proceeds was used to pay for a portion of the vehicle. Additionally, the Kee Construction account at Towne Center Bank was established with funds from Reginer's Chase bank account outlined above which was used to in money laundering activity. This Kee Construction account at Towne Center Bank makes payments to this vehicle.

As it relates to the 2022 Ford Bronco, felony loan fraud was committed in obtaining the loan for the vehicle. This includes false statements in the application about the gross profit of the applicant. The obtaining of the loan and the subsequent transfer of those funds to the seller and the obtaining of the vehicle amount to Money Laundering. Additionally, the Kee Construction account at Towne Center Bank was established with funds from Reginer's Chase bank account outlined above which was used to in money laundering activity. This Kee Construction account at Towne Center Bank makes payments to this vehicle.

As it relates to the 2022 Ford F250, Kee Construction is making routine payments for this

vehicle, but the vehicle is titled to Kee Firearms. Additionally, the Kee Construction account at Towne Center Bank was established with funds from Reginer's Chase bank account outlined above which was used to in money laundering activity. This Kee Construction account at Towne Center Bank makes payments to this vehicle. Felony loan fraud was committed in obtaining the loan for the vehicle. This includes false statements in the application about the gross income of Regnier. The obtaining of the loan and the subsequent transfer of those funds to the seller and the obtaining of the vehicle amount to Money Laundering.

As it relates to the 2021 Audi, felony loan fraud was committed in obtaining the loan for the vehicle. This includes false statements in the application about the occupation of Regnier and the income of Regnier from Kee Construction. The obtaining of the loan and the subsequent transfer of those funds to the seller and the obtaining of the vehicle amount to Money Laundering. Additionally, the Kee Construction account at Towne Center Bank was established with funds from Reginer's Chase bank account outlined above which was used to in money laundering activity. This Kee Construction account at Towne Center Bank makes payments to this vehicle.

In this case ,Regnier and Keranen and the business entities they control including Kee Construction and Kee Firearms utilized accounts over which they have control at financial institutions to launder their proceeds from felony criminal conduct to attempt to hide their ill-gotten gains from law enforcement. The transfer of funds between accounts and or the purchasing of inventory for the firearms business after they were obtained through their deceptive felony conduct and initially deposited into a single account, made it substantially more difficult for law enforcement to trace the funds.

Based on the above-mentioned facts, FIDELITY INVESTMENTS ACCOUNT NUMBERS 628-099245, 628-074010, and 628-076532, and JP MORGAN CHASE BANK ACCOUNT NUMBER 645999103, were used to launder proceeds obtained through fraud and deception. Particularly, The two PPP loans and the EIDL loan were obtained or forgiven in felony violation of Illinois criminal statutes or federal criminal statutes, including but not limited to Theft, Loan Fraud, and Wire Fraud. Additionally, the proceeds of these loans were misused also amounting to felony violations of Illinois criminal or federal criminal statutes including but not limited to Theft, Loan Fraud, and Wire Fraud. The IDES benefits were also obtained in felony criminal violation of Illinios criminal statutes, including but not limited to Theft, Loan Fraud, Wire Fraud, and State Benefits Fraud. The proceeds of this conduct is criminally derived property. The transfer of these funds into accounts held at financial institutions are financial transactions. Additional financial transactions include the payment from these accounts to pay auto loans, account to account transfers, the purchase inventory for the firearms business, the sale of the inventory and collection of payment through credit or debit cards or cash, the payment of funds to Regnier Keranen and others from the firearms business, the deposit of those funds into financial accounts, and the transfer between accounts of those funds.

These financial transactions individually, and in combination disguised the nature, location, source, ownership and control of the criminally derived property. These financial transactions individually, and in combination also facilitated the carrying on of the criminal activity from which they were obtained. The specific financial transactions pointed out above involving structuring avoided a reporting requirement under state law.

When these transactions were engaged in, the persons involved in the transactions should have known that they were designed at least in part, to either conceal or disguise the nature, location, source, ownership, or control of the criminally derived property or to facilitate the carrying on of the criminal activity from which they were obtained, or to avoid a reporting requirement under state law.

The financial accounts above and all funds contained within the accounts and the vehicles are personal property derived from, or traceable to proceeds obtained from the money laundering activity. The financial accounts above and all funds contained within the accounts and the vehicles and also the business entities of Kee Firearms and Kee Construction and any assets of those businesses are property which was used to commit, or to facilitate the commission of the money laundering activity. All funds within the accounts and the accounts themselves were used to facilitate the money laundering which includes not only the criminally derived property but also any funds which may have entered the financial accounts from presumptively legitimate sources because the commingling of the funds further concealed the nature, location, source, ownership, or control of the criminally derived property.

WHEREFORE:
That pursuant to the facts referred to in Paragraphs above of this Complaint, the above captioned 2022 FORD BRONCO, VIN: FMEE5DP6NLB01573, 2021 FORD BRONCO, VIN: FMEDE5BH8MLB06084, 2021 AUDI RS Q8, VIN: WU1ARBF15MD022969, 2022 FORD F-250, VIN: 1FT7W2BT4NEF77351, UNITED STATES CURRENCY $1,257.00, FIDELITY INVESTMENT ACCOUNT ENDING IN 099245 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), FIDELITY INVESTMENT ACCOUNT ENDING IN 074010 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), and FIDELITY INVESTMENT ACCOUNT ENDING IN 076532 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), are subject to forfeiture

14. That the 2022 FORD BRONCO, VIN: FMEE5DP6NLB01573, 2021 FORD BRONCO, VIN: FMEDE5BH8MLB06084, 2021 AUDI RS Q8, VIN: WU1ARBF15MD022969, 2022 FORD F-250, VIN: 1FT7W2BT4NEF77351, UNITED STATES CURRENCY $1,257.00, FIDELITY INVESTMENT ACCOUNT ENDING IN 099245 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), FIDELITY INVESTMENT ACCOUNT ENDING IN 074010 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), and FIDELITY INVESTMENT ACCOUNT ENDING IN 076532 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), are presently under the control of the Illinois Department of Law Enforcement, and are now subject to forfeiture as provided by the aforementioned section of the Illinois Compiled Statutes.

15. The Plaintiff has no knowledge of any other person or entity who are owners or interest holders in the subject property

WHEREFORE, , Plaintiff prays as follows:

(a) That the above captioned 2022 FORD BRONCO, VIN: FMEE5DP6NLB01573,2021 FORD BRONCO, VIN: FMEDE5BH8MLB06084 , 2021

AUDI RS Q8, VIN: WU1ARBF15MD022969, 2022 FORD F-250, VIN: 1FT7W2BT4NEF77351, UNITED STATES CURRENCY $1,257.00, FIDELITY INVESTMENT ACCOUNT ENDING IN 099245 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), FIDELITY INVESTMENT ACCOUNT ENDING IN 074010 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), and FIDELITY INVESTMENT ACCOUNT ENDING IN 076532 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), be declared forfeited to the State of Illinois pursuant to 720 ILCS 5/29B-1(h), Illinois Compiled Statutes.

(b) That the above captioned 2022 FORD BRONCO, VIN: FMEE5DP6NLB01573, 2021 FORD BRONCO, VIN: FMEDE5BH8MLB06084 , 2021 AUDI RS Q8, VIN: WU1ARBF15MD022969, 2022 FORD F-250, VIN: 1FT7W2BT4NEF77351, UNITED STATES CURRENCY $1,257.00, FIDELITY INVESTMENT ACCOUNT ENDING IN 099245 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), FIDELITY INVESTMENT ACCOUNT ENDING IN 074010 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), and FIDELITY INVESTMENT ACCOUNT ENDING IN 076532 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), be released to the Director of the Illinois State Police for distribution pursuant to 720 ILCS 5/29B-1(h)(6), Illinois Compiled Statutes.

(c) That all rights and interests of each and every party claiming an interest in the above described 2022 FORD BRONCO, VIN: FMEE5DP6NLB01573, 2021 FORD BRONCO, VIN: FMEDE5BH8MLB06084 2021 AUDI RS Q8, VIN: WU1ARBF15MD022969, 2022 FORD F-250, VIN: 1FT7W2BT4NEF77351, UNITED STATES CURRENCY $1,257.00, FIDELITY INVESTMENT ACCOUNT ENDING IN 099245 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), FIDELITY INVESTMENT ACCOUNT ENDING IN 074010 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), and FIDELITY INVESTMENT ACCOUNT ENDING IN 076532 (NEGOTIABLE STOCKS, BONDS, GIFT CARDS, ETC.), be terminated.

(d) That the claimant pay all costs and expenses of the forfeiture pursuant to statute.

(e) And for such other relief as the Court deems just and proper.

(f) That if the matter proceeds to trial, the People demand a jury trial.

James W. Glasgow
State's Attorney of Will County

By: [signature]
Dant T. Foulk
Assistant State's Attorney

---

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true and correct.

Dant T. Foulk
Assistant State's Attorney

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

The above signed Assistant State's Attorney personally appeared before me, and being duly sworn, deposes and says:

1) That he has read the foregoing Complaint for Forfeiture and that the contents thereof are true and accurate to the best of his knowledge;

Subscribed and Sworn to before me this
26th day of May, 2023.

NOTARY PUBLIC

KATHERINE FYKSEN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 31, 2025

EX. B

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2023MX001164
Filed Date: 3/31/2026 5:03 PM
Envelope: 37374630
Clerk: JA

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2023MX001164
~~Filed Date: 4/7/2026 3:44 PM~~
Envelope: 37475556
Clerk: JM

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS<br><br>Plaintiff,<br>vs.<br><br>CERTAIN FINANCIAL ACCOUNTS BEING:<br><br>FIDELITY INVESTMENTS ACCOUNT NUMBERS 628-099245 628-074010, and 628-076532<br><br>JP MORGAN CHASE BANK ACCOUNT NUMBER 645999103<br><br>Defendant. | ) | **SEIZURE WARRANT**<br><br>Case Number:<br><br>EKHIBIT "A" |

TO: Director, Illinois State Police, Will County Sheriff's Police and all Peace Officers of the State of Illinois. Affidavit having been made before me with reason to believe that there is now certain property which is subject. To the forfeiture pursuant to the Illinois Money Laundering Act 720 ILCS 5/29B-1 et. Seq. To the State of Illinois, namely:

**ALL ASSETS HELD UNDER THE FOLLOWING FINANCIAL ACCOUNTS:**

CERTAIN FINANCIAL ACCOUNTS AND THE CONTENTS OF SAID ACCOUNTS BEING:



FIDELITY INVESTMENTS ACCOUNT NUMBERS 628-099245, 628-074010, and 628-076532

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant under authority of the Illinois Money Laundering Act, 720 ILCS 5/29B-1.

**YOU ARE HEREBY COMMANDED** to seize the property specified by serving this warrant and making the seizure. You are further command to leave a duplicate copy of this warrant with the person from whom the property is seized, and if no such person is present, to leave a duplicate copy of this warrant at the place from which the property was seized. You are further commanded to notify the State's Attorney of Will County of the seizure, and provide him with an inventory of the property seized, its estimated value, and the facts and circumstances giving rise to the seizure with 60 days of the date of seizure.

**I FURTHER COMMAND** that Fidelity Investments and JP Morgan Chase Bank and any agent or employee thereof shall provide the bearer of this Seizure Warrant with the current amount on deposit in the above account immediately upon presentment of this Seizure Warrant.

**I FURTHER COMMAND** that Fidelity Investments and JP Morgan Chase Bank and any agent or employee thereof shall produce an official bank check in the current amount on deposit in the above accounts made payable to the ~~United States Secret Service~~ Will County Cooperative Police Assistance Team (WCPAT) immediately upon presentment of this Seizure Warrant and shall deliver same to an agent of the United States Secret Service instanter.

**I FURTHER COMMAND** that the ~~United States Secret Service~~ Will County Cooperative Police Assistance Team shall deposit the above-mentioned official bank check into their seized funds account for safekeeping pending the outcome of any civil asset forfeiture cause of action under the Illinois Money Laundering Act.

MJC
2/24/23

2-24-23 @ 7:51 pm at Plainfield IL

Date and Time Issued and State City

Hon. Dave Carlson - Circuit Judge [signature]

Name and Title of Judicial Officer
Signature of Judicial Officer

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

## APPLICATION FOR SEIZURE WARRANT

1. I, United States Secret Service Agent Cayla Coleman, Affiant, now appear before the undersigned Judge of the Circuit Court and requests the issuance of a Seizure Warrant to seize:

A: The following described personal property:

**ALL ASSETS HELD UNDER THE FOLLOWING FINANCIAL ACCOUNTS AS WELL AS THE ACCOUNTS THEMSELVES:**

FIDELITY INVESTMENTS ACCOUNT NUMBER 628-099245, 628-074010, AND 628-076532

JP MORGAN CHASE BANK ACCOUNT NUMBER 645999103

2. The aforementioned assets are controlled by JEFFERY REGNIER AND GRETA KERANEN and are assets constituting the proceeds of a violation or violations of the Illinois Money Laundering Act or are personal property which were used to facilitate such a violation and as such are subject to forfeiture.

3. Affiant has probable cause to believe, based upon the following facts, that the above listed assets are subject to seizure and forfeiture under provisions of the Illinois Money Laundering Act. 720 ILCS 5/29B-1.

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT

1. I am a Special Agent with the United States Secret Service (USSS). I have been employed since September 30, 2019. As part of my duties as a Special Agent, I investigate criminal violations related to money laundering, financial institution fraud, mail fraud, wire fraud, and bank fraud, as well as the passing of counterfeit United States currency. I received criminal investigative

investigations of counterfeit currency, bank fraud, financial institution fraud, money laundering, wire fraud, check fraud, check kiting, access device fraud, and identity theft.

2. The statements in this affidavit are based on my personal knowledge, information I received from other law enforcement personnel, information received from multiple analysts and investigators employed at financial institutions, review of financial records, interviews of witnesses, my experience and training, and the experience of other agents and law enforcement personnel with whom I have consulted.

In April of 2021, United States Secret Service Special Agent (SA) Keegan Rupenthal - CHI, began an investigation into potential money laundering, following a referral by Old Plank Trail Community Bank. The bank advised they had received several large cash deposits at their branch in Frankfort, Illinois (Will County). The activity began with a $730,889 cash deposit on 01/22/2021. Old Plank Trail reported that Jeffery REGNIER, the owner of Kee Firearms and Training, LLC. called the bank to inquire about the best way to make a large cash deposit. The bank recommended a Brinks armored truck retrieve the money from the business located at 21660 S. Moni Dr., New Lenox, Illinois (Will County), 60451, and Jeffery REGNIER'S account would be credited once the bank received the cash deposit. Old Plank Trail also states that Jeffery REGNIER and his son, Gavin REGNIER, have continued to make large cash deposits over the ensuing months.

Old Plank Trail Community Bank advised these large cash deposits from Kee Firearms and Training appear to be suspicious and possibly attributed to money laundering. Old Plank Trail Community Bank further stated that it was outside the normal business model for the described business since these have not happened before when the account was opened.

On 05/19/2021, S/A Rupenthal attempted to interview Jeffery REGNIER at his residence, located at 24104 S. Old Farm Road, Manhattan, Illinois 60442, regarding Kee Firearms and Training, LLC. and the recent influx of cash into his bank account at Old Plank Trail Community

On 05/26/2021, S/A Rupenthal was contacted by Special Agent (SA) Christian Carranza of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Chicago Field Office in response to his email (05/19/2021) inquiring about the reported sales of Kee Firearms and Training, LLC. S/A Carranza stated that the volume of firearms sales at Kee Firearms and Training, LLC. does not correlate to the large amount of cash being deposited. He stated that in his experience, this large amount of cash is not usual activity for a firearms sale business.

In November of 2021, your affiant (Y/A), Special Agent (SA) Cayla Coleman – CHI, was reassigned this case for further investigation.

On 12/08/2021, Y/A was appointed to the Will County grand jury as an investigator under 21MR1542 pertaining to the investigation of Kee Firearms and Training, LLC.

On 12/17/2021, Y/A served subpoenas to Old Plank Trail Community Bank (Old Plank Trail Community Financial) requesting all documents pertaining to the following accounts: 9249986416, 2010019687, 2020005662, 2020005670, 3040021683, 3046135138, 3048895920, 3043843425, 9243794852, 9249214087, 580000162, 580000209, 2029718018, 1013155590, 1015978782, and 1012541212.

On 01/04/2022, Y/A received bank records from Old Plank Trail Community Financial Corporation regarding the accounts subpoenaed. The subpoenaed bank records were subsequently analyzed by Delena D. Spann, Investigative Analyst (IA) of the U.S. Secret Service (CHI).

After conducting financial analysis of the subpoenaed bank records, IA Spann concluded that the number of transactions in accounts ending in 5662 and 5590 are staggering and offer an overwhelming depiction in and of itself that "structuring" may have been connected to these accounts. It should be noted that the account ending in 5662 is the Kee Construction operating account with signatories Jeffery REGNIER and Greta KERANEN, and the account ending in 5590 is a joint checking account with signatories Jeffery and Gavin REGNIER.

On 12/21/2021, Y/A served a subpoena to JPMC National Subpoena Processing Center (JP Morgan Chase Bank) pertaining to the Chase Bank accounts of Jeffery REGNIER, including account number 645999103. This bank account was used to transfer money between REGNIER'S banking accounts at Old Plank Trail Community Bank.

On 01/12/2021, Y/A received the subpoenaed documents from JP Morgan Chase Bank. Information for eight bank accounts were provided to me for review. IA Delena Spann conducted financial analysis of the subpoenaed bank records from JP Morgan Chase Bank. IA Delena Spann analyzed the accounts to determine the level of expenditures of the account holder in comparison to the known figures of income via the subpoenaed credit card statements. The period analyzed consisted of Chase (JPMorgan) bank credit cards during the dates of December 2018-September 2022.

According to the statements from Chase (JPMorgan), Jeffery REGNIER began receiving Illinois Department of Employment Security (IDES) benefits to JP Morgan Chase Bank account number 645999103 on 06/03/2020 in the amount of $2,538.00. After receiving the IDES benefits direct deposit on 06/03/2020, REGNIER deposited a check on 06/11/2020 at JP Morgan Chase branch located at 11205 Lincoln Highway, Mokena, IL 60448 in Will County.

According to bank records obtained from JP Morgan Chase Bank, REGNIER received direct deposits from IDES to Chase account number 645999103 in the amounts of $12,090.00 on 08/07/2020, $2,007.00 on 08/26/2020, $1,200.00 on 09/21/2020, $7,359.00 on 11/16/2020, $600.00 on 11/17/2020, $2,007.00 om 12/07/2020, and $3,645.00 on 01/11/2021. Immediately after receiving the last direct deposit from IDES, REGNIER issued a wire transfer to Fidelity Moneyline in the amount of $50,000.00 on 01/11/2021.

On 01/12/2022, Y/A contacted U.S. Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) regarding Jeffery REGNIER and Kee Firearms and Training, LLC. Y/A inquired if their agency was investigating the business of Kee Firearms or REGNIER. ATF advised that Industry Operation Investigator (IOI) Matthew Mikaitis with U.S. Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) was currently conducting a routine audit of the business. According to Investigator Mikaitis, their routine audit with Kee Firearms, LLC was not a criminal investigation, and that he would advise if they were to open a criminal investigation regarding the business and Jeffery REGNIER.



On 02/09/2022, Y/A conducted an address check at 24104 S Old Farm Rd., Manhattan,

observed no vehicles parked in the driveway and the door to the attached garage of the residence was closed.

On 02/11/2022, Industry Operations Investigator (IOI) Matthew Mikaitis contacted Y/A via phone regarding a conversation he had with Jeffery REGNIER at Kee Firearms and Training, LLC. IOI Mikaitis advised that Jeffery REGNIER stated that he was stressed due to the ATF regulatory inspection and recent notification from his bank, advising they were dropping him as a client. Jeffery REGNIER stated his bank was dropping him because they were not comfortable with the large cash deposits made throughout the year. According to IOI Matthew Mikaitis, Jeffery REGNIER revealed that he would likely be moving his business banking to Town Center Bank in New Lenox, IL, through a referral of a customer.

IOI Matthew Mikaitis documented that Jeffery REGNIER also stated that during the pandemic 2020, the business of Kee Firearms and Training was so busy, there was no time to make deposits and all cash payments for the business would be placed in his desk drawer. Jeffery REGNIER stated that it was easier to use his desk drawer to store the business cash rather than using safes at the premises. Jeffery REGNIER advised that the desk drawer would hardly be suspected of storing cash if the store was broken into. According to IOI Matthew Mikaitis, Jeffery REGNIER also made mention that he was currently being investigated by the U.S. Secret Service.

Continuing on this date, Y/A conducted an address check at 21660 S Moni Drive New Lenox, IL at approximately 1607 hours. This address is registered to Kee Firearms and Training, LLC. During the address check, Y/A observed that the business was open and there were approximately five vehicles parked in the parking lot.

On 02/16/2022, Y/A served a subpoena for state tax information regarding Jeffery REGNIER, Greta KERANEN, Kee Firearms and Training, LLC, and Kee Construction, LLC to Illinois Department of Revenue.

On 04/04/2022, Y/A contacted Investigator Mikaitis to request a report regarding his interaction with Jeffery REGNIER and the employees of Kee Firearms and Training, LLC.

Kee Construction, LLC. Y/A received state tax return documents dated from 2015 to 2020. Ester Williams. (773) 721-1677 was listed as the preprayer for majority of the subpoenaed tax records received.

On 04/07/2022. Investigator Mikaitis provided a disclosure of conversation memorandum reference to his conversation and interaction with Jeffery REGNIER at Kee Firearms and Training, LLC during the audit and compliance process.

On 04/14/2022. Y/A served a subpoena to West Bend Insurance reference to obtaining insurance documents regarding the business Kee Firearms and Training, LLC, Kee Construction LLC, Jeffery REGNIER, and Greta KERANEN.

Continuing on this date, Y/A served a subpoena to State Farm Mutual Insurance reference to obtaining insurance documents regarding the business of Kee Firearms and Training, LLC. Kee Construction LLC. Jeffery REGNIER, and Greta KERANEN.

On 04/26/2022, Y/A conducted an address check at 11002 S Whipple St. Chicago, IL at approximately 0937 hours. According to subpoenaed documents. the business of Kee Construction, LLC is associated with this address. During the address check, Y/A observed a gray Ford (unknown model) compact car parked in the driveway along with a red pickup truck (unknown make and model). Due to the positioning of the two vehicles. Y/A was unable to obtain a tag number.

On 06/21/2022, IA Delena Spann provided Y/A with a preliminary work up for Jeffery REGNIER, Gavin REGNIER. Greta KERANEN. Kee Firearms and Training, LLC. and Kee Construction. Suspect names and businesses were deconflicted with other federal. state. and local law enforcement agencies databases which yielded negative results.

On 06/22/2022, Y/A requested information from Small Business Administration (SBA) regarding applications and supporting documents pertaining to COVID- 19 SBA/ EIDL/PPP loans for Kee Firearms and Training, LLC. Kee Construction LLC. Jeffery REGNIER. and Greta KERANEN. The request for information revealed the following:



Loan # 96989284-00- Funded on 02/17/2021- Kee Construction LLC $47,197.00 (Paid in Full)

On 08/08/2022, Y/A served a subpoena on Old Plank Trail Bank concerning the Small Business Administration (SBA) Paycheck Protection Program (PPP) loans for the business of Kee Construction.

On 09/12/2022, Y/A served a subpoena to Fidelity Investments requesting financial records pertaining to Jeffery REGNIER.

On 10/11/2022, Y/A received the subpoenaed documents from Fidelity Investments via secure portal. Subpoenaed records from Fidelity Investments revealed that both Jeffery REGNIER and Greta KERANEN own a joint brokerage account (628-074010) with Fidelity Investments through Edge Financial Advisors LLC located at 1776 S Naperville Rd. STE 102A, Wheaton, IL 60189.

On 10/28/2022, Y/A received the subpoenaed documents from Old Plank Trail Bank. Subpoenaed documents provided the application and supporting documents for Kee Construction, LLC pertaining to the Paycheck Protection Program (PPP) loan (9698928400) received on 02/18/2021, in the amount of $47,197.00 through Old Plank Trail Community Bank, N.A. as the lender of the loan.

On 01/24/2023, Y/A served a subpoena to AT&T Wireless requesting subscriber and account information for (773) 809-3118. This number (773) 809-3118 is associated with Jeffery REGNIER and the business of Kee Construction base on a database search (Whooster Services)-[7] conducted by S/A Jenna Saarela, Chicago Field Office (CHI).

On 02/03/2023, an undercover buy and surveillance operation was conducted at Kee Firearms and Training located at 21660 S Moni Dr. New Lenox, IL 60451. US Secret Service, Chicago Field Office (CHI) personnel were present. In addition, Special Agents from Illinois Department of Revenue were also present to assist. *

During the undercover buy and surveillance operation, agents observed a white semi-trailer parked near the parking lot of Kee Firearms and Training. According to an open-source search using Google Review for the business of Kee Firearms and Training, the white semi-trailer is used as an onsite mobile range for firearms training courses. S/A Jordan Bindley,

about the usage of the trailer. S/A Jordan Bindley was advised that the white semi-trailer was used for live fire training courses.

On 02/04/2023, Y/A received subpoenaed documents from AT&T via a secure portal (AT&T SecureMail). The subpoenaed documents from AT&T revealed Jeffery REGNIER is the subscriber of (773) 809-3118. The user account connected to (773) 809-3118 was opened on 11/08/2011, and the billing party is Kee Construction, LLC located at 21660 S Moni Dr, New Lenox, Il 60451.

On 02/07/2023, ATSAIC Todd Di Carlo, Chicago Field Office (CHI), Cyber Fraud Task Force, contacted Inspector Dan Vanoskey, Illinois Secretary of State Auto Theft Task Force (ISATT), requesting them to attempt to locate and obtain the Vehicle Identification Number (VIN) number of the white semi-trailer / mobile range parked outside Kee Firearms and Training, located at 21660 S Moni Dr., New Lenox, IL 60451. Inspector Vanoskey acknowledged he would attempt to get all identification for said trailer.

On 02/08/2023, Inspector Vanoskey, emailed ATSAIC Todd Di Carlo (CHI), a photo of the VIN plate on the semi-trailer which had the VIN# of 7LVDSDD23PD010796. Inspector Vanoskey also provided a photo of the mud flap on the described semi-trailer which had imprinted on it the following "De Lucio USA, (956) 461-0044, www.deluciousa.com". Furthermore, Inspector Vanoskey provided a Law Enforcement Agencies Data System (L.E.A.D.S) query regarding the VIN#, which purported the trailer was purchased from Mobile Range Technologies LLC., 700 E. Omega, Henrietta, TX. 76265.

Continuing on this date, Y/A requested Investigative Analyst (IA) Delena Spann, Chicago Field Office (CHI), to conduct database queries of the described semi-trailer bearing VIN# 7LVDSDD23PD010796.

Information provided by IA Delena Spann regarding the semi-trailer bearing VIN# 7LVDSDD23PD010796 revealed that the owner of semi-trailer is Mobile Range Technologies.

A query using TLOxp- Technology (TransUnion) revealed that Gavin REGNIER filed with the Illinois Secretary of State/ Limited Liability Company Division to register "Mobile Range Technologies LLC" as a Limited Liability Company (LLC). The filing date for this registration was 10/06/2022.

Gavin REGNIER also filed with the Illinois Secretary of State/ Limited Liability Company Division to register Kee Firearms + Training LLC as a Limited Liability Company (LLC). The filing date for this registration was 06/21/2022.

Old Plank Trail Community Bank

As part of the investigation into the activities of Jeffery Regnier and Greta Keranen, Y/A requested the internal investigation file from Old Plank Trail Community Bank. The investigation covered banking activities of Jeffery Regnier and Greta Keranen from 12/18/2020 to 01/03/2022, in which Old Plank Trail documented $2,638,707.00 of cash deposits and ACH debits, which appeared to have no apparent economic, business, or lawful purpose.

Kee Construction Operating Account number 2020005662

The Old Plank Trail Community Bank Kee Construction Operating account number 2020005662 was opened on 01/14/2015. The business on the account is listed as "Keeconstruction LLC" with an address of 21660 S. Moni Drive, New Lenox, Illinois 60451. Both Jeffery Regnier and Greta Keranen are listed as signatories on the account.

The total credits (deposits and transfers) were $3,701,523.89. Despite this being the operating account of a construction company, there were numerous payments to vendors related to the firearms business. The vendors receiving the most payments were MGE Wholesale, Nighthawk Custom, RSR Group, Tactical Gear TGD, AmChar Wholesale, Tecnica Environ, Chattanooga Shooting, Williams Shooter, Orion Arms Corp, Sports South AR-SS, and Davidson Supply.

Also of note, one of the biggest beneficiaries of checks from the Kee Construction operating account was attorney Laurie Silvestri of Chicago, who received $159,141.91 in eight separate payments.

On 04/07/2021. $12.000.00 was transferred to the joint checking account number 1012541212 of Greta Keranen and Jeffery Regnier. On 04/14/2021. $6.000.00 was transferred from account number 1012541212 to Fidelity.

JP Morgan Chase Bank

The responsive records for JP Morgan Chase Bank account number 645999103 showed that Jeffery Regnier is the sole signatory of this account. having opened the account on 03/21/2003 with what was then Bank One. Regnier provided his DOB and SSN at the time he opened the account. Chase records also showed that Regnier later provided his personal email address to associate with the account. jefferyregnier@yahoo.com. The address on the account is 11002 S. Whipple Street. Chicago, IL 60655. It should be noted that the majority of long-ins originated from IP address 173.161.29.1.

According to the account statement for 11/21/2019, the opening balance on that date was $125,193.10. On 12/24/2019. Regnier deposited a check in the amount of $25,499.56 at the Chase branch ATM located at 11205 Lincoln Highway, Mokena, IL 60448 in Will County. On 01/02/2020, he then transferred $120.000.00 to Fidelity Moneyline.

According to the statements from Chase. Jeffery Regnier began receiving Illinois Department of Employment Security (IDES) benefits into JP Morgan Chase Bank account number 645999103 on 06/03/2020 in the amount of $2,538.00. Subsequent to receiving the IDES benefits direct deposit on 06/03/2020. Regnier deposited a check on 06/11/2020 at Chase branch located at 11205 Lincoln Highway. Mokena. IL 60448 in Will County. Check number 031634 was issued by Kee Construction at P.O Box 558130 Chicago, IL 60655 to Jeffery Regnier in the amount of $29.779.75 on 06/08/2020, drawn on the Old Plank Trail Bank account number 2020005662. which is the Kee Construction Operating Account with both Greta Keranen and Jeffery Regnier as signatories. The signature on the check was purported to be Greta Keranen. who is the owner of record for Kee Construction. and is the live-in girlfriend or

$7.359.00 on 11/16/2020. $600.00 on 11/17/2020. $2,007.00 om 12/07/2020. and $3.645.00 on 01/11/2021. Immediately after receiving the last direct deposit from IDES. Regnier issued a wire transfer to Fidelity Moneyline in the amount of $50.000.00 on 01/11/2021.

Following the routing of IDES payments to Fidelity. there were numerous deposits in the amount of $23.500.00 from Edward Jones and Company. On 02/17/2021. there were two identical "book transfer" credits of $23,500.00, the first referencing Anthony Regnier, the second Richard Regnier. There was a third "book transfer" from Edward Jones on 02/22/2021 in the amount of $23.500.00 referencing Scott Regnier, and a fourth "book transfer" in the same amount on 03/04/2021 referencing Jeffery Regnier. Then on 03/16/2021, Regnier deposited check number 420218227. dated 03/16/2021, drawn on TCF National Bank account number 5398080886, and payable to Jeffery Regnier in the amount of $23.500.00. It should be noted the memo line reads "Dawn Regnier."

In March 2021. Regnier made a series of cash and other deposits in New Lenox, Mokena and Frankfort. followed by another transfer to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 03/22/2021 | Golan & Christie, LLP client trust account check | $38,733.48 |
| 03/30/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $10,000.00 |
| 03/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $4,200.00 |
| 03/31/2021 | cash (ATM 611 E. Lincoln Highway, Mokena) | $900.00 |
| 03/31/2021 | cash (ATM 20801 S. LaGrange Road, Frankfort) | $900.00 |
| 03/31/2021 | remote online deposit (economic impact payment) | $7.000.00 |
| 04/02/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $7,000.00 |
| 04/06/2021 | Laurie Silvestri attorney client trust account check (memo: Regnier Estate Refund) | $7.036.25 |
| Transfer/Withdrawal | | |
| 04/09/2021 | Fidelity Moneyline | $200,000.00 |

In May and June 2021, Regnier received another "book transfer" credit from Edward Jones in the amount of $5.000.00 on 05/25/2021, and a Carvana payout of $49,860.11 on 06/17/2021. He received a payment from Vroom on 07/22/2021 in the amount of $54,880.00. This was followed by a flurry of deposit activity, and additional large transfers to Fidelity:

| | | |
|---|---|---|
| 07/28/2021 | US Treasury check – advance child tax credit | $500.00 |
| 07/28/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $200.00 |
| 07/30/2021 | electronic check deposit | $136,900.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $2,800.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $1,400.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $600.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $200.00 |
| 08/12/2021 | Kee Firearms check #030027 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says "Member Draw") | $500,000.00 |
| 08/12/2021 | check | $4,456.61 |
| 08/12/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $221.00 |
| 08/12/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $160.00 |
| 08/16/2021 | Calumet Land Partners II check #656 to Regnier | $65,000.00 |
| 08/16/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $900.00 |
| 08/20/2021 | deposit | $28,500.00 |
| 08/23/2021 | US Treasury check – advance child tax credit | $500.00 |

<u>Transfer/Withdrawal</u>

| | | |
|---|---|---|
| 08/09/2021 | Fidelity Moneyline | $328,000.00 |
| 08/24/2021 | Fidelity Moneyline | $250,000.00 |
| 08/25/2021 | Fidelity Moneyline | $250,000.00 |
| 08/25/2021 | Fidelity Moneyline | $95,000.00 |

Again, in September, October, November, and December 2021, Regnier made large deposits, and large subsequent transfers to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 09/28/2021 | electronic check deposit | $33,000.00 |
| 09/29/2021 | US Treasury check – advance child tax credit | $500.00 |
| 10/12/2021 | Kee Firearms check #030039 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says "Member Draw") | $200,000.00 |
| 11/12/2021 | Old Plank Trail cashier's check | $100,000.00 |
| 11/12/2021 | US Treasury check – advance child tax credit | $500.00 |
| 11/16/2021 | Fedwire Credit – Integrated Vehicle Leasing | $38,500.00 |
| 11/22/2021 | US Treasury check – advance child tax credit | $500.00 |
| 11/23/2021 | Corliss Williams Construction memo: trailer | $7,500.00 |

| | | |
|---|---|---|
| 12/06/2021 | Russell J. Regnier Revocable Trust distribution | $28.500.00 |
| 12/06/2021 | remote online deposit | $1,031.13 |
| 12/06/2021 | remote online deposit | $997.57 |
| 12/13/2021 | cash (ATM 11205 Lincoln Highway. Mokena) | $938.00 |
| Transfer/Withdrawal | | |
| 10/14/2021 | check #010197 to Williams Fin Srvcs (2020 tax) | $2.100.00 |
| 10/20/2021 | IDOR EDI payments | $2.130.00 |
| 11/15/2021 | check #10211 to IDOR – tax year 2020 | $238.03 |
| 11/17/2021 | Fidelity Moneyline | $250,000.00 |
| 11/18/2021 | Fidelity Moneyline | $120,000.00 |
| 11/22/2021 | E*Trade | $500.00 |
| 12/03/2021 | Fidelity Moneyline | $205,000.00 |
| 12/08/2021 | Fidelity Moneyline | $30,000.00 |

Then on 02/09/2022. Jeffery Regnier issued check #10210 in the amount of $400.00. to open an account at Town Center Bank.

Unemployment Fraud

Following the discovery that Jeffery Regnier was receiving unemployment benefits from the Illinois Department of Security (IDES). the U.S. Department of Labor Office of Inspector General (DOL-OIG) was contacted for assistance. S/A Brooks Abramson provided Y/A with Jeffery Regnier's Pandemic Unemployment Assistance (PUA) application, job-separation questionnaire. participant history and transaction reports. and his weekly certifications submitted to IDES.

Jeffery Regnier submitted his application for PUA benefits to IDES on 05/12/2020. claiming he had become unemployed due to Covid-19, with a benefit claim effective date of 05/10/2020. Regnier listed his address as 11002 S. Whipple Street. Chicago. Illinois 60655, and provided an email of jefferyregnier@yahoo.com and a phone number of 773-858-3354. He claimed two dependent children residing with him. Hagan Regnier and Elsa Regnier.

Regnier claimed as his primary occupation "supervisors of construction and extraction workers." and indicated the business where he worked was currently closed. He denied that he

According to Jeffery Regnier's participant transaction report, his IDES payments were as follows:

| Date | Name | Amount | Routing Number | Account # |
|---|---|---|---|---|
| 2021-01-08 | JEFFERY REGNIER | $3,645.00 | 071000013 | 645999103 |
| 2020-12-04 | JEFFERY REGNIER | $2,007.00 | 071000013 | 645999103 |
| 2020-11-16 | JEFFERY REGNIER | $600.00 | 071000013 | 645999103 |
| 2020-11-13 | JEFFERY REGNIER | $7,359.00 | 071000013 | 645999103 |
| 2020-09-18 | JEFFERY REGNIER | $1,200.00 | 071000013 | 645999103 |
| 2020-08-25 | JEFFERY REGNIER | $2,007.00 | 071000013 | 645999103 |
| 2020-08-06 | JEFFERY REGNIER | $12,090.00 | 071000013 | 645999103 |
| 2020-06-02 | JEFFERY REGNIER | $2,538.00 | 071000013 | 645999103 |

IDES required that Regnier complete a Pandemic Unemployment Assistance Questionnaire, which he completed on 08/05/2020. On the PUA questionnaire, Regnier listed his employer as Kee Construction with an address of 11002 S. Whipple Street, Chicago, Illinois 60655 (the same address he listed as his residence address on his PUA application). Regnier listed his employment start date as 05/24/2020 and his end date as 05/30/2020. On the next page, he claimed his position at Kee Construction was "Manager" and now listed his employment start date as 03/16/2010 and his date of job separation as 03/16/2020. He claimed he was laid off due to Covid-19.

Regnier was also required to complete a PUA work availability questionnaire, which he completed on 08/06/2020. Regnier claimed he is still unable to work because it was not "healthy."

In order to continue receiving PUA benefits, Regnier was required to submit weekly certifications concerning his ability to work. From 05/10/2020 to 01/02/2021, Regnier submitted these weekly certifications to IDES. In each certification, Regnier claimed that he had not worked during that week, and that he had not started a new job, and that he was totally or partially unemployed because of the pandemic. It should be noted that each weekly certification contained the following admonishment:



"You must report work even if you have not been paid yet. By work we mean any

As an example, Jeffery Regnier submitted a certification to IDES that for the week of 12/06/2020 through 12/12/2020, he was unemployed. However, on 12/07/2020, Jeffery Regnier was interviewed by Grady Trimble of Fox Business, which was featured on Fox and Friends. During the interview, which took place at Regnier's business, Kee Firearms and Training, an unmasked Regnier told the masked Grady Trimble that sales had been up since the November election, and that their Black Friday sales were 300% higher than normal Friday sales. It should be noted that Regnier was receiving PUA benefits from IDES during the time he was reporting said firearm sales, and he was submitting weekly certifications to IDES claiming to be unemployed during the pandemic.

According to Jeffery Regnier's participant report, his log-in history shows he accessed his IDES benefits account from IP address 173.161.29.1 on 05/22/2020 and 05/27/2020.

Fidelity Edge Portfolio Management

According to the records received from Fidelity, the $50,000 transferred from Chase account number 645999103 was deposited into Fidelity account number 628-099245, which is in the name of Jeffery Regnier at 24104 S. Old Farm Road, Manhattan, IL 60442. At the time of the transfer, the Fidelity account reached a balance of $173,286.62.

The Fidelity records show that Jeffery Regnier and Greta Keranen transferred their funds from TD Ameritrade, American Funds, and other investment services to Fidelity Edge Portfolio Management, according to authorizations signed by Jeffery Regnier on 10/18/2019 and Greta Keranen on 10/19/2019. Fidelity tendered records for the following investment accounts:

| Account Number | Ownership | September 2022 balance |
|---|---|---|
| 628-074010 | Jeffery Regnier + Greta Keranen brokerage | $1,914,340.03 |
| 628-099245 | Jeffery Regnier individual | $1,528,738.71 |
| 628-075330 | Jeffery Regnier IRA | $310,752.48 |
| 628-110435 | Greta Keranen 401k | $88,956.77 |
| 628-076532 | Jeffery Regnier IRA | $74,963.80 |
| 628-075294 | Jeffery Regnier IRA | $70,286.75 |
| 628-075300 | Greta Keranen Roth IRA | $46,734.82 |

The first statement for the individual account number 628-099245 of Jeffery Regnier is December 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $120.000 into the account from Chase account number 645999103 on 01/02/2020. A summary of the fund transfers into and out of account number 628-099245 from January 2020 through September 2022 are as follows:

| Date of Deposit | Amount of Deposit | Originating Account |
|---|---|---|
| 01/02/2020 | $120.000.00 | Chase account number 645999103 |
| 01/11/2021 | $50,000.00 | Chase account number 645999103 |
| 04/09/2021 | $200,000.00 | Chase account number 645999103 |
| 08/09/2021 | $328,000.00 | Chase account number 645999103 |
| 08/24/2021 | $250,000.00 | Chase account number 645999103 |
| 08/25/2021 | $250,000.00 | Chase account number 645999103 |
| 08/25/2021 | $95,000.00 | Chase account number 645999103 |
| 11/17/2021 | $250,000.00 | Chase account number 645999103 |
| 11/18/2021 | $120,000.00 | Chase account number 645999103 |
| 12/02/2021 | $7,254.00 | Fidelity IRA account number 628-075330 |
| 12/03/2021 | $205,000.00 | Chase account number 645999103 |
| 12/08/2021 | $30,000.00 | Chase account number 645999103 |
| 12/23/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |
| 12/23/2021 | $250.000.00 | Fidelity brokerage acct number 628-074010 |
| 12/23/2021 | $70,337.00 | Fidelity brokerage acct number 628-074010 |

| Date of Debit | Amount of Debit | Destination Account |
|---|---|---|
| 12/27/2021 | $70,337.00 | Fidelity brokerage acct number 628-074010 |
| 12/27/2021 | $250.000.00 | Fidelity brokerage acct number 628-074010 |
| 12/27/2021 | $250.000.00 | Fidelity brokerage acct number 628-074010 |

Jeffery Regnier and Greta Keranen Brokerage account 628-074010

The first statement for the brokerage account number 628-074010 of Jeffery Regnier and Greta Keranen is October 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. A total of $1,895,674.71 was transferred into the account on 11/01/2019. A summary of the fund transfers into and out of account number 628-074010 from January 2020 through September 2022 are as follows:

| Date of Transfer In | Amount of Transfer | Originating Account |
|---|---|---|
| 12/27/2021 | $70,337.00 | Fidelity individual acct number 628-099245 |

| | | |
|---|---|---|
| 12/23/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/23/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/23/2021 | $70,337.00 | Fidelity individual acct number 628-099245 |

Jeffery Regnier IRA account 628-075330

The first statement for the IRA account number 628-075330 of Jeffery Regnier is October 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $178,739.72 into the account from an American Funds Money Market account on 11/04/2019, and $100,102.89 on 02/14/2020. There was an additional transfer from an unknown source on 01/11/2021 in the amount of $72,888.22. On 12/02/2021, Regnier transferred $7,254.00 to his Fidelity individual acct number 628-099245.

Jeffery Regnier Roth IRA account 628-076532

The first statement for the IRA account number 628-076532 of Jeffery Regnier is November 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $28,844.66 into the account from a variety of investment accounts on 11/08/2019. On 04/14/2021, Regnier transferred $6,000.00 from Old Plank Trail Community Bank account number 1012541212.

PPP Fraud

Part of the subpoena package S/A Coleman received from Old Plank Trail Bank included the Paycheck Protection Program (PPP) loan documents for Kee Construction. According to the records, there were two applications for Kee Construction/Greta Keranen, loan application numbers 9602767008 and 9698928400.

The documents for PPP loan number 9602767008 indicate the loan was approved in the amount of $47,199.00 on 04/09/2020. According to the loan application she signed and dated

supplied by Old Plank Trail. Greta Keranen submitted the DocuSigned loan note on 04/17/2020 from IP address 173.161.29.1.

According to the loan forgiveness application. which was DocuSigned by Greta Keranen on 09/02/2021, the loan proceeds were distributed on 04/20/2020. Keranen represented that all $47.199.00 was used for payroll costs from 04/20/2020 to 09/30/2020. It should be noted that Keranen listed her email on the application as greta@kee2010.com.

According to the subpoenaed records for the Old Plank Trail Bank Kee Construction Operating Account number 2020005662. the PPP loan proceeds of $47,199.00 were deposited into the account on 04/20/2020. Following said deposit. the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 04/20/2020 | Chattanooga Shooting Supply | $760.00 |
| 04/22/2020 | Chattanooga Shooting Supply | $252.77 |
| 04/23/2020 | Davidson Supply | $122.99 |
| 04/23/2020 | Davidson Supply | $357.98 |
| 04/23/2020 | Davidson Supply | $478.99 |
| 04/23/2020 | Davidson Supply | $529.00 |
| 04/23/2020 | Davidson Supply | $957.00 |
| 04/23/2020 | MGE Wholesale | $1.282.96 |
| 04/23/2020 | RSR Group Inc. | $2.580.63 |
| 04/23/2020 | Big Rock Sports | $7.690.00 |
| 04/23/2020 | Lipseys LLC | $8.238.22 |

Greta Keranen then submitted PPP loan application number 9698928400 through Old Plank Trail Community Bank. signed and dated 01/11/2021. requesting a loan of $171.500. Keranen listed herself as the president and 100% owner of Kee Construction, LLC, which was purportedly established in 2010. with a business address of 11002 S. Whipple. Chicago. IL 60655. business phone number of 773-809-3118. and an email address of info@kee2010.com. She listed the primary contact as Jeff Regnier. Keranen indicated Kee Construction has a

from the previous year. She indicated that the PPP loan proceeds were to be used for payroll costs, rent/mortgage interest for the business, and utilities.

Old Plank Trail Bank approved PPP loan number 9698928400 in the amount of $47,197.00, and Greta Keranan signed the Small Business Administration (SBA) note on 02/18/2021. It should be noted that the PPP loan note was DocuSigned by Greta Keranen from IP address 173.161.29.1.

According to the subpoenaed records for the Old Plank Trail Bank Kee Construction Operating Account number 2020005662, the PPP loan proceeds of $47,197.00 were deposited into the account on 02/19/2021. Following said deposit, $12,000.00 was transferred to the Kee Construction Benefits Account on 02/22/2021. However, after that transfer, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 02/22/2021 | MGE Wholesale | $1,399.00 |
| 02/22/2021 | Tactical Gear | $6,626.26 |
| 02/23/2021 | Davidson Supply | $919.96 |
| 02/23/2021 | Davidson Supply | $1,039.98 |
| 02/23/2021 | Davidson Supply | $1,059.98 |
| 02/23/2021 | Davidson Supply | $1,367.00 |
| 02/23/2021 | Davidson Supply | $1,443.00 |
| 02/24/2021 | MGE Wholesale | $10,795.50 |
| 02/25/2021 | RSR Group, Inc. | $84.20 |
| 02/25/2021 | Tactical Gear TGD | $118.64 |
| 02/25/2021 | RSR Group, Inc. | $230.26 |
| 02/25/2021 | Orion Arms Corp | $5,246.50 |
| 02/26/2021 | RSR Group, Inc. | $505.20 |
| 02/26/2021 | SR Group, Inc. | $1,586.00 |
| 02/26/2021 | Orion Arms Corp. | $1,931.50 |
| 02/26/2021 | RSR Group, Inc. | $2,107.07 |
| 02/26/2021 | Lipseys, LLC | $8,397.65 |

Y/A then reviewed the forgiveness application for PPP loan number 9698928400, which Greta Keranen also DocuSigned on 09/02/2021. Keranen represented that all $47,197.00 of the loan proceeds were used for payroll costs from 02/19/2021 to 06/30/2021. Based on the earlier

NH for employees FOR KEE

As part of the subpoena return from Old Plank Trail Bank, S/A Coleman received records pertaining to the Kee Construction Direct Deposit Account number 3040021683. According to the statements for July, August, and September 2020 (3rd quarter), Kee Construction only received deposits totaling $257,162.40. In fact, from September 2020 through May 2021 $0.00 was deposited into said account. Based upon the representations made in the PPP loan application, the funds for said PPP loan were not used for the rent or utilities of Kee Construction, in accordance with the Cares Act PPP program.

It should be noted that the business address of Kee Construction on all Old Plank Trail Bank account statements is 21660 S. Moni Drive, New Lenox, IL 60451. It should also be noted that the signature of Greta Keranen on the PPP application for loan number 9698928400 appears to match the signature of Greta Keranen on a contract between the Chicago Department of Water Management and Kee Construction from 2015.

EIDL Fraud

S/A Coleman also requested records from the Small Business Administration (SBA) concerning Economic Injury Disaster Loan (EIDL) applications submitted by Jeffery Regnier and Greta Keranen. The SBA responded to said request with records pertaining to EIDL application numbers 3301045998 and 3301048306.

Kee Firearms EIDL application number 3301045998

According to the records from SBA, Jeffery Regnier submitted EIDL application number 3301045998 on 04/01/2020 from IP address 173.161.29.1. On his application, Regnier represented that his business was Kee Firearms and Training, LLC, located at 21660 S. Moni Drive, New Lenox, IL 60451, with a business phone of 773-809-3118, and an email of jeff@keefirearms.com. He represented that he was 100% owner, and that he has owned his business since 03/29/2019, but that the business was not established until 03/29/2020. Regnier claimed monthly sales of $250,000, and that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Firearms and Training had combined annual operating expenses of $5,000,000, gross revenues of $3,000,000, and cost of goods sold of $5,000,000. Regnier also

the account to 01/31/2020, only $1,245.01 was deposited into the Kee Firearms and Training Account.

On 04/22/2020, Regnier's EIDL application number 3301045998 was denied by the SBA because he did not suffer an economic injury. On 06/12/2020, Regnier requested reconsideration for the loan advance, which was denied on 06/13/2020.

Kee Construction EIDL application number 3301048306

According to the records from SBA, Greta Keranen submitted EIDL application number 3301048306 on 04/01/2020 from IP address 173.161.29.1, seeking a maximum loan amount of $2,000,000. On her application, Keranen represented that her business was Kee Construction, LLC, located at 11002 S. Whipple, Chicago, IL 60655, with a business phone of 773-809-3118, and an email of jeff@kee2010.com. She represented that she was 100% owner, and that she has owned her business since 03/16/2010. Keranen claimed monthly sales of $791,667, and that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Construction had gross revenues of $9,500,000, and cost of goods sold of $8,500,000. Keranen also claimed to have ten employees and requested that an advance of up to $10,000 be sent to her Old Plank Trail Bank account number 2020005662.

On her application, Keranen listed the monthly gross receipts of Kee Construction as follows:

| | |
|---|---|
| January 2019 | $58,346.81 |
| February 2019 | $113,643.23 |
| March 2019 | $271,930.38 |
| April 2019 | $1.00 |
| May 2019 | $1.00 |
| June 2019 | $1,003,905.47 |
| July 2019 | $1.00 |
| August 2019 | $292,930.12 |
| September 2019 | $1,769,029.64 |
| October 2019 | $1,096,663.75 |
| November 2019 | $1.00 |
| December 2019 | $116,166.15 |
| January 2020 | $1.00 |

| | |
|---|---|
| June 2020 | $141,465.61 |
| July 2020 | $559,806.61 |
| August 2020 | $13,746.15 |
| September 2020 | $1.00 |
| October 2020 | $1.00 |
| November 2020 | $70,629.43 |
| December 2020 | $7,617.19 |
| January 2021 | $1.00 |
| February 2021 | $14,099.00 |
| March 2021 | $17,100.00 |

On 05/27/2020, EIDL application number 3301048306 was approved for a loan amount of $150,000, and Greta Keranen DocuSigned an SBA loan note on the same date. The loan proceeds were deposited into the Kee Construction operating account, Old Plank Trail Bank account number 2020005662 on 05/28/2020. It should be noted that said operating account lists an address of 21660 S. Moni Drive, New Lenox, IL 60451. According to the account statement, $149,900.00 was credited to the account on 06/01/2020.

Following the deposit of the EIDL loan proceeds, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 06/01/2020 | RSR Group, Inc. | $2,849.98 |
| 06/02/2020 | Orion Arms Corp Kee Firearms | $1,681.37 |
| 06/02/2020 | Lipseys LLC | $2,358.83 |
| 06/03/2020 | MGE Wholesale | $3,000.00 |
| 06/03/2020 | MGE Wholesale | $4,119.93 |
| 06/05/2020 | MGE Wholesale | $618.00 |
| 06/05/2020 | MGE Wholesale | $6,286.80 |
| 06/08/2020 | Amchar Wholesale | $2,087.10 |
| 06/08/2020 | MGE Wholesale | $3,250.00 |
| 06/08/2020 | Big Rock Sports | $6,495.45 |
| 06/09/2020 | Davidson Supply | $1,243.00 |
| 06/09/2020 | Lipseys LLC | $1,336.31 |
| 06/09/2020 | 2nd Amendment WH | $1,409.97 |
| 06/09/2020 | RSR Group Inc. | $1,481.54 |
| 06/09/2020 | Orion Arms Corp Kee Firearms | $2,653.50 |

Payments were also made to Ford Credit and Ally Financial on 06/01/2020 using EIDL loan proceeds, in the amounts of $1.033.79 and $1.393.38, respectively.

On 02/05/2022. Greta Keranen submitted a loan modification request for the same Kee Construction EIDL loan, requesting that the loan amount be increased from $150.000 to $2.000.000. Said request was submitted from IP address 173.161.29.1 and DocuSigned by Keranen. NOT submitted! ← * Lets see the application that was submitted?!

Greta Keranen signed and dated an SBA Form 413 Personal Financial Statement on 02/06/2022. On said form, Keranen claimed assets of $1,494.768, including $10.000 in cash. $768 in savings, $76,000 in an IRA/401k, $260,000 in automobiles, and $1,148,000 from accounts receivable. As to liabilities, she claimed $550,000 in accounts payable, and $181,684 in auto loan installments ($4,673 in monthly payments). Jeffery Regnier signed SBA Form 2202 as "Vice President" of Kee Construction listing a Ford Credit payment of $823.00 per month, Ally Credit payment of $1,350.00 per month, and a VW Credit payment of $2,500.00 per month.

On 02/23/2022, the SBA declined to modify the original EIDL loan amount, citing negative cash flow and the inability to repay the loan. As part of the reconsideration request, Greta Keranen had submitted the 2019 and 2020 Federal Income Tax Returns for Kee Construction. Shalanda Little of the SBA noted that in her original loan application, Keranen had claimed that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Construction had gross revenues of $9.500.000, and cost of goods sold of $8.500.000. However, according to the 2019 Federal Income Tax return Keranen had filed, and subsequently provided to the SBA, Keranen represented to the Internal Revenue Service and the Illinois Department of Revenue, that Kee Construction's gross revenues were actually $4,412,298, and the cost of goods sold was $1.174.393. The same 2019 tax return claims a net operating loss for Kee Construction of -$1,100,755.

Therefore, from the documents submitted to the SBA, it is clear that Greta Keranen was attempting to maximize her EIDL loan amount and minimize her tax liability, by faking a false statement.

During the course of the investigation, Y/A obtained a contract between Kee Construction and the Chicago Department of Water Management from 2015 from an open-source website, https://webapps1.chicago.gov/vcsearch/home. The purpose of the contract was the "Diversey Parkway Sewer Improvement Program" at a cost of $1,219,190.38. The contract was signed by the president of Kee Construction, Greta Keranen, and approved by then Chicago Mayor Rahm Emmanuel. The contract was notarized by Jeffery Regnier on 07/20/2015. Kee Construction represented they would be responsible for "general contracting, furnishing and delivering stone, and trucking" at a cost of $418,288.00, which would come out of the total contract amount. This contract listed the business address of Kee Construction as 11002 S. Whipple, Chicago, IL 60655, with an email address of info@kee2010.com, and a phone number of 773-809-3118.

As part of the Contract, Kee Construction listed all projects under contract at the time of signing. Kee Construction represented that they were contracted with the Plainfield Park District, LaGrange Park Park District, St. Joseph Pre-School, National Teacher's Academy, and the Veterans Park District, for a total of $1,972,024.60. In the contract, Kee Construction represented that they do their *own* excavation and grading, bituminous concrete paving, sewer and drain structures, landscaping, demolition, fencing, site restoration, bonding, electrical, installation of playground equipment, hauling and mobilization. Kee Construction listed possible subcontractors for other work, including Beverly Asphalt, Kramer Tree, Rent-a-Fence, Herrera Concrete, Evans Electrical, Leeway Trucking, Legacy Underground, Industrial Fence, Countryside Landscaping, Shaw Sports, and J&R Asphalt.

* Because we do?!

## West Bend Insurance

Y/A obtained an insurance policy for Kee Construction, LLC for the period of 07/01/2018 to 07/01/2019. The policy lists only nine vehicles, including a 2017 Ford F-250, 2015 Ford F-150, 2015 Ford F-250, 2005 Ford F-650, and five trailers. The policy lists limited equipment, including three skid-steers, one excavator, and various small tools such as an auger.

ATF Report

On 04/07/2022, Y/A received the summary report from ATF IOI Matthew Mikaitis, concerning his firearms compliance inspection of Kee Firearms and Training at 21660 S. Moni Drive, New Lenox, IL 60451 on 02/11/2022.

Mikaitis related that Kee Firearms received their Federal Firearms License (FFL) in November 2019, but they were only able to sell to customers on an appointment-only basis. In November 2020, local zoning was changed to allow walk-in sales. Jeffery Regnier told Mikaitis that customers would form lines that extended around the building and into the parking lot. Regnier claimed that his business receives constant cash payments for firearms and accessories, because he offers a 3% discount on cash purchases, and his customers prefer to use cash instead of credit cards. Regnier then told Mikaitis that his bank, Old Plank Trail Community Bank, informed Regnier that they were dropping him and his family members as clients, because the bank was not comfortable with the large cash deposits they were making over the past year. Regnier stated he was taking his banking to Town Center Bank in New Lenox, through a referral from customer. He then told Mikiaitis that he would continue making cash deposits, even though he knew he "the government was watching" because he was being investigated by the Secret Service.

Regnier told Mikaitis he has been making cash deposits since Kee Firearms opened, and that he had so much money he stashed it in his desk drawer. Regnier bragged that he had collected so much cash, he bought a counting machine to tally amounts over $1,000,000. He claimed that he was using an armored car to transport his cash, which he would deposit a few times per month.

Regnier then told Mikaitis that he was starting his campaign to run for U.S. Representative of the 1st District in Illinois. It should be noted that this is the same seat being vacated by longtime representative Bobby Rush. (3) AND so what →

ATF conducted a thorough review of Kee Firearms including on-site visits from

Regnier did not specify how adding Keranen to the LLC would benefit tax reporting between the two businesses. Regnier also indicated that Kee Firearms leases the space from Kee Properties, of which both Jeffery Regnier and Greta Keranen are managers. He provided ATF with a lease for the property. It should be noted that a dedicated office space is shared between Kee Firearms and Kee Construction. Regnier indicated that the Kee Construction end of the business had nearly come to a halt due to lack of contracts.

Jeffery Regnier told ATF that Kee Firearms and Training, LLC is a "full-service" firearms business, providing retail sales, online sales, internet transfers, consignment sales, gunsmithing, and training. Regnier claimed to have around 4,000 firearms in stock at any given time. Regnier indicated that their primary firearm suppliers were RSR Group, MGE Wholesale, Bill Hicks, Sports South, and Orion Wholesale.

ATF recorded 4,375 firearms in Kee inventory, and 3,788 sales recorded in the previous twelve months. However, ATF also discovered twenty-eight separate failures to properly complete background checks. And one firearm was missing from inventory, with no record of its sale or disposition. ATF concluded there was a willful disregard for the requirements to run background checks and have recommended revoking the FFL held by Kee.

<u>Campaign Finance Violations</u>

Y/A consulted the open-source website https://www.fec.gov/ and discovered that Jeffery Regnier had filed his Statement of Organization for his campaign as a Republican candidate for the 1st District House seat on 03/01/2022. According to his filing with the Federal Election Commission (FEC), he was to act as the treasurer and custodian of records for his campaign, "Regnier For Congress," with an address of 21660 S. Moni Drive, New Lenox, IL 60451 (the same address as Kee Firearms and Training). He indicated his campaign fund would be at Town Center Bank in New Lenox.

Included in the public information available on the FEC website, is a letter from Senior Campaign Finance and Reviewing Analyst, Michael Dobi, with the FEC, which was addressed to

filed as of 02/22/2023. It should be noted that the FEC assesses significant fines for failure to report campaign finances. It would be a logical conclusion that Jeffery Regnier does not want the public to know how he financed his campaign.

Tax Fraud

During the course of this investigation. Y/A requested the assistance of the Illinois Department of Revenue (IDOR) in reviewing the State of Illinois tax filings of Jeffery Regnier. Greta Keranen, and the businesses Kee Firearms and Training and Kee Construction.

IDOR Case Agent (C/A) Edwin Filippini provided Y/A with a comprehensive report concerning the targets' tax filings on 02/16/2023.

Kee Firearms and Training, LLC

According to the Sales and Use Tax (ST-1) returns submitted to IDOR, the Gross Receipts filed for 2020 totaled $3,387,552.00. but the Gross Receipts per the Schedule C attached to Jeffery Regnier's 2020 IL-1040 totaled $3,517,927.00, a difference of $130,375.00. which may indicate underreported taxable sales. It should be noted that the total receipts/sales reported to IDOR from the credit card settlement companies indicated a total of $3,517,927.09. Since Regnier's ST-1's reported all but $130,375.00 of credit card sales. there were either no cash sales in 2020. or the cash sales were not included in the ST-1's filed with IDOR. This data contradicts Regnier's statements to ATF. which indicates that there is a substantial irregularity in the reporting of sales. and possible fraud. It should also be noted that Kee Firearms did not file IDOR Form IL-941 Illinois Withholding Income Tax Returns in 2020. suggesting that Kee Firearms did $3,517,927.00 in sales with zero employees. In 2020. Jeffery Regnier was listed as the sole member and manager of Kee Firearms with the Illinois Secretary of State.

Gross Receipts on the ST-1's for 2021 totaled $5,460,891.00. but Gross Receipts per the 2021 Form 1065 totaled $6,088,210.00. a difference of $627,319.00. which may indicate underreported taxable sales. Total receipts/sales reported to IDOR from the credit card settlement companies indicated a total of $826,612.00. which if accurate, indicates that Kee

It should be noted that in the 3rd quarter of 2021, Jeffery Regnier started reporting deductions for resale on the Kee Firearms ST-1's. Resales are not subject to tax; however, Kee Firearms is not registered with IDOR as a reseller. Kee Firearms reduced taxable sales by $499,601.00 in 2021m and $960,239.00 in 2022 due to purported resale. Without the proper documentation for such sales, there may be sales tax liability on said "resales." Also in the 3rd quarter of 2021, Kee Firearms claimed a $72,400.00 tax deduction for "service." This deduction is suspicious and requires explanation.

The first business income tax return filed and received by IDOR was in 2020, when a Schedule C – Profit or Loss From Business form was received by IDOR as an attachment to Jeffery Regnier's 2020 IL-1040 income tax return. The business indicated a loss of $678.00 for 2020. It should be noted that the only Owner, Officer, LLC Member, or Responsible Party listed in the Business Registration Forms filed with IDOR is Jeffery Regnier.

In 2021, Jeffery Regnier filed an IL-1040 which did not include a Schedule C for Kee Firearms. Instead, IDOR received a 2021 Form IL-1065 Partnership Replacement Tax Return for Kee Firearms. The business indicated income of $685,674.00 for 2021. But instead of this income being captured on Jeffery Regnier's IL-1040 return, and tax paid at both the federal and state levels at prevailing tax rates, as it would have been if reported on a Schedule C. Instead, 95% of the $685,674.00 ($651,390.00) income was allocated to Greta Keranen via a K-1 from the 1065 return. Only 5% ($34,348.00) was allocated to Jeffery Regnier via a K-1 from the 1065 return. It should be noted that Greta Keranen was added as a member/manager of Kee Firearms with the Illinois Secretary of State in 2021.

<u>Kee Properties, LLC</u>

On 11/17/2014, Articles of Organization for Kee Properties, LLC were filed with the Illinois Secretary of State, listing the principal place of business where company records were kept as 24104 S. Old Farm Road, Manhattan, Illinois 60442. The members and managers were listed as Jeffery Regnier and Greta Keranen. It should be noted that a Business Registration

On 03/16/2010. Articles of Organization for Kee Construction. LLC were filed with the Illinois Secretary of State. listing the principal office as 11002 S. Whipple. Chicago. Illinois 60655.

On 04/10/2010. an Illinois Business Registration Application was filed with IDOR for Kee Construction. LLC. with Greta Keranen as the Owner. LLC Manager. Responsible Party, and the person completing the application.

Between 2013 and 2021, Greta Keranen's IL-1040 returns indicate losses from Kee Construction in seven out of nine years. totaling -$2.708.295.00.

<u>Jeffery Regnier</u>

Between 2019 and 2021, Jeffery Regnier only received one W-2 from Kee Construction in 2019 for wages of $1,573.00 (line 1). However. he received PUA benefits from IDES totaling $27.801.00 in 2020, claiming he had been laid off from Kee Construction. In 2020, Regnier also reported a loss of $10.200.00 on line 8 of his Form 1040 Schedule 1, with no explanation or detail provided. In 2020 Regnier also reported a short-term loss of $38,576.00 on $665,080.00 of sales proceeds, and a long-term loss of $16.915.00 on $905.757.00 of sales proceeds on his Schedule D Capital Gains and Losses. His return does not detail which assets were sold to claims such losses.

In 2021, Regnier reported a short-term loss of $24.965.00 on $1.160.649.00 of sales proceeds, and a long-term gain of $3.284.00 on $462,977.00 of sales proceeds. Again, there was no detail or explanation of which assets were sold.

<u>Greta Keranen</u>

Between 2013 and 2021. a nine-year period. Keranen received a total of $36,003.00 in income from W-2 Wages ($10.969.00). 1099 Dividend/Interest Income ($1.241.00). 1099 R, which includes distributions from pensions, annuities, retirement/profit-sharing plans, IRS's, and insurance contracts ($23,793.00). During the same time period, $2,466,603.00 in net loss flowed

In 2021, $652,614.00 in income was reported from Kee Firearms and Training, LLC via a K-1. However, this income was equally offset by a $652,614.00 loss from Kee Construction from Schedule C. The probability of such a circumstance is nearly impossible, suggesting that the tax filings have been falsified.

Affiant is aware that individuals will oftentimes utilize accounts over which they have control at financial institutions in the names of others to launder their profits and further hide their ill-gotten gains from law enforcement. In many instances, individuals will transfer funds between accounts after cash is obtained through their deceptive acts and initially deposited into a single account, thereby making it more difficult for law enforcement to trace the money deposited into the initial account.

Based on the above-mentioned facts, affiant has probable cause to show that the person(s) with dominion and control over FIDELITY INVESTMENTS ACCOUNT NUMBERS 628-099245, 628-074010, and 628-076532, and JP MORGAN CHASE BANK ACCOUNT NUMBER 645999103, or persons for whom their conduct is legally accountable, used fraud and deception to obtain the moneys on deposit in said account, and to make withdrawals and transfers from the suspect accounts for an unlawful purpose, resulting in said funds becoming criminally derived property from the felony offenses of Theft, Loan Fraud, and State Benefits Fraud.

Affiant has probable cause to believe that the monies on deposit in said accounts represent criminally derived proceeds of unlawful activity. The deposits of this money into FIDELITY INVESTMENTS ACCOUNT NUMBERS 628-099245, 628-074010, and 628-076532, and JP MORGAN CHASE BANK ACCOUNT NUMBER 645999103, as well as any subsequent transfer of those funds to accounts and entities other than the property sellers or their representatives, represent actual financial transactions, which were done with the intent to promote the carrying on of the unlawful activity from which the criminally derived proceeds

known that the deposits of said criminally derived proceeds, as well as the subsequent transfers of those funds, were designed at least in part to conceal or disguise the nature, the location, the source, the ownership or the control of the criminally derived property. Affiant has probable cause to believe the above acts constitute violations of 720 ILCS 5/29B-1(a)(1) or (a)(1.5).

Based on the above, the financial accounts are personal property which facilitate or were used, or intended to be used to facilitate the money laundering activity, and the funds on deposit in the aforementioned financial institutions are personal property which constitute or are derived from the money laundering activity, making the entire accounts as well as the laundered proceeds forfeitable under the Illinois Money Laundering Act, 720 ILCS 29-B(h).

Based on the above, your complainant believes that probable cause exists for the seizure of the above captioned financial accounts.

____________________

Subscribed and sworn to before
me this 24th day of February 2023,
At 7:41 pm

____________________

CIRCUIT JUDGE

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

In Regard to a Certain Criminal Investigation

**COURT ORDER**

The Court finds that this Application for Seizure Warrant and this Seizure Warrant, including the caption on said Application and Warrant, contain information regarding an ongoing criminal investigation, and therefore

the caption, relating to said application shall, upon filing with the Circuit Court, be sealed until further order of this Court.

Dated: 2-24-23

Entered: ______________________
JUDGE

arrest
Warrants
Jeff +
Greta

CASE NO. 2023 CF 369
WARRANT#

[illegible]RANT OF ARREST

T[illegible]

[illegible]sented to the Court charging that the offenses of **THEFT BY** [illegible] **(5 COUNTS), MONEY LAUNDERING, STATE BENEFITS** [illegible] **(4 COUNTS), and FILING A FRAUDULENT ILLINOIS SALES AND USE TAX RETURN (2 COUNTS)** has been committed, and it appears that **JEFFERY T. REGNIER** committed these offenses.

YOU ARE COMMANDED to arrest **JEFFERY T. REGNIER** and bring him without unnecessary delay before this Court, located at Courthouse, 100 West Jefferson Street, Joliet, Will County, Illinois or, if I am absent or unable to act, before the nearest or most accessible Court in this County.

**"As a condition of the defendant's bond, the defendant shall have no contact with the victim(s) in this case."**

BAIL is specified in the amount of $ 1,000,000.00 10%, ISSUED at Joliet, Will County, Illinois, this 24th day February A.D. 2023

SIGNED: [signature] (SEAL)
Judge of the Circuit Court
of the 12th Judicial District

Carlson
(Judge's name printed)

**SEX/RACE:** M / W

# EX. C

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2023MX001164
Filed Date: 4/7/2026 3:14 PM
Envelope: 37475556
Clerk: JM

CASE NO. 2023 CF 370
WARRANT#

WARRANT OF ARREST

To all Peace Officers in the State. GREETINGS:

Whereas, a complaint in writing was presented to the Court charging that the offenses of **THEFT BY DECEPTION, LOAN FRAUD (5 COUNTS), THEFT (2 COUNTS), WIRE FRAUD (2 COUNTS)** have been committed, and it appears that **GRETA J. KERANEN** committed these offenses.

YOU ARE COMMANDED to arrest **GRETA J. KERANEN** and bring **her** without unnecessary delay before this Court, located at Courthouse, 100 West Jefferson Street, Joliet, Will County, Illinois or, if I am absent or unable to act, before the nearest or most accessible Court in this County.

**"As a condition of the defendant's bond, the defendant shall have no contact with the victim(s) in this case."**

BAIL is specified in the amount of $ 1,000,000.00 10%. ISSUED at Joliet, Will County, Illinois, this 24TH day FEB A.D. 2023.

SIGNED: [signature] (SEAL)
Judge of the Circuit Court
of the 12th Judicial District

Carlson
(Judge's name printed)

**SEX/RACE:** F / W
**D.O.B.:** 01/03/1974
**HEIGHT/WEIGHT:** 5'05" / 125

W.C. COURT CASE NO. ____________

## WILL COUNTY WARRANT APPLICATION FORM

The following information is necessary for the issuance and service of a warrant.
The more information furnished, the greater probability of arrest
**PLEASE PRINT CLEARLY**

**MANDATORY INFORMATION FOR LEADS ENTRY**

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Keranen | Greta | J |

| Sex | Race | Date of Birth | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| F | W | 01/03/1974 | 5'05 | 125 | BRO | HAZ |

| Driver's License or ID Number | SID Number | FBI Number |
|---|---|---|
| IL/ K655-2907-4603 | | |

| Defendant's Last Known Address – Street | City | State – ZIP |
|---|---|---|
| 24104 S Old Farm Rd | Manhattan | IL-60442 |

Defendant's Place of Employment: Kee Firearms and Training

Defendant's Scars, Marks, Tattoos and Additional Identifiers: Unknown

| Police Department | Report Number(s) |
|---|---|
| United States Secret Service | 201-708-141148 |

| Officer Requesting Warrant | Officer Telephone Number |
|---|---|
| Special Agent Cayla Coleman | 202-527-4534 |

Do you wish this warrant be entered into LEADS by the W.C.S.O.? YES / NO (circle one)

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY

| | |
|---|---|
| The People of the State of Illinois | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| IN REGARDS TO A CERTAIN CRIMINAL | ) |
| INVESTIGATION | ) |
| | ) |

## ORDER TO SEAL SEARCH WARRANT DOCUMENTS

The Court finds that this Application for Search Warrant and this Search Warrant, including the caption on said Application and Warrant, contain information regarding an ongoing criminal investigation, and therefore.

IT IS HEREBY ORDERED that any and all documents in this matter relating to the application for and issuance of a search warrant, and any other affidavits, orders, and documents, including the caption, relating to said application shall, upon filing with the Circuit Court, be sealed until further order of this Court.

JUDGE

STATE OF ILLINOIS )
)
COUNTY OF WILL )

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| vs. | ) | NO. |
| | ) | |
| IN REGARDS TO A CERTAIN CRIMINAL INVESTIGATION | ) | |

# SEARCH WARRANT

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

On this day, February 24th, 2023, Complainant-Affiant Special Agent Cayla Coleman of the United States Secret Service has signed and sworn to a complaint for search warrant before me. Upon examination of the written complaint, I find that said complaint on its face states facts sufficient to show probable cause for the issuance of a search warrant, and I therefore command that the following be searched:

The following described properties and persons:

1) The residence located at 24104 S Old Farm Rd, Manhattan, IL 60442, described as a single-family two-story home that faces east, constructed of a red and pale-yellow brick siding, with a three-car attached garage facing west, a driveway at the north/east side of the residence, and a front door on the east side of the residence. The residential numbers "24104" are affixed to the front of a brick structure, located in the front yard of the residence facing east.



2) The residence located at 11002 S Whipple St, Chicago, IL 60655, described as a single-family one-story home, constructed of a grey siding with white trimming, with a white front door, two sets of windows located on the, a detached garage on the left side of the house with two storage shed units located in the backyard, and a cemented driveway along the left side of the residence. The residential numbers "11002" are affixed to the front of the residence located on the left side of the

front door.



3) The business located at 21660 Moni Drive New Lenox, IL 60451, described as a one-story business building, a firearms store, constructed of a beige metal building with a brown roof, with three white commercial loading- bay doors, and a white trailer parked in the parking lot south of the business. Located on the east facing side of the building is a large black sign with yellow letting "Kee Firearms and Training".



4) The person of Jeffrey Regnier, DOB: 07/20/1977, M/W, 5'10" 210 lbs., IL DL# R-25643877206, brown hair and hazel eyes.



5) The person of Greta Keranen, DOB: 01/03/1974, F/W, 5'5" 130 lbs., IL DL# K-65529074603, brown hair and hazel eyes.



I further command that the following described instruments, articles, and things which have been used in the commission of, or which constitute evidence of the offenses of **Theft 720 ILCS 5/16-1, Loan Fraud 720 ILCS 5/17-10.6(d), Money Laundering 720 ILCS 5/29 B-1, State Benefits Fraud 720 ILCS 5/17-6, Wire Fraud 720 ILCS 5/17-24(a), and Filing a Fraudulent Illinois Sales and Use Tax Return 35 ILCS 120/13(a),** and seize therefrom:

Any and all computers as defined in 720 ILCS 5/16D-2, any and all magnetic or optical or other computer media, including but not limited to hard disk drives, floppy disks, compact discs, DVDs, SIM cards, and USB storage devices, cellular phones, any and all files or documents containing usernames and passwords or other data security devices; computer software; records and other items which evidence ownership or use of the computers, cellular phones or magnetic or optical media;

firearms, firearm ammunition, and any and all firearm supplies, any and all files, documents, notes, ledgers, or other record of financial history. including business records, receipts, invoices, income tax returns and other tax forms, bank records and statements, checks, United States Currency, money counters, point-of-sale registers and counting machines, lock boxes, locked containers, locked drawers, locked safes, and any keys, codes or passwords for locked containers or safety deposit boxes; any and all records whether electronic or written regarding ledgers or logs of past or present seller or buyer history; any documentation electronic or written regarding social media accounts, any and all screen names, account names, "buddy" or "friend" lists from any online service provider or social networking, chat, forum, or website, any and all records evidencing occupancy or ownership of the premises described above including but not limited to records from financial institutions, lease agreements, rent-to-own or other equity agreements, rent or mortgage payments, utility and telephone bills, mail envelopes or addressed correspondence; any and all evidence, data or information pertaining to the identity of the user having dominion, control or authority over the computers or magnetic or optical media, electronic devices; telephone numbers representing incoming and outgoing calls, and contact information related to those telephone numbers; names or telephone numbers associated with text messages, SMS messages, MMS messages; the contents of text messages sent or received, SMS messages, or other electronic communications, pictures, digital images, email messages, email content, address books, dates and times, software applications, internet browsing history, internet applications, video content, deleted files, records pertaining to the activation of cell sites or the connection to the Mobile Telephone Switching Office, and any and all records pertaining to the use of a virtual private network (VPN), or any other anonymizing software, programs, or routers.

I further command that a return of anything so seized shall be made without unnecessary delay before me ~~or before Judge~~ ____________ or before any Court of competent jurisdiction. (initialed)

(signature)

Judge

Date of Issuance 2-24, 2023

Time of Issuance 7:53 p M.

## RETURNED EXECUTED

Executed by searching: ______________________________________

on the ___ day of _____ , 2023 at ____ o'clock __.M. and seizing the articles listed in the attached inventory and returning same to Judge __________; and leaving a copy of attached Search Warrant (with) (at)______________________

______________________ on ______, 2023

______________________________
Officer

Date Returned ____________, 2023

Time Returned ____________M.

______________________________
Judge

## RETURNED NOT EXECUTED

I did not execute this warrant within 96 hours from the time of issuance and it is hereby returned to the Court as void and not executed.

______________________________
Officer

Date Returned ____________, 2023

Time Returned ____________M.

______________________________
Judge

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**

**WILL COUNTY, ILLINOIS**

**COMPLAINT FOR SEARCH WARRANT**

United States Secret Service Cayla Coleman, now appears before the undersigned Judge of the Circuit Court and requests the issuance of a search warrant to search:

1) The residence located at 24104 S Old Farm Rd, Manhattan, IL 60442, described as a single-family two-story home that faces east, constructed of a red and pale-yellow brick siding, with a three-car attached garage facing west, a driveway at the north/east side of the residence, and a front door on the east side of the residence. The residential numbers "24104" are affixed to the front of a brick structure, located in the front yard of the residence facing east.



2) The residence located at 11002 S Whipple St. Chicago, IL 60655, described as a single-family one-story home, constructed of a grey siding with white trimming, with a white front door, two sets of windows located on the, a detached garage on the left side of the house with two storage shed units located in the backyard, and a cemented driveway along the left side of the residence. The residential numbers "11002" are affixed to the front of the residence located on the left side of the front door.



3) The business located at 21660 Moni Drive New Lenox, IL 60451, described as a one-story business building, a firearms store, constructed of a beige metal building with a brown roof, with three white commercial loading- bay doors, and a white trailer parked in the parking lot south of the business. Located on the east facing side of the building is a large black sign with yellow letting "Kee Firearms and Training".



4) The person of Jeffrey Regnier, DOB: 07/20/1977, M/W, 5'10" 210 lbs., IL DL# R-25643877206, brown hair and hazel eyes.



5) The person of Greta Keranen, DOB: 01/03/1974, F/W, 5'5" 130 lbs., IL DL# K-65529074603, brown hair and hazel eyes.



Complainant requests a search warrant for the purpose of seizing the following described instruments, articles, and things:

Any and all computers as defined in 720 ILCS 5/16D-2, any and all magnetic or optical or other computer media, including but not limited to hard disk drives, floppy disks, compact discs, DVDs, SIM cards, and USB storage devices, cellular phones, any and all files or documents containing usernames and passwords or other data security devices; computer software; records and other items which evidence ownership or use of the computers, cellular phones or magnetic or optical media; firearms, firearm ammunition, and any and all firearm supplies, any and all files, documents, notes, ledgers, or other record of financial history, including business records, receipts, invoices, income

tax returns and other tax forms, bank records and statements, checks, United States Currency, money counters, point-of-sale registers and counting machines, lock boxes, locked containers, locked drawers, locked safes, and any keys, codes or passwords for locked containers or safety deposit boxes; any and all records whether electronic or written regarding ledgers or logs of past or present seller or buyer history; any documentation electronic or written regarding social media accounts, any and all screen names, account names, "buddy" or "friend" lists from any online service provider or social networking, chat, forum, or website, any and all records evidencing occupancy or ownership of the premises described above including but not limited to lease agreements, rent-to-own or other equity agreements, rent or mortgage payments, utility and telephone bills, mail envelopes or addressed correspondence; any and all evidence, data or information pertaining to the identity of the user having dominion, control or authority over the computers or magnetic or optical media, electronic devices; telephone numbers representing incoming and outgoing calls, and contact information related to those telephone numbers; names or telephone numbers associated with text messages, SMS messages, MMS messages; the contents of text messages sent or received, SMS messages, or other electronic communications, pictures, digital images, email messages, email content, address books, dates and times, software applications, internet browsing history, internet applications, video content, deleted files, records pertaining to the activation of cell sites or the connection to the Mobile Telephone Switching Office, and any and all records pertaining to the use of a virtual private network (VPN), or any other anonymizing software, programs, or routers.

FORENSIC ANALYSIS: This search warrant shall include authority to analyze and search any magnetic or optical media or other computers, cell phones and media seized, including the decryption of any encrypted data, for relevant evidence as outlined in this search warrant.

ADDITIONAL AUTHORITY: This search warrant shall include authority to decrypt any encrypted or password-protected data located on any device within the above listed targets. This search warrant shall also include the authority to enter any locked folders located in any computers or cell phones located in the above listed residence, or on the person(s) described above.

RETURN OF SEARCH WARRANT: This search warrant shall be considered formally returned within a reasonable time by listing all physical items seized pursuant to the warrant. Full search

warrant return including the results of all forensic analysis contemplates a reasonable time period in light of the fact that modern hard drives can potentially contain millions of pages of data in a format that is not easily searched.

USE OF UNSWORN PERSONNEL: Forensic analysis of any data obtained from the seized items pursuant to this search warrant may be conducted by employees of law enforcement agencies who are not sworn law enforcement personnel but are instead civilian employees.

AUTHORIZED SHARING OF SEIZED ITEMS: This search warrant permits the sharing of proceeds from this warrant with the Will County Sheriff's Police, Internal Revenue Service, Illinois Department of Revenue, the U.S. Attorney's Office, Will County State's Attorney's Office, and the United States Secret Service.

C. The aforementioned instruments, articles and things have been used in the commission of or constitute evidence of the offenses of **Theft 720 ILCS 5/16-1, Loan Fraud 720 ILCS 5/17-10.6(d), Money Laundering 720 ILCS 5/29 B-1, State Benefits Fraud 720 ILCS 5/17-6, Wire Fraud 720 ILCS 5/17-24(a), and Filing a Fraudulent Illinois Sales and Use Tax Return 35 ILCS 120/13(a).**

Complainant has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and/or property set forth above:

## TECHNICAL CONSIDERATIONS

**Need to seize whole computer systems**: Based upon your complainant's consultation with experts in forensic computer searches, your complainant has learned that searching computerized information for evidence or instrumentalities of crime commonly requires agents to seize all of a computer system's input/output peripheral devices, related software, documentation, and data security devices (including passwords and encryption) so that a qualified computer examiner can accurately retrieve the system's data in a laboratory or other controlled environment. This is true because of the following:

a. The peripheral devices which allow users to enter or retrieve data from the storage devices vary widely in their compatibility with other hardware or software. Many storage devices require particular input/output (I/O) devices in order to read the data on the system. In that circumstance the

examiner many need to be able to reconfigure the system as it now operates in order to accurately retrieve the evidence listed above. In addition, the examiner needs the relevant system software (operating systems, interfaces, and hardware drivers) and any applications software which may have been used to create the data (whether stored on hard drives or on external media), as well as all related instruction manuals or other documentation and data security devices. If the examiner determines that the I/O devices, software, documentation, data security devices are not necessary to retrieve and preserve the data after inspection, the government will return them in a reasonable time.

b. In order to fully retrieve data from a computer system, the examiner also needs all digital storage devices as well as the internal computer hard drives and any peripherals. Further, the examiner again needs all the system software (operating systems or interfaces, and hardware drivers) and any and all applications software which may have been used to create the data (whether stored on hard drives or on external media) for proper data retrieval.

**Specialized ability to retrieve files**: When a file is deleted from a computer, the data itself is not deleted from the designated digital storage. Rather the entry for that document or image is deleted from a type of index contained on the media. The data itself remains in the same location on the media. As such a forensic computer examiner may be able to recover data a suspect believes has been deleted. This data can remain on the suspect's drive until such time as the data is overwritten either by using special software or the operating system as it writes new data. A forensic examiner using specialized software may also be able to recover files after a suspect has reformatted digital media. Therefore, even with a concerted effort by the suspect to remove data from digital media, a forensic examiner may be able to recover it for as long as the media exists.

**The volume of evidence:** The volume of data stored on many computer systems and storage devices will typically be so large that it will be impractical to search for data during the execution of the physical search of the premises. A single megabyte of storage space is the equivalent of 500 double-spaced pages of text. A single gigabyte of storage space, or 1,000 megabytes, is the equivalent of 500,000 double-spaced pages of text. Storage devices capable of storing in excess of 500 gigabytes of data are now commonplace in desktop computers. Consequently, each non-networked, desktop computer found during a search can easily contain the equivalent of millions of pages of data, which, if printed out, would more than fill a 10' x 12' x 10' room to the ceiling.

**Portability of modern devices:** Modern mobile devices include many forms of small, portable digital storage devices such as laptop and tablet personal computers, cellular telephones, iPods or other MP3 players, USB "zip" drives, USB and Firewire external hard drives, and any other digital medium that is small and light enough to be easily carried either on one's person or in a carry case. The proliferation and widespread use of these types of devices necessitates that search warrants for digital media include persons and vehicles because of the easy portability and frequent transport of these devices either in carry cases, backpacks or vehicles.

**Identifying computers on the Internet:** An Internet Protocol address (also known as an IP address) is a set of numbers which identified a computer on the Internet. The IP address follows the format of ###.###.###.### wherein each of the numbers is between 0 and 255. Computers use IP addresses to identify each other on the Internet. Each address is unique. Internet protocol addresses are registered to specific individuals or entities, such as an Internet service provider. When a subscriber of an Internet service provider wishes to access the Internet via their service, the Internet service provider will assign that account an IP address which identifies that account holder on the Internet. By providing the Internet service provider with the dates, times and IP addresses which a suspect used to access the Internet, the Internet service provider will be able to provide the identifying information for the account holder who was assigned that specific IP address at that date and time, if the records still exist on their system.

## INVESTIGATION

1. I am a Special Agent with the United States Secret Service (USSS). I have been employed since September 30, 2019. As part of my duties as a Special Agent, I investigate criminal violations related to money laundering, financial institution fraud, mail fraud, wire fraud, and bank fraud, as well as the passing of counterfeit United States currency. I received criminal investigative training at the Federal Law Enforcement Training Center in Glynco, Georgia, and at the James J. Rowley Secret Service Training Center in Beltsville. Maryland, pertaining to criminal investigations of counterfeit currency, bank fraud. financial institution fraud. money laundering, wire fraud, check fraud, check kiting, access device fraud, and identity theft.

2. The statements in this affidavit are based on my personal knowledge, information I received from other law enforcement personnel, information received from multiple analysts and investigators employed at financial institutions, review of financial records, interviews of witnesses, my experience and training, and the experience of other agents and law enforcement personnel with whom I have consulted.

In April of 2021, United States Secret Service Special Agent (SA) Keegan Rupenthal - CHI, began an investigation into potential money laundering, following a referral by Old Plank Trail Community Bank. The bank advised they had received several large cash deposits at their branch in Frankfort, Illinois (Will County). The activity began with a $730,889 cash deposit on 01/22/2021. Old Plank Trail reported that Jeffery REGNIER, the owner of Kee Firearms and Training, LLC, called the bank to inquire about the best way to make a large cash deposit. The bank recommended a Brinks armored truck retrieve the money from the business located at 21660 S. Moni Dr., New Lenox, Illinois (Will County), 60451, and Jeffery REGNIER'S account would be credited once the bank received the cash deposit. Old Plank Trail also states that Jeffery REGNIER and his son, Gavin REGNIER, have continued to make large cash deposits over the ensuing months.

Old Plank Trail Community Bank advised these large cash deposits from Kee Firearms and Training appear to be suspicious and possibly attributed to money laundering. Old Plank Trail Community Bank further stated that it was outside the normal business model for the described business since these have not happened before when the account was opened.

On 05/19/2021, S/A Rupenthal attempted to interview Jeffery REGNIER at his residence, located at 24104 S. Old Farm Road, Manhattan, Illinois 60442, regarding Kee Firearms and Training, LLC, and the recent influx of cash into his bank account at Old Plank Trail Community Bank. S/A Rupenthal was only able to speak with Jeffery REGNIER through his Ring doorbell. REGNIER advised that he was unavailable for an interview at the time.

On 05/26/2021, S/A Rupenthal was contacted by Special Agent (SA) Christian Carranza of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Chicago Field Office in response to his email (05/19/2021) inquiring about the reported sales of Kee Firearms and

Training, LLC. S/A Carranza stated that the volume of firearms sales at Kee Firearms and Training, LLC, does not correlate to the large amount of cash being deposited. He stated that in his experience, this large amount of cash is not usual activity for a firearms sale business.

In November of 2021, your affiant (Y/A), Special Agent (SA) Cayla Coleman – CHI, was reassigned this case for further investigation.

On 12/08/2021, Y/A was appointed to the Will County grand jury as an investigator under 21MR1542 pertaining to the investigation of Kee Firearms and Training, LLC.

On 12/17/2021, Y/A served subpoenas to Old Plank Trail Community Bank (Old Plank Trail Community Financial) requesting all documents pertaining to the following accounts: 9249986416, 2010019687, 2020005662, 2020005670, 3040021683, 3046135138, 3048895920, 3043843425, 9243794852, 9249214087, 580000162, 580000209, 2029718018, 1013155590, 1015978782, and 1012541212.

On 01/04/2022, Y/A received bank records from Old Plank Trail Community Financial Corporation regarding the accounts subpoenaed. The subpoenaed bank records were subsequently analyzed by Delena D. Spann, Investigative Analyst (IA) of the U.S. Secret Service (CHI).

After conducting financial analysis of the subpoenaed bank records, IA Spann concluded that the number of transactions in accounts ending in 5662 and 5590 are staggering and offer an overwhelming depiction in and of itself that "structuring" may have been connected to these accounts. It should be noted that the account ending in 5662 is the Kee Construction operating account with signatories Jeffery REGNIER and Greta KERANEN, and the account ending in 5590 is a joint checking account with signatories Jeffery and Gavin REGNIER.

On 12/21/2021, Y/A served a subpoena to JPMC National Subpoena Processing Center (JP Morgan Chase Bank) pertaining to the Chase Bank accounts of Jeffery REGNIER, including account number 645999103. This bank account was used to transfer money between REGNIER'S banking accounts at Old Plank Trail Community Bank.

On 01/12/2021, Y/A received the subpoenaed documents from JP Morgan Chase Bank. Information for eight bank accounts were provided to me for review. IA Delena Spann conducted financial analysis of the subpoenaed bank records from JP Morgan Chase Bank: IA

Delena Spann analyzed the accounts to determine the level of expenditures of the account holder in comparison to the known figures of income via the subpoenaed credit card statements. The period analyzed consisted of Chase (JPMorgan) bank credit cards during the dates of December 2018-September 2022.

According to the statements from Chase (JPMorgan), Jeffery REGNIER began receiving Illinois Department of Employment Security (IDES) benefits to JP Morgan Chase Bank account number 645999103 on 06/03/2020 in the amount of $2,538.00. After receiving the IDES benefits direct deposit on 06/03/2020, REGNIER deposited a check on 06/11/2020 at JP Morgan Chase branch located at 11205 Lincoln Highway, Mokena, IL 60448 in Will County.

According to bank records obtained from JP Morgan Chase Bank, REGNIER received direct deposits from IDES to Chase account number 645999103 in the amounts of $12,090.00 on 08/07/2020, $2,007.00 on 08/26/2020, $1,200.00 on 09/21/2020, $7,359.00 on 11/16/2020, $600.00 on 11/17/2020, $2,007.00 om 12/07/2020, and $3,645.00 on 01/11/2021. Immediately after receiving the last direct deposit from IDES, REGNIER issued a wire transfer to Fidelity Moneyline in the amount of $50,000.00 on 01/11/2021.

On 01/12/2022, Y/A contacted U.S. Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) regarding Jeffery REGNIER and Kee Firearms and Training, LLC. Y/A inquired if their agency was investigating the business of Kee Firearms or REGNIER. ATF advised that Industry Operation Investigator (IOI) Matthew Mikaitis with U.S. Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) was currently conducting a routine audit of the business. According to Investigator Mikaitis, their routine audit with Kee Firearms, LLC was not a criminal investigation, and that he would advise if they were to open a criminal investigation regarding the business and Jeffery REGNIER.

On 02/09/2022, Y/A conducted an address check at 24104 S Old Farm Rd., Manhattan, IL at approximately 1526 hours. According to subpoenaed documents, this address is used as the primary residence of Jeffery REGNIER and Greta KERANEN. During the address check, Y/A observed no vehicles parked in the driveway and the door to the attached garage of the residence was closed.

On 02/11/2022, Industry Operations Investigator (IOI) Matthew Mikaitis contacted Y/A

via phone regarding a conversation he had with Jeffery REGNIER at Kee Firearms and Training, LLC. IOI Mikaitis advised that Jeffery REGNIER stated that he was stressed due to the ATF regulatory inspection and recent notification from his bank, advising they were dropping him as a client. Jeffery REGNIER stated his bank was dropping him because they were not comfortable with the large cash deposits made throughout the year. According to IOI Matthew Mikaitis, Jeffery REGNIER revealed that he would likely be moving his business banking to Town Center Bank in New Lenox, IL, through a referral of a customer.

IOI Matthew Mikaitis documented that Jeffery REGNIER also stated that during the pandemic 2020, the business of Kee Firearms and Training was so busy, there was no time to make deposits and all cash payments for the business would be placed in his desk drawer. Jeffery REGNIER stated that it was easier to use his desk drawer to store the business cash rather than using safes at the premises. Jeffery REGNIER advised that the desk drawer would hardly be suspected of storing cash if the store was broken into. According to IOI Matthew Mikaitis, Jeffery REGNIER also made mention that he was currently being investigated by the U.S. Secret Service.

Continuing on this date, Y/A conducted an address check at 21660 S Moni Drive New Lenox, IL at approximately 1607 hours. This address is registered to Kee Firearms and Training, LLC. During the address check, Y/A observed that the business was open and there were approximately five vehicles parked in the parking lot.

On 02/16/2022, Y/A served a subpoena for state tax information regarding Jeffery REGNIER, Greta KERANEN, Kee Firearms and Training, LLC, and Kee Construction, LLC to Illinois Department of Revenue.

On 04/04/2022, Y/A contacted Investigator Mikaitis to request a report regarding his interaction with Jeffery REGNIER and the employees of Kee Firearms and Training, LLC.

Continuing on this date, Y/A received subpoenaed documents back from Illinois Department of Revenue via United Parcel Services (UPS). The subpoenaed documents provided state tax records for Jeffery REGNIER, Greta KERANEN, Kee Firearms and Training, LLC, and Kee Construction, LLC. Y/A received state tax return documents dated from 2015 to 2020. Ester Williams, (773) 721-1677 was listed as the preprayer for majority of the subpoenaed tax

records received.

On 04/07/2022, Investigator Mikaitis provided a disclosure of conversation memorandum reference to his conversation and interaction with Jeffery REGNIER at Kee Firearms and Training, LLC during the audit and compliance process.

On 04/14/2022, Y/A served a subpoena to West Bend Insurance reference to obtaining insurance documents regarding the business Kee Firearms and Training, LLC, Kee Construction LLC, Jeffery REGNIER, and Greta KERANEN.

Continuing on this date, Y/A served a subpoena to State Farm Mutual Insurance reference to obtaining insurance documents regarding the business of Kee Firearms and Training, LLC, Kee Construction LLC, Jeffery REGNIER, and Greta KERANEN.

On 04/26/2022, Y/A conducted an address check at 11002 S Whipple St. Chicago, IL at approximately 0937 hours. According to subpoenaed documents, the business of Kee Construction, LLC is associated with this address. During the address check, Y/A observed a gray Ford (unknown model) compact car parked in the driveway along with a red pickup truck (unknown make and model). Due to the positioning of the two vehicles, Y/A was unable to obtain a tag number.

On 06/21/2022, IA Delena Spann provided Y/A with a preliminary work up for Jeffery REGNIER, Gavin REGNIER, Greta KERANEN, Kee Firearms and Training, LLC, and Kee Construction. Suspect names and businesses were deconflicted with other federal, state, and local law enforcement agencies databases which yielded negative results.

On 06/22/2022, Y/A requested information from Small Business Administration (SBA) regarding applications and supporting documents pertaining to COVID- 19 SBA/ EIDL/PPP loans for Kee Firearms and Training, LLC, Kee Construction LLC, Jeffery REGNIER, and Greta KERANEN. The request for information revealed the following:

Loan # 96989284-00- Funded on 02/17/2021- Kee Construction LLC $47,197.00 (Paid in Full)

Loan # 42380578-02- Funded on 05/27/2020- Kee Construction $150,000.00 (Disbursed Current)

Loan # 96027670-08- Funded on 04/09/2020- Kee Construction, LLC $ 47,199.00 (Paid in Full)

On 08/08/2022, Y/A served a subpoena on Old Plank Trail Bank concerning the Small

Business Administration (SBA) Paycheck Protection Program (PPP) loans for the business of Kee Construction.

On 09/12/2022, Y/A served a subpoena to Fidelity Investments requesting financial records pertaining to Jeffery REGNIER.

On 10/11/2022, Y/A received the subpoenaed documents from Fidelity Investments via secure portal. Subpoenaed records from Fidelity Investments revealed that both Jeffery REGNIER and Greta KERANEN own a joint brokerage account (628-074010) with Fidelity Investments through Edge Financial Advisors LLC located at 1776 S Naperville Rd. STE 102A, Wheaton, IL 60189.

On 10/28/2022, Y/A received the subpoenaed documents from Old Plank Trail Bank. Subpoenaed documents provided the application and supporting documents for Kee Construction, LLC pertaining to the Paycheck Protection Program (PPP) loan (9698928400) received on 02/18/2021, in the amount of $47,197.00 through Old Plank Trail Community Bank, N.A. as the lender of the loan.

On 01/24/2023, Y/A served a subpoena to AT&T Wireless requesting subscriber and account information for (773) 809-3118. This number (773) 809-3118 is associated with Jeffery REGNIER and the business of Kee Construction base on a database search (Whooster Services) conducted by S/A Jenna Saarela, Chicago Field Office (CHI).

On 02/03/2023, an undercover buy and surveillance operation was conducted at Kee Firearms and Training located at 21660 S Moni Dr, New Lenox, IL 60451. US Secret Service, Chicago Field Office (CHI) personnel were present. In addition, Special Agents from Illinois Department of Revenue were also present to assist.

During the undercover buy and surveillance operation, agents observed a white semi-trailer parked near the parking lot of Kee Firearms and Training. According to an open-source search using Google Review for the business of Kee Firearms and Training, the white semi-trailer is used as an onsite mobile range for firearms training courses. S/A Jordan Bindley, Chicago Field Office (CHI), also contacted Kee Firearms and Training via telephone (815) 485-9494, which is the published phone number online for Kee Firearms and Training, to inquire about the usage of the trailer. S/A Jordan Bindley was advised that the white semi-trailer was

used for live fire training courses.

On 02/04/2023, Y/A received subpoenaed documents from AT&T via a secure portal (AT&T SecureMail). The subpoenaed documents from AT&T revealed Jeffery REGNIER is the subscriber of (773) 809-3118. The user account connected to (773) 809-3118 was opened on 11/08/2011, and the billing party is Kee Construction, LLC located at 21660 S Moni Dr, New Lenox, Il 60451.

On 02/07/2023, ATSAIC Todd Di Carlo, Chicago Field Office (CHI), Cyber Fraud Task Force, contacted Inspector Dan Vanoskey, Illinois Secretary of State Auto Theft Task Force (ISATT), requesting them to attempt to locate and obtain the Vehicle Identification Number (VIN) number of the white semi-trailer / mobile range parked outside Kee Firearms and Training, located at 21660 S Moni Dr., New Lenox, IL 60451. Inspector Vanoskey acknowledged he would attempt to get all identification for said trailer.

On 02/08/2023, Inspector Vanoskey, emailed ATSAIC Todd Di Carlo (CHI), a photo of the VIN plate on the semi-trailer which had the VIN# of 7LVDSDD23PD010796. Inspector Vanoskey also provided a photo of the mud flap on the described semi-trailer which had imprinted on it the following "De Lucio USA, (956) 461-0044, www.deluciousa.com". Furthermore, Inspector Vanoskey provided a Law Enforcement Agencies Data System (L.E.A.D.S) query regarding the VIN#, which purported the trailer was purchased from Mobile Range Technologies LLC., 700 E. Omega, Henrietta, TX, 76265.

Continuing on this date, Y/A requested Investigative Analyst (IA) Delena Spann, Chicago Field Office (CHI), to conduct database queries of the described semi-trailer bearing VIN# 7LVDSDD23PD010796.

Information provided by IA Delena Spann regarding the semi-trailer bearing VIN# 7LVDSDD23PD010796 revealed that the owner of semi-trailer is Mobile Range Technologies, LLC, and the title number pertaining to the registration is (10842544707094330). The registration date for the semi-trailer is 05/28/2022, and the expiration date is 04/30/2023. This company (Mobile Range Technologies, LLC) is believed to be associated with Gavin REGNIER.

A query using TLOxp- Technology (TransUnion) revealed that Gavin REGNIER filed with the Illinois Secretary of State/ Limited Liability Company Division to register "Mobile Range Technologies LLC" as a Limited Liability Company (LLC). The filing date for this registration was 10/06/2022.

Gavin REGNIER also filed with the Illinois Secretary of State/ Limited Liability Company Division to register Kee Firearms + Training LLC as a Limited Liability Company (LLC). The filing date for this registration was 06/21/2022.

## Old Plank Trail Community Bank

As part of the investigation into the activities of Jeffery Regnier and Greta Keranen, Y/A requested the internal investigation file from Old Plank Trail Community Bank. The investigation covered banking activities of Jeffery Regnier and Greta Keranen from 12/18/2020 to 01/03/2022, in which Old Plank Trail documented $2,638,707.00 of cash deposits and ACH debits, which appeared to have no apparent economic, business, or lawful purpose.

### Kee Construction Operating Account number 2020005662

The Old Plank Trail Community Bank Kee Construction Operating account number 2020005662 was opened on 01/14/2015. The business on the account is listed as "Keeconstruction LLC" with an address of 21660 S. Moni Drive, New Lenox, Illinois 60451. Both Jeffery Regnier and Greta Keranen are listed as signatories on the account.

The total credits (deposits and transfers) were $3,701,523.89. Despite this being the operating account of a construction company, there were numerous payments to vendors related to the firearms business. The vendors receiving the most payments were MGE Wholesale, Nighthawk Custom, RSR Group, Tactical Gear TGD, AmChar Wholesale, Tecnica Environ, Chattanooga Shooting, Williams Shooter, Orion Arms Corp, Sports South AR-SS, and Davidson Supply.

Also of note, one of the biggest beneficiaries of checks from the Kee Construction operating account was attorney Laurie Silvestri of Chicago, who received $159,141.91 in eight separate payments.

On 04/07/2021, $12,000.00 was transferred to the joint checking account number 1012541212 of Greta Keranen and Jeffery Regnier. On 04/14/2021, $6,000.00 was transferred from account number 1012541212 to Fidelity.

## JP Morgan Chase Bank

The responsive records for JP Morgan Chase Bank account number 645999103 showed that Jeffery Regnier is the sole signatory of this account, having opened the account on 03/21/2003 with what was then Bank One. Regnier provided his DOB and SSN at the time he opened the account. Chase records also showed that Regnier later provided his personal email address to associate with the account, jefferyregnier@yahoo.com. The address on the account is 11002 S. Whipple Street, Chicago, IL 60655. It should be noted that the majority of long-ins originated from IP address 173.161.29.1.

According to the account statement for 11/21/2019, the opening balance on that date was $125,193.10. On 12/24/2019, Regnier deposited a check in the amount of $25,499.56 at the Chase branch ATM located at 11205 Lincoln Highway, Mokena, IL 60448 in Will County. On 01/02/2020, he then transferred $120,000.00 to Fidelity Moneyline.

According to the statements from Chase, Jeffery Regnier began receiving Illinois Department of Employment Security (IDES) benefits into JP Morgan Chase Bank account number 645999103 on 06/03/2020 in the amount of $2,538.00. Subsequent to receiving the IDES benefits direct deposit on 06/03/2020, Regnier deposited a check on 06/11/2020 at Chase branch located at 11205 Lincoln Highway, Mokena, IL 60448 in Will County. Check number 031634 was issued by Kee Construction at P,O Box 558130 Chicago, IL 60655 to Jeffery Regnier in the amount of $29,779.75 on 06/08/2020, drawn on the Old Plank Trail Bank account number 2020005662, which is the Kee Construction Operating Account with both Greta Keranen and Jeffery Regnier as signatories. The signature on the check was purported to be Greta Keranen, who is the owner of record for Kee Construction, and is the live-in girlfriend or common-law wife of Jeffery Regnier. It should be noted the endorser signature is consistent with other recorded signatures of Jeffery Regnier.

Regnier next received direct deposits from IDES to Chase account number 645999103 in

the amounts of $12,090.00 on 08/07/2020, $2,007.00 on 08/26/2020, $1,200.00 on 09/21/2020, $7,359.00 on 11/16/2020, $600.00 on 11/17/2020, $2,007.00 om 12/07/2020, and $3,645.00 on 01/11/2021. Immediately after receiving the last direct deposit from IDES, Regnier issued a wire transfer to Fidelity Moneyline in the amount of $50,000.00 on 01/11/2021.

Following the routing of IDES payments to Fidelity, there were numerous deposits in the amount of $23,500.00 from Edward Jones and Company. On 02/17/2021, there were two identical "book transfer" credits of $23,500.00, the first referencing Anthony Regnier, the second Richard Regnier. There was a third "book transfer" from Edward Jones on 02/22/2021 in the amount of $23,500.00 referencing Scott Regnier, and a fourth "book transfer" in the same amount on 03/04/2021 referencing Jeffery Regnier. Then on 03/16/2021, Regnier deposited check number 420218227, dated 03/16/2021, drawn on TCF National Bank account number 5398080886, and payable to Jeffery Regnier in the amount of $23,500.00. It should be noted the memo line reads "Dawn Regnier."

In March 2021, Regnier made a series of cash and other deposits in New Lenox, Mokena and Frankfort, followed by another transfer to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 03/22/2021 | Golan & Christie, LLP client trust account check | $38,733.48 |
| 03/30/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $10,000.00 |
| 03/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $4,200.00 |
| 03/31/2021 | cash (ATM 611 E. Lincoln Highway, Mokena) | $900.00 |
| 03/31/2021 | cash (ATM 20801 S. LaGrange Road, Frankfort) | $900.00 |
| 03/31/2021 | remote online deposit (economic impact payment) | $7,000.00 |
| 04/02/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $7,000.00 |
| 04/06/2021 | Laurie Silvestri attorney client trust account check (memo: Regnier Estate Refund) | $7,036.25 |
| Transfer/Withdrawal | | |
| 04/09/2021 | Fidelity Moneyline | $200,000.00 |

In May and June 2021, Regnier received another "book transfer" credit from Edward Jones in the amount of $5,000.00 on 05/25/2021, and a Carvana payout of $49,860.11 on 06/17/2021. He received a payment from Vroom on 07/22/2021 in the amount of $54,880.00. This was followed by a flurry of deposit activity, and additional large transfers to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 07/27/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $6,850.00 |

| | | |
|---|---|---|
| 07/28/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $6,300.00 |
| 07/28/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $900.00 |
| 07/28/2021 | US Treasury check – advance child tax credit | $500.00 |
| 07/28/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $200.00 |
| 07/30/2021 | electronic check deposit | $136,900.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $2,800.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $1,400.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $600.00 |
| 07/31/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $200.00 |
| 08/12/2021 | Kee Firearms check #030027 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says "Member Draw") | $500,000.00 |
| 08/12/2021 | check | $4,456.61 |
| 08/12/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $221.00 |
| 08/12/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $160.00 |
| 08/16/2021 | Calumet Land Partners II check #656 to Regnier | $65,000.00 |
| 08/16/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $900.00 |
| 08/20/2021 | deposit | $28,500.00 |
| 08/23/2021 | US Treasury check – advance child tax credit | $500.00 |

| Transfer/Withdrawal | | |
|---|---|---|
| 08/09/2021 | Fidelity Moneyline | $328,000.00 |
| 08/24/2021 | Fidelity Moneyline | $250,000.00 |
| 08/25/2021 | Fidelity Moneyline | $250,000.00 |
| 08/25/2021 | Fidelity Moneyline | $95,000.00 |

Again, in September, October, November, and December 2021, Regnier made large deposits, and large subsequent transfers to Fidelity:

| Date of Deposit | Method of Deposit | Amount of Deposit |
|---|---|---|
| 09/28/2021 | electronic check deposit | $33,000.00 |
| 09/29/2021 | US Treasury check – advance child tax credit | $500.00 |
| 10/12/2021 | Kee Firearms check #030039 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says "Member Draw") | $200,000.00 |
| 11/12/2021 | Old Plank Trail cashier's check | $100,000.00 |
| 11/12/2021 | US Treasury check – advance child tax credit | $500.00 |
| 11/16/2021 | Fedwire Credit – Integrated Vehicle Leasing | $38,500.00 |
| 11/22/2021 | US Treasury check – advance child tax credit | $500.00 |
| 11/23/2021 | Corliss Williams Construction memo: trailer | $7,500.00 |
| 11/29/2021 | Kee Firearms check #030054 from Old Plank Trail Bank account number 9249986416 (check signed and endorsed by Jeffery Regnier; memo says | |

"Member Draw")

| | | |
|---|---|---|
| | | $200,000.00 |
| 12/06/2021 | Russell J. Regnier Revocable Trust distribution | $28,500.00 |
| 12/06/2021 | remote online deposit | $1,031.13 |
| 12/06/2021 | remote online deposit | $997.57 |
| 12/13/2021 | cash (ATM 11205 Lincoln Highway, Mokena) | $938.00 |

<u>Transfer/Withdrawal</u>

| | | |
|---|---|---|
| 10/14/2021 | check #010197 to Williams Fin Srvcs (2020 tax) | $2,100.00 |
| 10/20/2021 | IDOR EDI payments | $2,130.00 |
| 11/15/2021 | check #10211 to IDOR – tax year 2020 | $238.03 |
| 11/17/2021 | Fidelity Moneyline | $250,000.00 |
| 11/18/2021 | Fidelity Moneyline | $120,000.00 |
| 11/22/2021 | E*Trade | $500.00 |
| 12/03/2021 | Fidelity Moneyline | $205,000.00 |
| 12/08/2021 | Fidelity Moneyline | $30,000.00 |

Then on 02/09/2022, Jeffery Regnier issued check #10210 in the amount of $400.00, to open an account at Town Center Bank.

## Unemployment Fraud

Following the discovery that Jeffery Regnier was receiving unemployment benefits from the Illinois Department of Security (IDES), the U.S. Department of Labor Office of Inspector General (DOL-OIG) was contacted for assistance. S/A Brooks Abramson provided Y/A with Jeffery Regnier's Pandemic Unemployment Assistance (PUA) application, job-separation questionnaire, participant history and transaction reports, and his weekly certifications submitted to IDES.

Jeffery Regnier submitted his application for PUA benefits to IDES on 05/12/2020, claiming he had become unemployed due to Covid-19, with a benefit claim effective date of 05/10/2020. Regnier listed his address as 11002 S. Whipple Street, Chicago, Illinois 60655, and provided an email of jefferyregnier@yahoo.com and a phone number of 773-858-3354. He claimed two dependent children residing with him, Hagan Regnier and Elsa Regnier.

Regnier claimed as his primary occupation "supervisors of construction and extraction workers," and indicated the business where he worked was currently closed. He denied that he was working reduced hours or pay and claimed his 1040A for the tax year showed income of

$75,000.00. Based on his representations, Jeffery Regnier was approved to receive PUA on 05/25/2020.

According to Jeffery Regnier's participant transaction report, his IDES payments were as follows:

| Date | Name | Amount | Routing Number | Account # |
|---|---|---|---|---|
| 2021-01-08 | JEFFERY REGNIER | $3,645.00 | 071000013 | 645999103 |
| 2020-12-04 | JEFFERY REGNIER | $2,007.00 | 071000013 | 645999103 |
| 2020-11-16 | JEFFERY REGNIER | $600.00 | 071000013 | 645999103 |
| 2020-11-13 | JEFFERY REGNIER | $7,359.00 | 071000013 | 645999103 |
| 2020-09-18 | JEFFERY REGNIER | $1,200.00 | 071000013 | 645999103 |
| 2020-08-25 | JEFFERY REGNIER | $2,007.00 | 071000013 | 645999103 |
| 2020-08-06 | JEFFERY REGNIER | $12,090.00 | 071000013 | 645999103 |
| 2020-06-02 | JEFFERY REGNIER | $2,538.00 | 071000013 | 645999103 |

IDES required that Regnier complete a Pandemic Unemployment Assistance Questionnaire, which he completed on 08/05/2020. On the PUA questionnaire, Regnier listed his employer as Kee Construction with an address of 11002 S. Whipple Street, Chicago, Illinois 60655 (the same address he listed as his residence address on his PUA application). Regnier listed his employment start date as 05/24/2020 and his end date as 05/30/2020. On the next page, he claimed his position at Kee Construction was "Manager" and now listed his employment start date as 03/16/2010 and his date of job separation as 03/16/2020. He claimed he was laid off due to Covid-19.

Regnier was also required to complete a PUA work availability questionnaire, which he completed on 08/06/2020. Regnier claimed he is still unable to work because it was not "healthy."

In order to continue receiving PUA benefits, Regnier was required to submit weekly certifications concerning his ability to work. From 05/10/2020 to 01/02/2021, Regnier submitted these weekly certifications to IDES. In each certification, Regnier claimed that he had not worked during that week, and that he had not started a new job, and that he was totally or partially unemployed because of the pandemic. It should be noted that each weekly certification contained the following admonishment:

"You must report work even if you have not been paid yet. By work we mean any

activity, even if it's just for one hour, for which you receive a payment. This includes all work, including Full-Time, Temporary Work, Self-Employment, Military Employment, Federal Employment, Commission, Paid Training, 1099, Contract Jobs, Cash Jobs."

As an example, Jeffery Regnier submitted a certification to IDES that for the week of 12/06/2020 through 12/12/2020, he was unemployed. However, on 12/07/2020, Jeffery Regnier was interviewed by Grady Trimble of Fox Business, which was featured on Fox and Friends. During the interview, which took place at Regnier's business, Kee Firearms and Training, an unmasked Regnier told the masked Grady Trimble that sales had been up since the November election, and that their Black Friday sales were 300% higher than normal Friday sales. It should be noted that Regnier was receiving PUA benefits from IDES during the time he was reporting said firearm sales, and he was submitting weekly certifications to IDES claiming to be unemployed during the pandemic.

According to Jeffery Regnier's participant report, his log in history shows he accessed his IDES benefits account from IP address 173.161.29.1 on 05/22/2020 and 05/27/2020.

## Fidelity Edge Portfolio Management

According to the records received from Fidelity, the $50,000 transferred from Chase account number 645999103 was deposited into Fidelity account number 628-099245, which is in the name of Jeffery Regnier at 24104 S. Old Farm Road, Manhattan, IL 60442. At the time of the transfer, the Fidelity account reached a balance of $173,286.62.

The Fidelity records show that Jeffery Regnier and Greta Keranen transferred their funds from TD Ameritrade, American Funds, and other investment services to Fidelity Edge Portfolio Management, according to authorizations signed by Jeffery Regnier on 10/18/2019 and Greta Keranen on 10/19/2019. Fidelity tendered records for the following investment accounts:

| Account Number | Ownership | September 2022 balance |
|---|---|---|
| 628-074010 | Jeffery Regnier + Greta Keranen brokerage | $1,914,340.03 |
| 628-099245 | Jeffery Regnier individual | $1,528,738.71 |
| 628-075330 | Jeffery Regnier IRA | $310,752.48 |
| 628-110435 | Greta Keranen 401k | $88,956.77 |

| | | |
|---|---|---|
| 628-076532 | Jeffery Regnier IRA | $74,963.80 |
| 628-075294 | Jeffery Regnier IRA | $70,286.75 |
| 628-075300 | Greta Keranen Roth IRA | $46,734.82 |
| 628-076541 | Gavin Regnier IRA | $10,409.57 |

Jeffery Regnier individual account 628-099245

The first statement for the individual account number 628-099245 of Jeffery Regnier is December 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $120,000 into the account from Chase account number 645999103 on 01/02/2020. A summary of the fund transfers into and out of account number 628-099245 from January 2020 through September 2022 are as follows:

| Date of Deposit | Amount of Deposit | Originating Account |
|---|---|---|
| 01/02/2020 | $120,000.00 | Chase account number 645999103 |
| 01/11/2021 | $50,000.00 | Chase account number 645999103 |
| 04/09/2021 | $200,000.00 | Chase account number 645999103 |
| 08/09/2021 | $328,000.00 | Chase account number 645999103 |
| 08/24/2021 | $250,000.00 | Chase account number 645999103 |
| 08/25/2021 | $250,000.00 | Chase account number 645999103 |
| 08/25/2021 | $95,000.00 | Chase account number 645999103 |
| 11/17/2021 | $250,000.00 | Chase account number 645999103 |
| 11/18/2021 | $120,000.00 | Chase account number 645999103 |
| 12/02/2021 | $7,254.00 | Fidelity IRA account number 628-075330 |
| 12/03/2021 | $205,000.00 | Chase account number 645999103 |
| 12/08/2021 | $30,000.00 | Chase account number 645999103 |
| 12/23/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |
| 12/23/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |
| 12/23/2021 | $70,337.00 | Fidelity brokerage acct number 628-074010 |

| Date of Debit | Amount of Debit | Destination Account |
|---|---|---|
| 12/27/2021 | $70,337.00 | Fidelity brokerage acct number 628-074010 |
| 12/27/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |
| 12/27/2021 | $250,000.00 | Fidelity brokerage acct number 628-074010 |

Jeffery Regnier and Greta Keranen Brokerage account 628-074010

The first statement for the brokerage account number 628-074010 of Jeffery Regnier and Greta Keranen is October 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. A total of $1,895,674.71 was transferred into the account on 11/01/2019. A summary of the fund transfers into and out of account number 628-074010 from January 2020 through September 2022 are as follows:

| Date of Transfer In | Amount of Transfer | Originating Account |
|---|---|---|
| 12/27/2021 | $70,337.00 | Fidelity individual acct number 628-099245 |
| 12/27/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/27/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |

| Date of Transfer Out | Amount of Transfer | Destination Account |
|---|---|---|
| 12/23/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/23/2021 | $250,000.00 | Fidelity individual acct number 628-099245 |
| 12/23/2021 | $70,337.00 | Fidelity individual acct number 628-099245 |

Jeffery Regnier IRA account 628-075330

The first statement for the IRA account number 628-075330 of Jeffery Regnier is October 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $178,739.72 into the account from an American Funds Money Market account on 11/04/2019, and $100,102.89 on 02/14/2020. There was an additional transfer from an unknown source on 01/11/2021 in the amount of $72,888.22. On 12/02/2021, Regnier transferred $7,254.00 to his Fidelity individual acct number 628-099245.

Jeffery Regnier Roth IRA account 628-076532

The first statement for the IRA account number 628-076532 of Jeffery Regnier is November 2019, with an address of 24104 S. Old Farm Road, Manhattan, Illinois 60442. Regnier transferred $28,844.66 into the account from a variety of investment accounts on 11/08/2019. On 04/14/2021, Regnier transferred $6,000.00 from Old Plank Trail Community Bank account number 1012541212.

## PPP Fraud

Part of the subpoena package S/A Coleman received from Old Plank Trail Bank included the Paycheck Protection Program (PPP) loan documents for Kee Construction. According to the records, there were two applications for Kee Construction/Greta Keranen, loan application numbers 9602767008 and 9698928400.

The documents for PPP loan number 9602767008 indicate the loan was approved in the amount of $47,199.00 on 04/09/2020. According to the loan application she signed and dated 04/06/2020, Greta Keranen listed herself as 100% owner of Kee Construction at 11002 S.

Whipple, Chicago, Illinois 60655. She represented that her average monthly payroll was $60,000.00 and requested a loan in the amount of $160,000.00. According to the records supplied by Old Plank Trail, Greta Keranen submitted the DocuSigned loan note on 04/17/2020 from IP address 173.161.29.1.

According to the loan forgiveness application, which was DocuSigned by Greta Keranen on 09/02/2021, the loan proceeds were distributed on 04/20/2020. Keranen represented that all $47,199.00 was used for payroll costs from 04/20/2020 to 09/30/2020. It should be noted that Keranen listed her email on the application as greta@kee2010.com.

According to the subpoenaed records for the Old Plank Trail Bank Kee Construction Operating Account number 2020005662, the PPP loan proceeds of $47,199.00 were deposited into the account on 04/20/2020. Following said deposit, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 04/20/2020 | Chattanooga Shooting Supply | $760.00 |
| 04/22/2020 | Chattanooga Shooting Supply | $252.77 |
| 04/23/2020 | Davidson Supply | $122.99 |
| 04/23/2020 | Davidson Supply | $357.98 |
| 04/23/2020 | Davidson Supply | $478.99 |
| 04/23/2020 | Davidson Supply | $529.00 |
| 04/23/2020 | Davidson Supply | $957.00 |
| 04/23/2020 | MGE Wholesale | $1,282.96 |
| 04/23/2020 | RSR Group Inc. | $2,580.63 |
| 04/23/2020 | Big Rock Sports | $7,690.00 |
| 04/23/2020 | Lipseys LLC | $8,238.22 |

Greta Keranen then submitted PPP loan application number 9698928400 through Old Plank Trail Community Bank, signed and dated 01/11/2021, requesting a loan of $171,500. Keranen listed herself as the president and 100% owner of Kee Construction, LLC, which was purportedly established in 2010, with a business address of 11002 S. Whipple, Chicago, IL 60655, business phone number of 773-809-3118, and an email address of info@kee2010.com. She listed the primary contact as Jeff Regnier. Keranen indicated Kee Construction has a monthly payroll of $49,000 for six employees. Keranen claimed that her gross receipts for the

3rd quarter of 2020 had fallen to $1,077,282, from $3,071,864 in the 3rd quarter of 2019. To qualify for the loan, Kee Construction needed to show at least a 25% reduction in gross receipts from the previous year. She indicated that the PPP loan proceeds were to be used for payroll costs, rent/mortgage interest for the business, and utilities.

Old Plank Trail Bank approved PPP loan number 9698928400 in the amount of $47,197.00, and Greta Keranan signed the Small Business Administration (SBA) note on 02/18/2021. It should be noted that the PPP loan note was DocuSigned by Greta Keranen from IP address 173.161.29.1.

According to the subpoenaed records for the Old Plank Trail Bank Kee Construction Operating Account number 2020005662, the PPP loan proceeds of $47,197.00 were deposited into the account on 02/19/2021. Following said deposit, $12,000.00 was transferred to the Kee Construction Benefits Account on 02/22/2021. However, after that transfer, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 02/22/2021 | MGE Wholesale | $1,399.00 |
| 02/22/2021 | Tactical Gear | $6,626.26 |
| 02/23/2021 | Davidson Supply | $919.96 |
| 02/23/2021 | Davidson Supply | $1,039.98 |
| 02/23/2021 | Davidson Supply | $1,059.98 |
| 02/23/2021 | Davidson Supply | $1,367.00 |
| 02/23/2021 | Davidson Supply | $1,443.00 |
| 02/24/2021 | MGE Wholesale | $10,795.50 |
| 02/25/2021 | RSR Group, Inc. | $84.20 |
| 02/25/2021 | Tactical Gear TGD | $118.64 |
| 02/25/2021 | RSR Group, Inc. | $230.26 |
| 02/25/2021 | Orion Arms Corp | $5,246.50 |
| 02/26/2021 | RSR Group, Inc. | $505.20 |
| 02/26/2021 | SR Group, Inc. | $1,586.00 |
| 02/26/2021 | Orion Arms Corp. | $1,931.50 |
| 02/26/2021 | RSR Group, Inc. | $2,107.07 |
| 02/26/2021 | Lipseys, LLC | $8,397.65 |

Y/A then reviewed the forgiveness application for PPP loan number 9698928400, which Greta Keranen also DocuSigned on 09/02/2021. Keranen represented that all $47,197.00 of the loan proceeds were used for payroll costs from 02/19/2021 to 06/30/2021. Based on the earlier

analysis of the Old Plank Trail Community Bank operating account for Kee Construction, this representation is also false.

As part of the subpoena return from Old Plank Trail Bank, S/A Coleman received records pertaining to the Kee Construction Direct Deposit Account number 3040021683. According to the statements for July, August, and September 2020 (3rd quarter), Kee Construction only received deposits totaling $257,162.40. In fact, from September 2020 through May 2021 $0.00 was deposited into said account. Based upon the representations made in the PPP loan application, the funds for said PPP loan were not used for the rent or utilities of Kee Construction, in accordance with the Cares Act PPP program.

It should be noted that the business address of Kee Construction on all Old Plank Trail Bank account statements is 21660 S. Moni Drive, New Lenox, IL 60451. It should also be noted that the signature of Greta Keranen on the PPP application for loan number 9698928400 appears to match the signature of Greta Keranen on a contract between the Chicago Department of Water Management and Kee Construction from 2015.

## EIDL Fraud

S/A Coleman also requested records from the Small Business Administration (SBA) concerning Economic Injury Disaster Loan (EIDL) applications submitted by Jeffery Regnier and Greta Keranen. The SBA responded to said request with records pertaining to EIDL application numbers 3301045998 and 3301048306.

### Kee Firearms EIDL application number 3301045998

According to the records from SBA, Jeffery Regnier submitted EIDL application number 3301045998 on 04/01/2020 from IP address 173.161.29.1. On his application, Regnier represented that his business was Kee Firearms and Training, LLC, located at 21660 S. Moni Drive, New Lenox, IL 60451, with a business phone of 773-809-3118, and an email of jeff@keefirearms.com. He represented that he was 100% owner, and that he has owned his business since 03/29/2019, but that the business was not established until 03/29/2020. Regnier claimed monthly sales of $250,000, and that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Firearms and Training had combined annual operating expenses of

$5,000,000, gross revenues of $3,000,000, and cost of goods sold of $5,000,000. Regnier also claimed to have five employees and requested that an advance of up to $10,000 be sent to his Old Plank Trail Bank account number 9249986416. It should be noted that from the opening of the account to 01/31/2020, only $1,245.01 was deposited into the Kee Firearms and Training Account.

On 04/22/2020, Regnier's EIDL application number 3301045998 was denied by the SBA because he did not suffer an economic injury. On 06/12/2020, Regnier requested reconsideration for the loan advance, which was denied on 06/13/2020.

<u>Kee Construction EIDL application number 3301048306</u>

According to the records from SBA, Greta Keranen submitted EIDL application number 3301048306 on 04/01/2020 from IP address 173.161.29.1, seeking a maximum loan amount of $2,000,000. On her application, Keranen represented that her business was Kee Construction, LLC, located at 11002 S. Whipple, Chicago, IL 60655, with a business phone of 773-809-3118, and an email of jeff@kee2010.com. She represented that she was 100% owner, and that she has owned her business since 03/16/2010. Keranen claimed monthly sales of $791,667, and that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Construction had gross revenues of $9,500,000, and cost of goods sold of $8,500,000. Keranen also claimed to have ten employees and requested that an advance of up to $10,000 be sent to her Old Plank Trail Bank account number 2020005662.

On her application, Keranen listed the monthly gross receipts of Kee Construction as follows:

| | |
|---|---|
| January 2019 | $58,346.81 |
| February 2019 | $113,643.23 |
| March 2019 | $271,930.38 |
| April 2019 | $1.00 |
| May 2019 | $1.00 |
| June 2019 | $1,003,905.47 |
| July 2019 | $1.00 |
| August 2019 | $292,930.12 |
| September 2019 | $1,769,029.64 |
| October 2019 | $1,096,663.75 |
| November 2019 | $1.00 |
| December 2019 | $116,166.15 |

| | |
|---|---|
| January 2020 | $1.00 |
| February 2020 | $274,186.00 |
| March 2020 | $1.00 |
| April 2020 | $4,136.00 |
| May 2020 | $1.00 |
| June 2020 | $141,465.61 |
| July 2020 | $559,806.61 |
| August 2020 | $13,746.15 |
| September 2020 | $1.00 |
| October 2020 | $1.00 |
| November 2020 | $70,629.43 |
| December 2020 | $7,617.19 |
| January 2021 | $1.00 |
| February 2021 | $14,099.00 |
| March 2021 | $17,100.00 |

On 05/27/2020, EIDL application number 3301048306 was approved for a loan amount of $150,000, and Greta Keranen DocuSigned an SBA loan note on the same date. The loan proceeds were deposited into the Kee Construction operating account, Old Plank Trail Bank account number 2020005662 on 05/28/2020. It should be noted that said operating account lists an address of 21660 S. Moni Drive, New Lenox, IL 60451. According to the account statement, $149,900.00 was credited to the account on 06/01/2020.

Following the deposit of the EIDL loan proceeds, the following debits were made from the Kee Construction Operating Account number 2020005662 to firearm vendors entirely unrelated to the business of Kee Construction:

| | | |
|---|---|---|
| 06/01/2020 | RSR Group, Inc. | $2,849.98 |
| 06/02/2020 | Orion Arms Corp Kee Firearms | $1,681.37 |
| 06/02/2020 | Lipseys LLC | $2,358.83 |
| 06/03/2020 | MGE Wholesale | $3,000.00 |
| 06/03/2020 | MGE Wholesale | $4,119.93 |
| 06/05/2020 | MGE Wholesale | $618.00 |
| 06/05/2020 | MGE Wholesale | $6,286.80 |
| 06/08/2020 | Amchar Wholesale | $2,087.10 |
| 06/08/2020 | MGE Wholesale | $3,250.00 |
| 06/08/2020 | Big Rock Sports | $6,495.45 |
| 06/09/2020 | Davidson Supply | $1,243.00 |
| 06/09/2020 | Lipseys LLC | $1,336.31 |
| 06/09/2020 | 2nd Amendment WH | $1,409.97 |
| 06/09/2020 | RSR Group Inc. | $1,481.54 |

| | | |
|---|---|---|
| 06/09/2020 | Orion Arms Corp Kee Firearms | $2,653.50 |
| 06/10/2020 | 2nd Amendment WH | $1,995.00 |
| 06/10/2020 | Tactical Gear TGD | $18,657.04 |
| 06/10/2020 | MGE Wholesale | $25,147.20 |

Payments were also made to Ford Credit and Ally Financial on 06/01/2020 using EIDL loan proceeds, in the amounts of $1,033.79 and $1,393.38, respectively.

On 02/05/2022, Greta Keranen submitted a loan modification request for the same Kee Construction EIDL loan, requesting that the loan amount be increased from $150,000 to $2,000,000. Said request was submitted from IP address 173.161.29.1 and DocuSigned by Keranen.

Greta Keranen signed and dated an SBA Form 413 Personal Financial Statement on 02/06/2022. On said form, Keranen claimed assets of $1,494,768, including $10,000 in cash, $768 in savings, $76,000 in an IRA/401k, $260,000 in automobiles, and $1,148,000 from accounts receivable. As to liabilities, she claimed $550,000 in accounts payable, and $181,684 in auto loan installments ($4,673 in monthly payments). Jeffery Regnier signed SBA Form 2202 as "Vice President" of Kee Construction listing a Ford Credit payment of $823.00 per month, Ally Credit payment of $1,350.00 per month, and a VW Credit payment of $2,500.00 per month.

On 02/23/2022, the SBA declined to modify the original EIDL loan amount, citing negative cash flow and the inability to repay the loan. As part of the reconsideration request, Greta Keranen had submitted the 2019 and 2020 Federal Income Tax Returns for Kee Construction. Shalanda Little of the SBA noted that in her original loan application, Keranen had claimed that in the twelve months prior to the date of the disaster, 01/31/2020, Kee Construction had gross revenues of $9,500,000, and cost of goods sold of $8,500,000. However, according to the 2019 Federal Income Tax return Keranen had filed, and subsequently provided to the SBA, Keranen represented to the Internal Revenue Service and the Illinois Department of Revenue, that Kee Construction's gross revenues were actually $4,412,298, and the cost of goods sold was $1,174,393. The same 2019 tax return claims a net operating loss for Kee Construction of -$1,100,755.

Therefore, from the documents submitted to the SBA, it is clear that Greta Keranen was attempting to maximize her EIDL loan amount and minimize her tax liability, by faking a false

statement.

## City of Chicago Contract with Kee Construction

During the course of the investigation, Y/A obtained a contract between Kee Construction and the Chicago Department of Water Management from 2015 from an open-source website, https://webapps1.chicago.gov/vcsearch/home. The purpose of the contract was the "Diversey Parkway Sewer Improvement Program" at a cost of $1,219,190.38. The contract was signed by the president of Kee Construction, Greta Keranen, and approved by then Chicago Mayor Rahm Emmanuel. The contract was notarized by Jeffery Regnier on 07/20/2015. Kee Construction represented they would be responsible for "general contracting, furnishing and delivering stone, and trucking" at a cost of $418,288.00, which would come out of the total contract amount. This contract listed the business address of Kee Construction as 11002 S. Whipple, Chicago, IL 60655, with an email address of info@kee2010.com, and a phone number of 773-809-3118.

As part of the Contract, Kee Construction listed all projects under contract at the time of signing. Kee Construction represented that they were contracted with the Plainfield Park District, LaGrange Park Park District, St. Joseph Pre-School, National Teacher's Academy, and the Veterans Park District, for a total of $1,972,024.60. In the contract, Kee Construction represented that they do their *own* excavation and grading, bituminous concrete paving, sewer and drain structures, landscaping, demolition, fencing, site restoration, bonding, electrical, installation of playground equipment, hauling and mobilization. Kee Construction listed possible subcontractors for other work, including Beverly Asphalt, Kramer Tree, Rent-a-Fence, Herrera Concrete, Evans Electrical, Leeway Trucking, Legacy Underground, Industrial Fence, Countryside Landscaping, Shaw Sports, and J&R Asphalt.

## West Bend Insurance

Y/A obtained an insurance policy for Kee Construction, LLC for the period of 07/01/2018 to 07/01/2019. The policy lists only nine vehicles, including a 2017 Ford F-250, 2015 Ford F-150, 2015 Ford F-250, 2005 Ford F-650, and five trailers. The policy lists limited

equipment, including three skid-steers, one excavator, and various small tools such as an auger, pressure washer, lawn mower, lawn sprayer, floor scrubber, pressure washer, electric jack hammer, concrete saw, and toolboxes. Therefore, the list of insured equipment would not be sufficient to perform the work represented on the aforementioned contract.

## ATF Report

On 04/07/2022, Y/A received the summary report from ATF IOI Matthew Mikaitis, concerning his firearms compliance inspection of Kee Firearms and Training at 21660 S. Moni Drive, New Lenox, IL 60451 on 02/11/2022.

Mikaitis related that Kee Firearms received their Federal Firearms License (FFL) in November 2019, but they were only able to sell to customers on an appointment-only basis. In November 2020, local zoning was changed to allow walk-in sales. Jeffery Regnier told Mikaitis that customers would form lines that extended around the building and into the parking lot. Regnier claimed that his business receives constant cash payments for firearms and accessories, because he offers a 3% discount on cash purchases, and his customers prefer to use cash instead of credit cards. Regnier then told Mikaitis that his bank, Old Plank Trail Community Bank, informed Regnier that they were dropping him and his family members as clients, because the bank was not comfortable with the large cash deposits they were making over the past year. Regnier stated he was taking his banking to Town Center Bank in New Lenox, through a referral from customer. He then told Mikiaitis that he would continue making cash deposits, even though he knew he "the government was watching" because he was being investigated by the Secret Service.

Regnier told Mikaitis he has been making cash deposits since Kee Firearms opened, and that he had so much money he stashed it in his desk drawer." Regnier bragged that he had collected so much cash, he bought a counting machine to tally amounts over $1,000,000. He claimed that he was using an armored car to transport his cash, which he would deposit a few times per month.

Regnier then told Mikaitis that he was starting his campaign to run for U.S. Representative of the 1st District in Illinois. It should be noted that this is the same seat being

vacated by longtime representative Bobby Rush.

ATF conducted a thorough review of Kee Firearms including on-site visits from 01/11/2022 to 06/08/2022. During these on-site visits, Jeffery Regnier indicated that he had added Greta Keranen to the LLC for "tax purposes." Regnier acknowledged that Kee Construction had reported losses in the previous tax year, while Kee Firearms reported gains. Regnier did not specify how adding Keranen to the LLC would benefit tax reporting between the two businesses. Regnier also indicated that Kee Firearms leases the space from Kee Properties, of which both Jeffery Regnier and Greta Keranen are managers. He provided ATF with a lease for the property. It should be noted that a dedicated office space is shared between Kee Firearms and Kee Construction. Regnier indicated that the Kee Construction end of the business had nearly come to a halt due to lack of contracts.

Jeffery Regnier told ATF that Kee Firearms and Training, LLC is a "full-service" firearms business, providing retail sales, online sales, internet transfers, consignment sales, gunsmithing, and training. Regnier claimed to have around 4,000 firearms in stock at any given time. Regnier indicated that their primary firearm suppliers were RSR Group, MGE Wholesale, Bill Hicks, Sports South, and Orion Wholesale.

ATF recorded 4,375 firearms in Kee inventory, and 3,788 sales recorded in the previous twelve months. However, ATF also discovered twenty-eight separate failures to properly complete background checks. And one firearm was missing from inventory, with no record of its sale or disposition. ATF concluded there was a willful disregard for the requirements to run background checks and have recommended revoking the FFL held by Kee.

## Campaign Finance Violations

Y/A consulted the open-source website https://www.fec.gov/ and discovered that Jeffery Regnier had filed his Statement of Organization for his campaign as a Republican candidate for the 1st District House seat on 03/01/2022. According to his filing with the Federal Election Commission (FEC), he was to act as the treasurer and custodian of records for his campaign, "Regnier For Congress," with an address of 21660 S. Moni Drive, New Lenox, IL 60451 (the same address as Kee Firearms and Training). He indicated his campaign fund would be at Town

Center Bank in New Lenox.

Included in the public information available on the FEC website, is a letter from Senior Campaign Finance and Reviewing Analyst, Michael Dobi, with the FEC, which was addressed to Regnier for Congress. The letter, stated that the FEC "requests information essential to full public disclosure of your federal election campaign finances." Y/A checked the FEC website for details on the campaign finance disclosures for Jeffery Regnier, and found that none had been filed as of 02/22/2023. It should be noted that the FEC assesses significant fines for failure to report campaign finances. It would be a logical conclusion that Jeffery Regnier does not want the public to know how he financed his campaign.

## Tax Fraud

During the course of this investigation, Y/A requested the assistance of the Illinois Department of Revenue (IDOR) in reviewing the State of Illinois tax filings of Jeffery Regnier, Greta Keranen, and the businesses Kee Firearms and Training and Kee Construction.

IDOR Case Agent (C/A) Edwin Filippini provided Y/A with a comprehensive report concerning the targets' tax filings on 02/16/2023.

### Kee Firearms and Training, LLC

According to the Sales and Use Tax (ST-1) returns submitted to IDOR, the Gross Receipts filed for 2020 totaled $3,387,552.00, but the Gross Receipts per the Schedule C attached to Jeffery Regnier's 2020 IL-1040 totaled $3,517,927.00, a difference of $130,375.00, which may indicate underreported taxable sales. It should be noted that the total receipts/sales reported to IDOR from the credit card settlement companies indicated a total of $3,517,927.09. Since Regnier's ST-1's reported all but $130,375.00 of credit card sales, there were either no cash sales in 2020, or the cash sales were not included in the ST-1's filed with IDOR. This data contradicts Regnier's statements to ATF, which indicates that there is a substantial irregularity in the reporting of sales, and possible fraud. It should also be noted that Kee Firearms did not file IDOR Form IL-941 Illinois Withholding Income Tax Returns in 2020, suggesting that Kee Firearms did $3,517,927.00 in sales with zero employees. In 2020, Jeffery Regnier was listed as the sole member and manager of Kee Firearms with the Illinois Secretary of State.

Gross Receipts on the ST-1's for 2021 totaled $5,460,891.00, but Gross Receipts per the 2021 Form 1065 totaled $6,088,210.00, a difference of $627,319.00, which may indicate underreported taxable sales. Total receipts/sales reported to IDOR from the credit card settlement companies indicated a total of $826,612.00, which if accurate, indicates that Kee Firearms went from 100% credit card sales in 2020 to 15.14% credit card sales and 84.86% cash sales in 2021. This is suspicious.

It should be noted that in the 3rd quarter of 2021, Jeffery Regnier started reporting deductions for resale on the Kee Firearms ST-1's. Resales are not subject to tax; however, Kee Firearms is not registered with IDOR as a reseller. Kee Firearms reduced taxable sales by $499,601.00 in 2021m and $960,239.00 in 2022 due to purported resale. Without the proper documentation for such sales, there may be sales tax liability on said "resales." Also in the 3rd quarter of 2021, Kee Firearms claimed a $72,400.00 tax deduction for "service." This deduction is suspicious and requires explanation.

The first business income tax return filed and received by IDOR was in 2020, when a Schedule C – Profit or Loss From Business form was received by IDOR as an attachment to Jeffery Regnier's 2020 IL-1040 income tax return. The business indicated a loss of $678.00 for 2020. It should be noted that the only Owner, Officer, LLC Member, or Responsible Party listed in the Business Registration Forms filed with IDOR is Jeffery Regnier.

In 2021, Jeffery Regnier filed an IL-1040 which did not include a Schedule C for Kee Firearms. Instead, IDOR received a 2021 Form IL-1065 Partnership Replacement Tax Return for Kee Firearms. The business indicated income of $685,674.00 for 2021. But instead of this income being captured on Jeffery Regnier's IL-1040 return, and tax paid at both the federal and state levels at prevailing tax rates, as it would have been if reported on a Schedule C. Instead, 95% of the $685,674.00 ($651,390.00) income was allocated to Greta Keranen via a K-1 from the 1065 return. Only 5% ($34,348.00) was allocated to Jeffery Regnier via a K-1 from the 1065 return. It should be noted that Greta Keranen was added as a member/manager of Kee Firearms with the Illinois Secretary of State in 2021.

Kee Properties, LLC

On 11/17/2014, Articles of Organization for Kee Properties, LLC were filed with the Illinois Secretary of State, listing the principal place of business where company records were kept as 24104 S. Old Farm Road, Manhattan, Illinois 60442. The members and managers were listed as Jeffery Regnier and Greta Keranen. It should be noted that a Business Registration Application was never processed by IDOR for Kee Properties, LLC.

Kee Construction, LLC

On 03/16/2010, Articles of Organization for Kee Construction, LLC were filed with the Illinois Secretary of State, listing the principal office as 11002 S. Whipple, Chicago, Illinois 60655.

On 04/10/2010, an Illinois Business Registration Application was filed with IDOR for Kee Construction, LLC, with Greta Keranen as the Owner, LLC Manager, Responsible Party, and the person completing the application.

Between 2013 and 2021, Greta Keranen's IL-1040 returns indicate losses from Kee Construction in seven out of nine years, totaling -$2,708,295.00.

Jeffery Regnier

Between 2019 and 2021, Jeffery Regnier only received one W-2 from Kee Construction in 2019 for wages of $1,573.00 (line 1). However, he received PUA benefits from IDES totaling $27,801.00 in 2020, claiming he had been laid off from Kee Construction. In 2020, Regnier also reported a loss of $10,200.00 on line 8 of his Form 1040 Schedule 1, with no explanation or detail provided. In 2020 Regnier also reported a short-term loss of $38,576.00 on $665,080.00 of sales proceeds, and a long-term loss of $16,915.00 on $905,757.00 of sales proceeds on his Schedule D Capital Gains and Losses. His return does not detail which assets were sold to claims such losses.

In 2021, Regnier reported a short-term loss of $24,965.00 on $1,160,649.00 of sales proceeds, and a long-term gain of $3,284.00 on $462,977.00 of sales proceeds. Again, there was no detail or explanation of which assets were sold.

Greta Keranen

Between 2013 and 2021, a nine-year period, Keranen received a total of $36,003.00 in income from W-2 Wages ($10,969.00), 1099 Dividend/Interest Income ($1,241.00), 1099 R, which includes distributions from pensions, annuities, retirement/profit-sharing plans, IRS's, and insurance contracts ($23,793.00). During the same time period, $2,466,603.00 in net loss flowed through her IL 1040's from Kee Construction via Schedule C. Total losses of $8,888,347.00 were observed in the IRS Form 1040 returns during this same time period, with no explanation for said losses. This is highly suspicious.

In 2021, $652,614.00 in income was reported from Kee Firearms and Training, LLC via a K-1. However, this income was equally offset by a $652,614.00 loss from Kee Construction from Schedule C. The probability of such a circumstance is nearly impossible, suggesting that the tax filings have been falsified.

## Conclusion

Based on my experience, knowledge, and training, I have found that emails can be sent and received from many electronic devices to include, but not limited to, cell phones, external hard drives, computers, iPads and tablets, laptops, etc. Due to my experience, I'm also aware that any time a wire transfer is initiated, a confirmation email will be sent to the account holder from the bank to process the transaction. I am aware that obtaining a subject's cell phone data through a forensic examination can assist in determining the location of the mobile device, routes of travel, and communication to other individuals. I know that offenders and witnesses have used and will use cell phones to convey criminal intent, to arrange for crimes, to attempt to intimidate or discourage witnesses from testifying or providing information, to arrange for other communications about a crime such as conveying a cell phone number, and/or to brag about previous crimes. Those communications are occurring over phone calls, emails, text messages, social media messages, and other communications methods utilizing cellular phones. I know that offenders have and will take photos and videos of evidence of crimes. This search warrant will allow me to search private content where the suspect believes communication and data is not

visible and may transmit or possess information, pictures/videos, or data that will assist in identifying suspects and possible evidence of the crime. I also have knowledge that computers are electronic storage devices, which may contain data relative to electronic files containing images, videos, or other related files, which may reveal communication regarding this investigation. I am aware that when a cell phone synchs with a computer, the data contained on the cell phone is backed up on the computer hard drive. Therefore, any information transferred from a cell phone could still be contained on the computer hard drive. I have knowledge and experience that files that may have been deleted or apparently erased by a computer or cell phone user can often be recovered days, months or even years later either in full or in part, through the use of forensic software tools. Special forensic software can examine the "slack space" or unused portion of a hard drive and can often find deleted files or files previously placed there by the computer operating system. This same software can "undelete" files and file fragments utilizing special tools, and said tools exist to analyze information contained on computers and cell phones. I am also aware, that cellular phones are equipped with a USB port, which allows the cellular phone user to connect said device to other electronic storage devices, including household computers, for the purpose of charging the battery of the device, and to back up the data stored on said device.

Based on my training and experience, there are multiple ways to make online bank transfers, to include, but not limited to, remote deposits, remote withdrawals, wire transfers, etc. when using electronic devices, to include, but not limited to, computers, laptops, iPads and tablets, mobile phones, routers, printers, network storage devices, network servers, modems, adapters, Amazon echo devices, Google Home devices, etc. I am aware these transactions can also be saved in digital storage devices, to include but not limited to, computer hard drives, computers, flash drives, thumb drives, compact disks, laptops, mobile phones, iPad and tablets, floppy disks, etc. I believe these items will be found at 24104 S Old Farm Rd Manhattan, IL 60442, 21660 Moni Drive New Lenox, IL 60451, and 11002 S Whipple St. Chicago, IL 60655. Electronic devices at these locations were utilized to conduct wire transfers and remote deposits while connected to the above-mentioned IP addresses. While connected at these locations, the

suspects were able to transfer and move large amounts of money to several bank accounts and correspond with not only bank representative, but each other as well. This is a strong indicator of check fraud, wire fraud, money laundering, and conspiracy to commit check fraud.

Based on my training and experience, businesses and corporations typically maintain books and records at their business locations and personal residences. I have further found it is common practice in the business community to maintain records and ledgers showing the receipt and disposition of funds. I also have knowledge that when dealing with business records, the flow of funds into and out of a company or an individual's personal account can be tracked by tracing the paper trail. The paper trail can include, but not limited to, cash receipts and disbursement journals, payroll journals, sales journals, purchase journals, journals maintained in the regular course of business, general ledgers (personal and business), operating accounts, financial statements, bank statements, invoices, bills, bills of landing, bank records, bank signature cards, checks, deposits tickets, withdrawal slips, debit and credit memos, check registers, correspondence, contracts including rental and lease agreements, insurance policies, federal and state tax returns, State Board of Equalization tax returns, partnership agreements, articles of incorporation and bylaws, foreign and domestic bank records, Cashier's checks, money drafts, cash, letters of credit, property deeds, brokerage records, travel records. I believe these records will be found at the residences of at 24104 S Old Farm Rd Manhattan, IL 60442, 21660 Moni Drive New Lenox, IL 60451, and 11002 S Whipple St. Chicago, IL 60655.

Based upon the foregoing facts, I believe there is probable cause to believe that Jeffrey Regnier and Greta Keranen engaged in violations of Financial Institution Fraud 720 ILCS 5/17-10.6, Money Laundering 720 ILCS 5/29 B-1, and Wire Fraud 720 ILCS 5/17-24(a), relative to a financial institution bust-out scheme. Therefore, I believe probable cause exists for the issuance of a search warrant for the residences at 24104 S Old Farm Rd Manhattan, IL 60442, 11002 S Whipple St. Chicago, IL 60655 and the business located at 21660 Moni Drive New Lenox, IL 60451, and the persons of Jeffrey Regnier and Greta Keranen for evidence of the offenses of **Theft 720 ILCS 5/16-1, Loan Fraud 720 ILCS 5/17-10.6(d), Money Laundering 720 ILCS**

**5/29 B-1, State Benefits Fraud 720 ILCS 5/17-6, Wire Fraud 720 ILCS 5/17-24(a), and Filing a Fraudulent Illinois Sales and Use Tax Return 35 ILCS 120/13(a).**

COMPLAINANT

Subscribed and sworn to before
me this 24th day of February,
2023, at 7:49 p.M.

CIRCUIT JUDGE

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY**

| | |
|---|---|
| The People of the State of Illinois | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| IN REGARDS TO A CERTAIN CRIMINAL | ) |
| INVESTIGATION | ) |
| | ) |

**ORDER TO SEAL SEARCH WARRANT DOCUMENTS**

The Court finds that this Application for Search Warrant and this Search Warrant, including the caption on said Application and Warrant, contain information regarding an ongoing criminal investigation, and therefore,

IT IS HEREBY ORDERED that any and all documents in this matter relating to the application for and issuance of a search warrant, and any other affidavits, orders, and documents, including the caption, relating to said application shall, upon filing with the Circuit Court, be sealed until further order of this Court.

JUDGE

2-24-23

DATE

EX. D

# United States Secret Service

## Other Sources

**Case Number:** 201-708-141148
**Case Title:** Kee Firearms
**Reporting Agent:** CAYLA COLEMAN

**Source Type:** Other

**Source Description:** Seizure Warrant Fidelity
**Involvement Date:** 2/27/2023 - 4/25/2023

**Details of Involvement:**

On 02/24/2023, I, Special Agent (SA) Cayla Coleman of the United States Secret Service (USSS), Chicago Field Office (CHI), swore to certain facts of my investigation and obtained a signed seizure warrant for Fidelity Investment account numbers 628-099245, 628-074010, and 628-076532.

On 02/27/23 at approximately 0830 hours, Assistant to the Special Agent in Charge (ATSAIC) Korey Smith and SA Chad McKnight responded to Fidelity Investments, 1 N. la Salle St. Suite 900, Chicago, IL 60602, and met with Financial Representative Coralie Vanderydt. ATSAIC Smith and SA McKnight introduced themselves as Agents with this Service, and they provided Vanderydt with a copy of the seizure warrant for the funds contained in the below listed Fidelity Investment account numbers:

628-099245

628-074010

628-076532

ATSAIC Smith and SA McKnight requested that the funds in the above account be immediately frozen.

Soon after meeting Vanderydt, ATSAIC Smith and SA McKnight met with VP Branch Leader Alexandria Cutrone. Both Vanderydt and Cutrone advised they faxed a copy of the seizure warrant and they needed to work with the Fidelity Investments legal team in order to assist in freezing the funds in the account and to complete the execution of the seizure warrant.

At approximately 0950 hours, Cutrone stated she was working with Senior Manager for the Fidelity Investments Legal Operations Team Joseph Bacon. Cutrone stated Bacon confirmed the funds in the three (3) above accounts had been frozen.

Continuing on 02/27/23 at approximately 0959 hours, ATSAIC Smith and SA McKnight contacted Bacon, via telephone 617-563-0775. Bacon confirmed he had a copy of the seizure warrant and the funds in the three (3) above accounts had been frozen. Additionally, Bacon provided the total amount of money contained within the three (3) subject accounts, as listed below:

628-099245 - $2,112,100.00

628-074010 - $2,112,522.00

628-076532 - $153,467.00

Continuing on 02/27/23, ATSAIC Korey Smith contacted ATSAIC Todd DiCarlo, via telephone, and provided

him with Bacon's contact information. ATSAIC DiCarlo advised he would provide Bacon's contact information to Will County Assistant State's Attorney Michael Casson to further assist in seizing the funds in the three (3) subject accounts.

All documents pertaining to this seizure warrant have been attached for reference.

Nothing further.

- Seizure Warrant- Kee Firearms (2).pdf

**From:** "Wirzburger, Michael" <Michael.Wirzburger@FMR.com>
**To:** "Spurway, John" <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier
**Date:** Thu, 16 Mar 2023 13:48:23 -0400
**Importance:** Normal

---

All set!

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Thursday, March 16, 2023 1:46 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier

Hi Michael,

We have liquidated and are paying out the three accounts [redacted]9245, [redacted]4010 and [redacted]6532 for the Will County Police pursuant to the instructions form the State's Attorney. Can you lift your OH restriction if needed so these wires can go out? Thanks!

John

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:53 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Sure, that works.

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:51 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier

Sure. On teams?

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:43 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Hi John,
Do you have a second for a quick call?
Thanks,
Mike

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:41 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** Jeffery Regnier

**From:** "Spurway, John" <John.Spurway@fmr.com>
**To:** "Wirzburger, Michael" <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier
**Date:** Thu, 16 Mar 2023 13:46:20 -0400
**Importance:** Normal

---

Hi Michael,

We have liquidated and are paying out the three accounts [redacted]9245, [redacted]4010 and [redacted]6532 for the Will County Police pursuant to the instructions form the State's Attorney. Can you lift your OH restriction if needed so these wires can go out? Thanks!

John

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:53 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Sure, that works.

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:51 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier

Sure. On teams?

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:43 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Hi John,
Do you have a second for a quick call?
Thanks,
Mike

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:41 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** Jeffery Regnier

Hi Michael,

We received a Seizure Warrant for three of the accounts of Jeffery Regnier, [redacted]9245, [redacted]4010 and [redacted]6532. I added our H6 restriction to those accounts. I see that you have added an OH restriction to those accounts and all others in Jeffery Regnier's name. Can you let me know what the basis is of your restriction being added to the accounts? Thanks!!

EX. E

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2023MX001164
Filed Date: 12/19/2025 1:01 PM
Envelope: 35865356
Clerk: SLH

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
COUNTY OF WILL, ILLINOIS**

PEOPLE OF THE STATE OF ILLINOIS )
ex. rel. JAMES W. GLASGOW, )
)
Plaintiff, )
)
*vs.* ) **NO. 2023 MX 1164**
)
2022 FORD BRONCO, VIN ENDING 1573 )
2021 FORD BRONCO, VIN ENDING 6084 )
2021 AUDI RS Q8, VIN ENDING 2969 )
2022 FORD F-250, VIN ENDING 7351 )
U.S. CURRENCY $1,257.00 )
FIDELITY INVEST. ACCT. ENDING #099245 )
FIDELITY INVEST. ACCT. ENDING 074010 )
FIDELITY INVEST. ACCT. ENDING 076532 )
)
JEFFERY REGNIER AND GRETA KERANEN, )
KEE CONSTRUCTION, LLC., KEE FIREARMS )
AND TRAINING, LLC )
)
Defendant/Claimants. )

**MOTION TO COMPEL THE RETURN OF:
THE CLAIMANTS' PROPERTY, FOR AN ACCOUNTING,
OR IN THE ALTERNATIVE FOR ASSESSMENT OF
DAMAGES PURSUANT TO:**
720 ILCS 5/29B-25

NOW COME the Claimants, Jeffery Regnier and Greta Keranen, Kee Construction LLC and Kee Firearms and Training LLC, and for their present motion states as follows:

1. On 12/3/2025, this Honorable Court entered a judgment in favor of the Claimants and ordered the return of "all property seized". This Court denied a stay of enforcement, as did the Illinois Appellate Court, Third District, on December 10, 2025. (Ex. A)

2. The above captioned automobiles have been returned. Cash in the amount of $1,257.00 has not been returned, nor have the stocks and securities held with the Claimants' Fidelity Investment Accounts been returned.

3. Instead, the Claimants have been tendered 5 separate checks totaling $4,216,496.38: Check No. 5221 in the amount of $1,982,146.58, Check No. 5222 in the amount of $1,975,920.97, Check No. 5223 in the amount of $153,021.96, Check No. 5224 in the amount of $105,406.87, Check No. 5225 in the amount of $97,683.13. (Group Exs. B)

4. The foregoing checks constitute the return of a lesser cash equivalent than what was seized, to which the Claimants object. Claimants instead demand a return of their shares of stocks and securities as they stood on the day of seizure.

5. Upon being presented with a warrant Fidelity Investments agreed to freeze the Claimants' accounts. (See Ex. C)

6. The Will County State's Attorney's Office (WCSAO), however, convinced Fidelity Investments to liquidate of the Claimants' Accounts, without notice to the Claimants and without explicit judicial approval. (*See* Group Ex. D)

7. As this court is aware, a seizure warrant is not an order permitting the conduct of a judicial sale.

8. A judicial sale requires notice to all interested parties, an opportunity to be heard, the setting of sale terms, notice of sale, and an opportunity to seek a stay or appellate review. *See e.g.* Local R., 12th Jud. Dist., §11.01(B)(setting forth manner and method for judicial sale of personal property); *See also U.S. vs. Approx. 81,545 Cans of Baby Formula*, 560 F. 3d 638, 641 (7th Cir. 2009)(An interlocutory sale of seized property may be proper, following notice and an

opportunity for all interested parties to appear, if the seized item is perishable or other good cause exists for a pre-judgment sale); *See also United States v. One 2014 Rolls Royce Phantom Automobile,* 461 F.Supp.3d 1 (2018)(interlocutory sale of luxury automobile was allowed to avoid storage costs and depreciation); *See also U.S. v. Any and All Funds in UBS AG, Account No. XXXX1138,* 628 Fed.Appx. 296 (2016)(District court did not err in ordering interlocutory sale of seized private jet as "[T]he district court found that continued possession would result in excessive costs for maintenance and storage. The sale procedures were fair and the government adequately publicized the sale."); *see e.g. U.S. vs. The M/Y Amedea*, 2024 WL 2946071, 23 CV 09305 (6/11/2024), ECF # 121 (S.D. NY): Denying government's pre-judgment request to sell yacht seized from alleged Russian oligarch due to extraordinary maintenance, insurance, and storage expenses incurred by government pending final judgment – as such costs were within the norm of costs associated with similar luxury items).

9. The Court's order of return in this case is clear and should be enforced as written.

10. The fact that the Plaintiff undertook to sell the Claimants' investments without notice, without court permission, and outside of all recognized judicial and due process rights is not a defense. The Claimants are entitled to receive their accounts as such accounts previously stood on the date of seizure, and the Plaintiff should be ordered to fully return the Claimants' Fidelity Investment Accounts.

11. The Plaintiff must also be ordered to return the missing $1,257.00 in cash which was seized, plus accrued interest pursuant to 720 ILCS 5/29B-7(a)(4).

WHEREFORE, the Claimants move that a full accounting of the proceeds seized be provided, and for a full and complete return of their securities, plus interest on the

cash seized, and for all such other and further relief this Court deems proper, just and fit.

**<u>ALTERNATIVE REQUEST</u>:**

PURSUANT TO: 720 ILCS 5/29B-25

Exclusively as an alternative, the Claimants pray and move as follows:

12. The Illinois Money Laundering Act makes the law enforcement agency holding the property "responsible for any damages, storage fees, and costs applicable to property returned." (720 ILCS 5/29B-25(b))

13. The Act also mandates that money be deposited in an interest-bearing account (720 ILCS 5/29B-7(a)(4))

14. The law enforcement agency which held the Claimants' property is the WCPAT Task Force, a unit within the Illinois State Police. Thus, the Illinois State Police, as the agency holding custody of the property, is the agency responsible for all damages, as per 720 ILCS 5/29B-25.

15. The State Police deposited the Claimants money, but have not paid any interest to the Claimants.

16. The Claimants urge that 6% is a fair amount, meaning the Claimants are owed $713,965.00 in interest (6% simple interest from March 14, 2023 through December 15, 2025 (1,007 days / 2.757 years).

17. Further, the value of the stocks and securities on the date of the order of return is $6,249,205.00, exclusive of any penalties from the sales. (Ex. D) Thus, there is a shortfall of $1,933,158.00, not including penalties and forced sale costs and wiring costs.

18. The Claimants will need additional documents from the Plaintiff for a precise calculation of the wiring, sale and other costs, and pray that such discovery be allowed.

WHEREFORE, the Claimants pray that their property be returned in full and without diminishment, or in the alternative that a hearing be held to determine the amount of the loss and interest suffered, and for all such other and further relief this Court deems proper, just and fit.

**REQUEST FOR ACCOUNTING**

Now comes the Claimants and for their present request for an accounting, state as follows:

1. There are various charges and deductions from the amounts returned to the Claimants which, by the application of math, cannot be explained.
2. Not only has no interest been tendered on the deposited funds, there are various deductions which the Claimants believe are tax penalties, withdrawal penalties, and wiring transfer fees.
3. These variances, to the best of the Claimants' calculation, are in excess of $80,000.00.
4. The Plaintiff held the Claimants' property as a trustee, and it is the Plaintiff who has both the records and answers as to the deductions involved in the extra-judicial liquidation of the Claimants' accounts.
5. As the Plaintiff held the Claimants property as a trustee, a full accounting should be ordered.

WHEREFORE, the Claimants so move and pray.

Respectfully submitted,

*/s/ Frank P. Andreano*
Attorney for Claimants

Andreano Law, PC

Frank P. Andreano #06202756
58 N. Chicago Street, Ste. 509
Joliet, Illinois 60432
815-242-2000
frank@iltrials.com

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2023MX001164
Filed Date: 12/19/2025 1:01 PM
Envelope: 35865356
Clerk: SLH

# EXHIBIT “A”

# STATE OF ILLINOIS

## THIRD DISTRICT APPELLATE COURT



**Zachary A. Hooper**
Clerk of the Court
815-434-5050

1004 Columbus Street
Ottawa, Illinois 61350
AC3@IllinoisCourts.gov

December 10, 2025

Dant Thomas Foulk
Will County State's Attorney's Office
57 N Ottawa St
Joliet, IL 60432

RE: People v. 2022 Ford Bronco, VIN: FMEE5DP6NLB01573, et al.
General No.: 3-25-0652
County: Will County
Trial Court No: 23MX1164

The Court has this day, December 10, 2025, entered the following order in the above entitled case:

Appellant's Emergency Motion for Stay of Proceedings, Response noted, is DENIED.

Zachary A. Hooper
Clerk of the Appellate Court

c: Franklin Patrick Andreano
James William Glasgow
Oliver Sofian Soleiman
State's Attorney's Appellate Prosecutor - Third District
Thomas Daniel Arado
Will County Circuit Court

# EXHIBIT "B"

**W.C.P.A.T. TASK FORCE**
**STATE SEIZURE**
16848 S. BROADWAY
LOCKPORT, IL 60441-9546

**OLD NATIONAL BANK**
www.oldnational.com

70-160/719

5221

12/12/2025

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

*PAY TO THE ORDER OF* Jeffery Regnier & Greta Keranen $ **1,982,146.58

One Million Nine Hundred Eighty-Two Thousand One Hundred Forty-Six and 58/100*********************************** *DOLLARS*

Jeffery Regnier & Greta Keranen

AUTHORIZED SIGNATURE

*MEMO* Court Order return funds

⑈005221⑈ [redacted]

**W.C.P.A.T. TASK FORCE**
**STATE SEIZURE**
16648 S. BROADWAY
LOCKPORT, IL 60441-9546

**OLD NATIONAL BANK**
www.oldnational.com

70-160/719

5222

12/12/2025

PAY TO THE ORDER OF Jeffery Regnier & Greta Keranen $ **1,975,920.97

One Million Nine Hundred Seventy-Five Thousand Nine Hundred Twenty and 97/100************************************ DOLLARS

Jeffery Regnier & Greta Keranen

AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

MEMO Court Order return funds

⑈005222⑈ [redacted]

5223

**W.C.P.A.T. TASK FORCE**
**STATE SEIZURE**
16646 S. BROADWAY
LOCKPORT, IL 60441-6546

**OLD NATIONAL BANK**
www.oldnational.com

70-160/719

12/12/2025

PAY TO THE ORDER OF Jeffery Regnier & Greta Keranen $ **153,021.96

One Hundred Fifty-Three Thousand Twenty-One and 96/100****************************************************************************** DOLLARS

Jeffery Regnier & Greta Keranen

SECURITY FEATURES INCLUDED. DETAILS ON BACK

AUTHORIZED SIGNATURE

MEMO Court Order return funds

⑈005223⑈ [redacted]

**W.C.P.A.T. TASK FORCE**
**STATE SEIZURE**
16848 S. BROADWAY
LOCKPORT, IL 60441-9546

**OLD NATIONAL BANK**
www.oldnational.com

70-160/719

5224

12/12/2025

*PAY TO THE ORDER OF* Jeffery Regnier & Greta Keranen $ **105,406.87

One Hundred Five Thousand Four Hundred Six and 87/100**************************************** *DOLLARS*

Jeffery Regnier & Greta Keranen

AUTHORIZED SIGNATURE

*MEMO* Court Order return funds

⑈00522[redacted]

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

**W.C.P.A.T. TASK FORCE**
**STATE SEIZURE**
16848 S. BROADWAY
LOCKPORT, IL 60441-9546

**OLD NATIONAL BANK**
www.oldnational.com

70-160/719

5225

12/12/2025

*PAY TO THE ORDER OF* Jeffery Regnier & Greta Keranen $ **97,683.13

Ninety-Seven Thousand Six Hundred Eighty-Three and 13/100****************************** *DOLLARS*

Jeffery Regnier & Greta Keranen

AUTHORIZED SIGNATURE

*MEMO* Court Order return funds

⑈0 [redacted]

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

# EXHIBIT "C"

LAW ENFORCEMENT SENSITIVE (LES)
FOR OFFICIAL USE ONLY (FOUO)

# United States Secret Service

## Other Sources

**Case Number:** 201-708-141148
**Case Title:** Kee Firearms
**Reporting Agent:** CAYLA COLEMAN

**Source Type:** Other

**Source Description:** Seizure Warrant Fidelity
**Involvement Date:** 2/27/2023 - 4/25/2023

**Details of Involvement:**

On 02/24/2023, I, Special Agent (SA) Cayla Coleman of the United States Secret Service (USSS), Chicago Field Office (CHI), swore to certain facts of my investigation and obtained a signed seizure warrant for Fidelity Investment account numbers 628-099245, 628-074010, and 628-076532.

On 02/27/23 at approximately 0830 hours, Assistant to the Special Agent in Charge (ATSAIC) Korey Smith and SA Chad McKnight responded to Fidelity Investments, 1 N. la Salle St. Suite 900, Chicago, IL 60602, and met with Financial Representative Coralie Vanderydt. ATSAIC Smith and SA McKnight introduced themselves as Agents with this Service, and they provided Vanderydt with a copy of the seizure warrant for the funds contained in the below listed Fidelity Investment account numbers:

628-099245

628-074010

628-076532

ATSAIC Smith and SA McKnight requested that the funds in the above account be immediately frozen.

Soon after meeting Vanderydt, ATSAIC Smith and SA McKnight met with VP Branch Leader Alexandria Cutrone. Both Vanderydt and Cutrone advised they faxed a copy of the seizure warrant and they needed to work with the Fidelity Investments legal team in order to assist in freezing the funds in the account and to complete the execution of the seizure warrant.

At approximately 0950 hours, Cutrone stated she was working with Senior Manager for the Fidelity Investments Legal Operations Team Joseph Bacon. Cutrone stated Bacon confirmed the funds in the three (3) above accounts had been frozen.

Continuing on 02/27/23 at approximately 0959 hours, ATSAIC Smith and SA McKnight contacted Bacon, via telephone 617-563-0775. Bacon confirmed he had a copy of the seizure warrant and the funds in the three (3) above accounts had been frozen. Additionally, Bacon provided the total amount of money contained within the three (3) subject accounts, as listed below:

628-099245 - $2,112,100.00

628-074010 - $2,112,522.00

628-076532 - $153,467.00

Continuing on 02/27/23, ATSAIC Korey Smith contacted ATSAIC Todd DiCarlo, via telephone, and provided

him with Bacon's contact information. ATSAIC DiCarlo advised he would provide Bacon's contact information to Will County Assistant State's Attorney Michael Casson to further assist in seizing the funds in the three (3) subject accounts.

All documents pertaining to this seizure warrant have been attached for reference.

Nothing further.

- Seizure Warrant- Kee Firearms (2).pdf

# EXHIBIT "D"

**From:** Court ORdered Restrictions <CourtORderedRestrictions@fmr.com>
**To:** West Silver <westsilver@fmr.com>
**Subject:** RE: H6 Restrictions on [redacted]9245 & [redacted]4010
**Date:** Fri, 03 Mar 2023 10:47:55 -0500
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.gif; image003.jpg; image004.jpg; image005.gif; image006.png

---

Hi Hayden,

We received a Seizure Warrant from the state of Illinois that requires the accounts be frozen.

John

---

**From:** West Silver <westsilver@fmr.com>
**Sent:** Thursday, March 2, 2023 11:10 AM
**To:** Court ORdered Restrictions <CourtORderedRestrictions@fmr.com>
**Subject:** H6 Restrictions on [redacted]9245 & [redacted]4010

Hi Team,

I hope you are well! Could you please provide the background on why the H6 restrictions were added onto Jeffery Regneier's accounts? I see there is a work item associated with the restriction, but I do not have the authorization to pull it up.

Is there anything the advisor or client needs to do to get the restrictions removed? I appreciate you taking a look into this!

Best,

**Hayden Dorough**
Client Service Manager I
Fidelity Institutional[SM]

Two Destiny Way
Westlake, TX 76262
westsilver@fmr.com

FIDELITY CLEARING & CUSTODY SOLUTIONS

Fidelity Clearing & Custody Solutions[SM] provides clearing, custody, and other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

**From:** "Wirzburger, Michael" <Michael.Wirzburger@FMR.com>
**To:** "Spurway, John" <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier
**Date:** Thu, 16 Mar 2023 13:48:23 -0400
**Importance:** Normal

---

All set!

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Thursday, March 16, 2023 1:46 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier

Hi Michael,

We have liquidated and are paying out the three accounts [redacted]9245, [redacted]4010 and [redacted]6532 for the Will County Police pursuant to the instructions form the State's Attorney. Can you lift your OH restriction if needed so these wires can go out? Thanks!

John

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:53 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Sure, that works.

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:51 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier

Sure. On teams?

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:43 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Hi John,
Do you have a second for a quick call?
Thanks,
Mike

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:41 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** Jeffery Regnier

**From:** "Spurway, John" <John.Spurway@fmr.com>
**To:** "Wirzburger, Michael" <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier
**Date:** Thu, 16 Mar 2023 13:46:20 -0400
**Importance:** Normal

---

Hi Michael,

We have liquidated and are paying out the three accounts [redacted]9245, [redacted]4010 and [redacted]6532 for the Will County Police pursuant to the instructions form the State's Attorney. Can you lift your OH restriction if needed so these wires can go out? Thanks!

John

---

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:53 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Sure, that works.

---

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:51 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** RE: Jeffery Regnier

Sure. On teams?

---

**From:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Sent:** Monday, February 27, 2023 12:43 PM
**To:** Spurway, John <John.Spurway@fmr.com>
**Subject:** RE: Jeffery Regnier

Hi John,
Do you have a second for a quick call?
Thanks,
Mike

---

**From:** Spurway, John <John.Spurway@fmr.com>
**Sent:** Monday, February 27, 2023 12:41 PM
**To:** Wirzburger, Michael <Michael.Wirzburger@FMR.com>
**Subject:** Jeffery Regnier

Hi Michael,

We received a Seizure Warrant for three of the accounts of Jeffery Regnier, [redacted]9245, [redacted]4010 and [redacted]6532. I added our H6 restriction to those accounts. I see that you have added an OH restriction to those accounts and all others in Jeffery Regnier's name. Can you let me know what the basis is of your restriction being added to the accounts? Thanks!!

**From:** "Merola, Rick" <Rick.Merola@FMR.COM>
**To:** "Nganga, Silas" <Silas.Nganga@FMR.COM>, "Prucher, Michael" <Michael.Prucher@fmr.com>
**Cc:** Michael.Martinez@fmr.com, Jeremy.Trinkman@fmr.com, Rick.Merola@FMR.COM, John.Devine.Risk@FMR.com, IWS MARGIN DEPT <IWSMarginDept@fmr.com>, "Young, Scott" <Scott.Young@fmr.com>, "Spurway, John" <John.Spurway@fmr.com>, "Spurway, John" <John.Spurway@fmr.com>
**Subject:** Seizure Warrant Liquidations.xlsx
**Date:** Fri, 10 Mar 2023 15:18:42 -0500
**Importance:** Normal
**Attachments:** Seizure_Warrant_Liquidations.xlsx

---

Hi Silas,

Per conversation. can you sell all structured products? Also can let us know which cusips are not structured products? We do understand this can take a few business days. Thank you

Fidelity INVESTMENTS

**From:** Spurway, John
Fax Number: 16172176786
Voice Phone: 0000000000

**To:** courtorder
Company:
Fax Number: 8554663079
Voice Phone:

## Fax Notes:

# FAX

**From:** Dant Foulk <DFoulk@willcountyillinois.com>
**Sent:** Thursday, March 9, 2023 8:25 PM
**To:** Dant Foulk <DFoulk@willcountyillinois.com>
**Cc:** Bacon, Joseph <Joseph.Bacon@fmr.com>; Mike Casson <mcasson@willcountyillinois.com>; TODD DICARLO (CHI) <todd.dicarlo@usss.dhs.gov>; wayne.ladd@illinois.gov; susan.wade@oldnational.com
**Subject:** Re: Fidelity Investment Accounts

**NOTICE: This email is from an external sender - do not click on links or attachments unless you recognize the sender and know the content is safe.**

Joseph:

I want to followup on my email of yesterday regarding the wire of funds. Our receiving account has not received the funds as if this evening.

Can you please confirm that you have received yesterdays email and that you have the information you require to initiate the wire. Also, can you let us know when we should be expecting the transfer.

Thank you for your time and assistance.

Dant Foulk

Caution: The message and any documents accompanying this transmission ("the Transmission") contain information from FMR Corp. or its affiliates, which is proprietary, confidential, and/or subject to the attorney-client privilege. The transmission is intended only for the person specifically named above. If you are not the intended recipient of this information, or the employee/agent responsible for delivering this message, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone (call us collect if you wish) and return the original to us at the address below, at our cost.
Fidelity Investments
245 Summer Street, Boston, MA 02210

**Date and time of transmission:** 03/16/23 01:14:42 PM
Number of pages including this cover sheet: 4

Sent from my iPhone

On Mar 8, 2023, at 1:01 PM, Dant Foulk <dfoulk@willcountyillinois.com> wrote:

Dear Joseph:

I am writing to provide you with the wire instructions you requested regarding the seizure warrant served on your financial institution.

It is my understanding that after you receive the wire instructions, you will transfer the funds outlined below from the seized accounts:
9245 - $2,112,100.00
4010 - $2,112,522.00
6532 - $153,467.00

Please let me know when the wire is expected to be initiated, so we can have the seizing agency head confirm they were transferred. Be advised, these funds will be placed into the seized funds account of the Will County Cooperative Assistance Team and will be held there pending the outcome of a civil asset forfeiture proceeding under the Illinois Money Laundering Act.

The wiring instructions are:
Will County Cooperative Police
Routing number: 086300012
Account number: [redacted]1345

Wayne Ladd is the Illinois State Police Master Sargent who runs that unit, he is included on this email if you need to speak to him.
Their bank representative at Old National is Susan Wade, she is included on this email if you need to speak to her.

Thank you for your time and assistance with this matter. Please contact me with any questions.

Very truly yours,
Dant Foulk
Assistant State's Attorney

---

**From:** Mike Casson <mcasson@willcountyillinois.com>
**Sent:** Monday, March 6, 2023 3:55 PM
**To:** Dant Foulk <DFoulk@willcountyillinois.com>

---

Caution: The message and any documents accompanying this transmission ("the Transmission") contain information from FMR Corp. or its affiliates, which is proprietary, confidential, and/or subject to the attorney-client privilege. The transmission is intended only for the person specifically named above. If you are not the intended recipient of this information, or the employee/agent responsible for delivering this message, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone (call us collect if you wish) and return the original to us at the address below, at our cost.
Fidelity Investments
245 Summer Street, Boston, MA 02210

Date and time of transmission: 03/16/23 01:14:42 PM
Number of pages including this cover sheet: 4

**Cc:** Rose Doyle <RDoyle@willcountyillinois.com>; Mya Davis <mya.davis@willcountyillinois.com>
**Subject:** FW: Fidelity Investment Accounts

Here are the amounts in each account:

9245 - $2,112,100.00
4010 - $2,112,522.00
6532 - $153,467.00

The POC who is dealing with this seizure warrant is Senior Manager for the Fidelity Investment Legal Operations Team Joseph Bacon. 617-563-0775
joseph.bacon@fmr.com

**From:** TODD DICARLO (CHI) <todd.dicarlo@usss.dhs.gov>
**Sent:** Monday, March 6, 2023 11:33 AM
**To:** Mike Casson <mcasson@willcountyillinois.com>
**Subject:** Fwd: Fidelity Investment Accounts

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mike
Can you give this guy a call to ensure there are no issues reference.
Thanks
Todd
Todd M. Di Carlo
Assistant to the Special Agent in Charge
United States Secret Service
Chicago Field Office
Cyber Fraud Task Force & Northwest Indiana

---

**From:** KOREY SMITH (CHI) <korey.smith@usss.dhs.gov>
**Sent:** Monday, March 6, 2023 11:29:52 AM
**To:** TODD DICARLO (CHI) <todd.dicarlo@usss.dhs.gov>
**Subject:** FW: Fidelity Investment Accounts

Joe Bacon's number is listed below.

Korey

**From:** KOREY SMITH (CHI) <korey.smith@usss.dhs.gov>
**Sent:** Wednesday, March 1, 2023 10:52 AM
**To:** TODD DICARLO (CHI) <todd.dicarlo@usss.dhs.gov>; CAYLA COLEMAN (CHI) <CAYLA.COLEMAN@usss.dhs.gov>

---

Caution: The message and any documents accompanying this transmission ("the Transmission") contain information from FMR Corp. or its affiliates, which is proprietary, confidential, and/or subject to the attorney-client privilege. The transmission is intended only for the person specifically named above. If you are not the intended recipient of this information, or the employee/agent responsible for delivering this message, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone (call us collect if you wish) and return the original to us at the address below, at our cost.
Fidelity Investments
245 Summer Street, Boston, MA 02210

---

**Date and time of transmission:** 03/16/23 01:14:42 PM
Number of pages including this cover sheet: 4

**Cc:** KOREY SMITH (CHI) <korey.smith@usss.dhs.gov>
**Subject:** Fwd: Fidelity Investment Accounts

Todd and Cayla,

Joe Bacon called me and stated he is still waiting for a Will County Prosecutor to give him a call in reference the seizure warrants. Joe is hoping for a call as soon as possible ablout this. Please see his phone number below.

Thank you,

Korey

Get Outlook for iOS

---

**From:** KOREY SMITH (CHI) <korey.smith@usss.dhs.gov>
**Sent:** Monday, February 27, 2023 10:15 AM
**To:** TODD DICARLO (CHI) <todd.dicarlo@usss.dhs.gov>
**Cc:** KOREY SMITH (CHI) <korey.smith@usss.dhs.gov>
**Subject:** Fidelity Investment Accounts

Todd,

As we discussed, here is the amounts in each account:

9245 - $2,112,100.00
4010 - $2,112,522.00
6532 - $153,467.00

The POC who is dealing with this seizure warrant is Senior Manager for the Fidelity Investment Legal Operations Team Joseph Bacon. 617-563-0775

Korey

Get Outlook for iOS

---

Caution: The message and any documents accompanying this transmission ("the Transmission") contain information from FMR Corp. or its affiliates, which is proprietary, confidential, and/or subject to the attorney-client privilege. The transmission is intended only for the person specifically named above. If you are not the intended recipient of this information, or the employee/agent responsible for delivering this message, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message in error, please notify us immediately by telephone (call us collect if you wish) and return the original to us at the address below, at our cost.
Fidelity Investments
245 Summer Street, Boston, MA 02210

Date and time of transmission: 03/16/23 01:14:42 PM
Number of pages including this cover sheet: 4

# EXHIBIT "E"

EDGE FINANCIAL ADVISORS

*Always Act with Integrity* *Embrace Innovation* *Demand Excellence* *Focus on Simplicity*

12/9/2025

Dear Jeff Regnier,

Per your request, the following illustration is representative of an investment portfolio from March 14, 2023 to December 5th, 2025, using the value of the funds leaving on March 14, 2023. It is a standard allocation model based on the client's target allocation mix of 60% equities and 40% bonds. The equity allocation is allocated to 43% iShares Total US Market (ITOT) and 17% iShares total international Stock Market (IXUS). The bond allocation is allocated to 28% iShares Core US Aggregate Bond ETF (AGG) and 12% iShares Core International Aggregate Bond ETF (IAGG). The return data performance history includes annual rebalancing.

Regards,

The Edge Financial Advisors Team

NOTE: The original value derived is not inclusive of any penalties from the sales.

111 W. Wesley Street– Suite 1, Wheaton, Illinois 60187 ● (630) 221-1000 (Office) ● (630) 396-9000 (Fax)
www.edgefa.com

EDGE FINANCIAL ADVISORS

| Period | Regnier Portfolio (P:1888876) Total Return Growth |
|---|---|
| 12/3/2025 0:00 | $ 6,249,205 |
| 3/14/2023 0:00 | $ 4,316,047 |

| | |
|---|---|
| Projected Investment Gain $ | $ 1,933,158 |
| Projected Investment Gain % | 44.8% |




Source: Ycharts. Regnier Portfolio is based on allocation targets of 43% iShares total US Market ETF (ITOT), 17% iShares total international market ETF (IXUS), 28% iShares Core US Arrgregate Bond ETF (AGG), and 12% ishares Core International Aggregate Bond ETF (IAGG). Return data is from 3/14/2023-12/3/2025 with rebalancing annually.

EX. F

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2023MX001164
Filed Date: 4/7/2026 3:14 PM
Envelope: 37475556
Clerk: JM

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**COUNTY OF WILL, ILLINOIS**

PEOPLE OF THE STATE OF ILLINOIS )
ex. rel. JAMES W. GLASGOW, )
)
Plaintiff, )
)
*vs.* ) **NO. 2023 MX 1164**
)
2022 FORD BRONCO, VIN ENDING 1573 )
2021 FORD BRONCO, VIN ENDING 6084 )
2021 AUDI RS Q8, VIN ENDING 2969 )
2022 FORD F-250, VIN ENDING 7351 )
U.S. CURRENCY $1,257.00 )
FIDELITY INVEST. ACCT. ENDING #099245 )
FIDELITY INVEST. ACCT. ENDING 074010 )
FIDELITY INVEST. ACCT. ENDING 076532 )
)
JEFFERY REGNIER AND GRETA KERANEN, )
KEE CONSTRUCTION, LLC., KEE FIREARMS )
AND TRAINING, LLC )
)
Defendant/Claimants. )

To: See Attached Service List.

## NOTICE OF CLAIM AND COURT DATE

Please take note that on the **29th Day of April, 2026, at the hour of 11:00 AM in Courtroom 803 at the Will County Courthouse, 100 West Jefferson Street, Joliet, Illinois, 60432**, the parties will appear and then and there set a hearing date regarding an assertion that this Court's Seizure and Search Warrant, a copy of which is attached, was allegedly violated. Specifically, it is alleged that the securities held by Fidelity Investments were not held and preserved pending further order of Court. It is further alleged that no order of judicial sale was entered and that a liquidation of the subject brokerage account occurred. It is further alleged that a liquidation of the foregoing brokerage account has interfered with this Court's ability to order a return of the securities held in such Account.

YOU ARE BEING PROVIDED THIS NOTICE PURSUANT TO COURT ORDER.

YOU MAY APPEAR BY ZOOM: Zoom id: 834-5916-6706 password: 062548

https://izoom.il12th.org/ZoomRoomsLive.html (Zoom Link)

By: ______________________
Attorney for Claimants

Andreano Law, PC
Frank P. Andreano #06202756
Eric A. Cobb #6335708
Kelly A. Kirwin #06204576
58 N. Chicago Street, Ste. 509
Joliet, Illinois 60432
815-242-2000
frank@iltrials.com
eric@iltrials.com

## PROOF OF SERVICE

To: ATTACHED LIST

The undersigned being duly sworn on oath pursuant to 735 ILCS 5/1-109 states that on April 6, 2026 that caused a true and correct copy of the above-referenced document and all attachments to the parties listed in the attached service be served upon the above-named parties by first class US MAIL at their respective addresses, postage fully prepaid, and by Certified Mail U.S. Mail

By:____________________
FRANK P. ANDREANO

## SERVICE LIST

| | |
|---|---|
| WILL COUNTY STATE'S ATTORNEY<br>57 N. Ottawa St.<br>Joliet, IL 60432 | ILLINOIS ATTORNEY GENERAL<br>500 South Second Street<br>Springfield, IL 62701 |
| ILLINOIS STATE POLICE<br>801 South Seventh Street<br>Springfield, Illinois 62703 | UNITED STATES SECRET SERVICE<br>Chicago Field Office<br>525 W. Van Buren St., Ste. 900<br>Chicago, IL 60607 |
| WILL COUNTY SHERIFF'S POLICE<br>16911 W Laraway Rd, Suite 101<br>Joliet, IL 60433 | UNITED STATES DEPARTMENT OF JUSTICE<br>attn. Civil Division<br>950 Pennsylvania Ave. NW<br>Washington DC 20530-0001 |
| UNITED STATES ATTORNEY<br>Northern District of Illinois<br>attn. Civil Division<br>Dirksen Federal Building<br>219 S. Dearborn St., Suite 500<br>Chicago, IL 60604 | Office of General Counsel<br>MS0485 DEPT OF HOMELAND SECURITY<br>2707 Martin Luther King Jr Ave SE<br>Washington, DC 20528-0525 |
| FIDELITY INVESTMENTS<br>attn. Legal Operations<br>100 Crosby Pkwy, KC1D<br>Covington, KY 41015-0031<br>*Certified Mail* | FIDELITY INVESTMENTS<br>attn: Legal Operations<br>P.O. Box 770001<br>Cincinnati, OH 45277-0031<br>*Regular Mail* |

UNITED STATES POSTAL SERVICE.

MINOOKA
301 W MONDAMIN ST
MINOOKA, IL 60447-9998
www.usps.com

04/06/2026 04:52 PM

TRACKING NUMBERS
9589 0710 5270 0717 1821 26
9589 0710 5270 0717 1821 40
9589 0710 5270 0717 1821 33
9589 0710 5270 0717 1821 19
9589 0710 5270 0717 1821 02
9589 0710 5270 2052 8283 94
9589 0710 5270 2052 8284 00
9589 0710 5270 2052 8283 56
9589 0710 5270 2052 8283 87

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

Grand Total: $157.42

Credit Card Remit $157.42
Card Name: MasterCard
Account #: XXXXXXXXXXXX8510
Approval #: 06969Q
Transaction #: 898
AID: A0000000041010 Contactless
AL: MASTERCARD
CAPITAL ONE

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 165190-0447
Receipt #: 840-56040038-2-5520963-2
Clerk: 16

9589 0710 5270 2052 8283 87

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To US Atty - ND Ill
Street and Apt. No., or PO Box No.
City, State, ZIP+4® 2023mx1164

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0717 1821 26

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Fidelity Investments
Street and Apt. No., or PO Box No. Covington KY
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0717 1821 40

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Ill State Police
Street and Apt. No., or PO Box No. Springfield
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0717 1821 33

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Will Co Sheriffs
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0717 1821 19

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To US Dept of Justice - Civil Division
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0717 1821 02

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Ill Atty General
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2052 8283 94

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To* U.S. Secret Svc Chicago FO
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®* 2023 MX 1164

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2052 8284 00

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To* Gen Csl - Dept of Homeland Sec
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®* 23MX1146

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 2052 8283 56

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

*Sent To* Will Co States Atty 23MX 1164
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

# EX. G

Clerk of the Circuit Court
Andrea Lynn Chasteen

MR. FRANK ANDREANO

MySchedule | Court Calls | Parties | Offenses | Financials | Schedule | Docket | Documents

| | | | | | |
|---|---|---|---|---|---|
| **Case:** | 2023MX001164 | **Status:** | Closed | **Opened:** | 05/26/2023 |
| **Title:** | PEOPLE OF THE STATE OF ILLINOI vs. 2022 FORD BRONCO | | | | |
| **Type:** | MISCELLANEOUS CRIMINAL | **File:** | Forfeiture of Seized Property | **Closed:** | 12/03/2025 |

## Please enter the Search Criteria and press Apply

Event Date: *ALL / 05/26/2023 / 05/30/2023 Sort Date: ○ Ascending ◉ Descending Show Entries: ◉ *ALL ○ Documents ○ Minutes

Event Code: *ALL / Affidavit / Answer/Response to Complaint/Petition Ordering Judge: *ALL / BARRETT BRIAN E / DOW ELIZABETH Clerk: *ALL / AAR / AARS

| Event Date Receipt No. | Image | Docket Entry |
|---|---|---|
| 08/26/2026 059876099-02 | | **EXHIBIT(S)** |
| 08/26/2026 059876099-01 | | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| 08/12/2026 059818276-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Attorneys, Frank Andreano, Max Busby and Christopher Hotaling are present. Cause comes on for ruling on Claimant's Motion to Compel and Motion for Sanctions. Claimant's Motion for Sanctions is denied. Claimant's Petition for Rule is denied. Matter is continued for further status on pending matters.<br>*CANCELLED - Status - Wednesday, October 21, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 08/12/2026 059818276-01 | | **Order** |
| 07/22/2026 059734580-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCZYNSKI. Attorneys, Frank Andreano, Max Busby and Christopher Hotaling are present. Cause comes on for hearing on Claimant's Motion to Compel and Motion for Sanctions. Hearing is held. Matter is continued for ruling on Claimant's motions. |

BATES 000158

| | | |
|---|---|---|
| | | *Decision - Wednesday, August 12, 2026 @ 10:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 07/22/2026<br>059734580-01 | | **Order** |
| 07/21/2026<br>059730573-01 | | **Appellate Court Order DOCKETING DUE DATES 3-25-0652** |
| 07/20/2026<br>059725191-04 | | **EXHIBIT(S)** |
| 07/20/2026<br>059725191-03 | | **EXHIBIT(S)** |
| 07/20/2026<br>059725191-02 | | **RESPONSE TO MOTION** |
| 07/20/2026<br>059725191-01 | | **NOTICE OF FILING** |
| 07/20/2026<br>059723505-03 | | **EXHIBIT(S)** |
| 07/20/2026<br>059723505-02 | | **EXHIBIT(S)** |
| 07/20/2026<br>059723505-01 | | **AFFIDAVIT** |
| 07/14/2026<br>059706711-01 | | **REPLY** |
| 07/09/2026<br>059693609-01 | | **RESPONSE TO MOTION** |
| 07/08/2026<br>059676899-02 | | **Order** |
| 07/08/2026<br>059676899-01 | | **Forfeiture**<br>MATTER NOT ON CALL. People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCYNSKI. Claimant not present. Illinois State Police by Attorney, Max Busby. Illinois State Police's Second Motion for Extension of Time in Which to Respond is granted. Matter is continued to previously set hearing date of 7/22/2026 at 1:30pm.<br>**Judge:** KENNEDY DANIEL L **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 07/07/2026<br>059676158-01 | | **NOTICE OF MOTION** |
| 07/07/2026<br>059675010-01 | | **Notice inaccurate per AO/Court Order/Local Rules**<br>LESS THAN 48 HOUR NOTICE PER LOCAL RULE |
| 06/30/2026<br>059650529-01 | | **MOTION TO CONTINUE OR EXTEND TIME** |
| 06/12/2026<br>059582955-01 | | **NOTICE** |
| 06/12/2026<br>059582524-09 | | **RESPONSE TO MOTION** |
| 06/12/2026<br>059582524-08 | | **EXHIBIT(S)** |
| 06/12/2026<br>059582524-07 | | **EXHIBIT(S)** |

BATES 000159

| | | |
|---|---|---|
| 06/12/2026<br>059582524-06 | | **EXHIBIT(S)** |
| 06/12/2026<br>059582524-05 | | **EXHIBIT(S)** |
| 06/12/2026<br>059582524-04 | | **EXHIBIT(S)** |
| 06/12/2026<br>059582524-03 | | **EXHIBIT(S)** |
| 06/12/2026<br>059582524-02 | | **EXHIBIT(S)** |
| 06/12/2026<br>059582524-01 | | **EXHIBIT(S)** |
| 06/10/2026<br>059567424-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Frank Andreano. Attorney, Max Busby present. Cause comes on for Illinois State Police's Motion for Extension of Time in Which to Respond. Motion is granted. Matter is continued to previously set hearing date of 7/22/2026 at 1:30pm. No Order to follow.<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 06/04/2026<br>059565122-02 | | **NOTICE OF FILING** |
| 06/04/2026<br>059565122-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, June 10, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 06/04/2026<br>059564874-01 | | **Notice inaccurate per AO/Court Order/Local Rules** |
| 06/03/2026<br>059563896-02 | | **MOTION TO CONTINUE OR EXTEND TIME** |
| 06/03/2026<br>059563896-01 | | **APPEARANCE - NO FEE FOR ILLINOIS STATE POLICE** |
| 06/03/2026<br>059563139-02 | | **RESPONSE TO MOTION TO COMPEL** |
| 06/03/2026<br>059563139-01 | | **NOTICE OF FILING** |
| 06/03/2026<br>059544561-05 | | **EXHIBIT(S)** |
| 06/03/2026<br>059544561-04 | | **EXHIBIT(S)** |
| 06/03/2026<br>059544561-03 | | **EXHIBIT(S)** |
| 06/03/2026<br>059544561-02 | | **EXHIBIT(S)** |
| 06/03/2026<br>059544561-01 | | **EXHIBIT(S)** |
| 06/03/2026<br>059544535-04 | | **RESPONSE TO MOTION TO COMPEL** |
| 06/03/2026<br>059544535-03 | | **NOTICE OF FILING** |

BATES 000160

| | | |
|---|---|---|
| 06/03/2026<br>059544535-02 | | **MOTION TO STRIKE** |
| 06/03/2026<br>059544535-01 | | **NOTICE OF FILING** |
| 06/03/2026<br>059540096-01 | | **E-Copy Copy Work** |
| 05/26/2026<br>059505676-01 | | **E-Copy Copy Work** |
| 05/20/2026<br>059495338-01 | | **E-Copy Copy Work** |
| 05/20/2026<br>059489768-02 | | **RESPONSE TO REQUEST TO ADMIT** |
| 05/20/2026<br>059489768-01 | | **NOTICE** |
| 05/19/2026<br>059490415-02 | | **RESPONSE TO REQUEST TO ADMIT** |
| 05/19/2026<br>059490415-01 | | **NOTICE** |
| 05/01/2026<br>059418152-01 | | **E-Copy Copy Work** |
| 04/29/2026<br>059415121-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Attorneys, Frank Andreano, Christopher Hotaling, Maggie Boschelli, Aidan Nuttal and Max Busby are present. Cause comes on for status on setting a briefing schedule and presentation of Claimant's pending Motions. Matter is continued for hearing on all pending Motions.<br>*Hearing - Wednesday, July 22, 2026 @ 1:30pm, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 04/29/2026<br>059415121-01 | | **Order** |
| 04/23/2026<br>059406314-02 | | **APPEARANCE (NO FEE PREVIOUSLY PAID ON BEHALF OF OTHER PARTY) FOR FIDEL** |
| 04/23/2026<br>059406314-01 | | **APPEARANCE FOR FIDELITY INVESTMENT ACOUNT ENDING 099245,074010,076532** |
| 04/23/2026<br>059406313-01 | | **APPEARANCE(SCHEDULE 1) FULL AMOUNT** |
| 04/15/2026<br>059347091-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Frank Andreano. Cause comes on for Claimant's Motion for Judicial Notice and Claimant's Petition for Rule to Show Cause. Matter is continued for status on setting a briefing schedule.<br>*Status - Wednesday, April 29, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** RIPPY DANIEL **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 04/15/2026<br>059347091-01 | | **Order** |
| 04/07/2026<br>059318465-03 | | **EXHIBIT(S)** |
| 04/07/2026<br>059318465-02 | | **EXHIBIT(S)** |

BATES 000161

| | | |
|---|---|---|
| 04/07/2026<br>059318465-01 | | **NOTICE OF HEARING** |
| 04/07/2026<br>059318365-01 | | **Notice inaccurate per AO/Court Order/Local Rules**<br>INCORRECT TIME |
| 04/07/2026<br>059317244-02 | | **MOTION FOR JUDICIAL NOTICE** |
| 04/07/2026<br>059317244-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, April 15, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 04/07/2026<br>059317107-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, April 15, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 04/01/2026<br>059301047-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants present with Attorney, Frank Andreano. Illinois State Police present by Attorney, Aidan Nuttall. Cause comes on for hearing on Claimant's motions. State's objection to motions being heard based upon jurisdiction is denied. Matter is continued for presentation of Claimant's pending motions.<br>*Status - Wednesday, April 29, 2026 @ 11:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 04/01/2026<br>059301047-01 | | **Order** |
| 03/31/2026<br>059297129-04 | | **EXHIBIT(S)** |
| 03/31/2026<br>059297129-03 | | **EXHIBIT(S)** |
| 03/31/2026<br>059297129-02 | | **EXHIBIT(S)** |
| 03/31/2026<br>059297129-01 | | **PETITION** |
| 02/24/2026<br>059165775-02 | | **RESPONSE IN OPPOSITION TO OBJECTION** |
| 02/24/2026<br>059165775-01 | | **NOTICE OF FILING** |
| 02/18/2026<br>059135943-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Kelly Kirwin. Cause comes on for status on pending Motions. Matter is continued for hearing on issue of jurisdiction only. Future date of 4/1/2026 at 1:30pm to stand.<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 02/18/2026<br>059135943-01 | | **Order** |
| 02/18/2026<br>059134205-02 | | **OBJECTION** |
| 02/18/2026<br>059134205-01 | | **NOTICE OF MOTION** |
| 02/18/2026<br>059133107-01 | | **Notice inaccurate per AO/Court Order/Local Rules**<br>LESS THAN 48HRS PER LOCAL RULE |

BATES 000162

| | | |
|---|---|---|
| 02/04/2026<br>059097093-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCYNSKI. Claimant by Attorney, Frank Andreano. Cause comes on for Claimant's Motion to Set Pending Post-Judgment Motions for Hearing. Matter is continued for status on pending Motions.<br>*Status - Wednesday, February 18, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 02/04/2026<br>059097093-01 | | **Order** |
| 01/28/2026<br>059069167-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, February 4, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 01/16/2026<br>059040547-02 | | **EXHIBIT(S)** |
| 01/16/2026<br>059040547-01 | | **NOTICE OF FILING** |
| 01/16/2026<br>059028676-01 | | **Appellate Court Order MOTION TO HOLD APPEAL ALLOWED 3-25-0652** |
| 01/08/2026<br>059001243-01 | | **NOTICE** |
| 01/07/2026<br>058997883-03 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorneys, Eric Cobb and Frank Andreano. Cause comes on for Claimant's Motion to Compel and Motion for Sanctions. Matter is continued for hearing on Claimant's Motions.<br>*Hearing - Wednesday, April 1, 2026 @ 1:30pm, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 01/07/2026<br>058997883-02 | | **Order** |
| 01/07/2026<br>058997883-01 | | **Order** |
| 12/29/2025<br>058961662-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, January 7, 2026 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 12/23/2025<br>058953962-02 | | **EXHIBIT(S)** |
| 12/23/2025<br>058953962-01 | | **MOTION FOR SANCTIONS** |
| 12/22/2025<br>058948894-01 | | **Information Sheet DOCKETING DUE DATES 3-25-0652** |
| 12/22/2025<br>058947990-01 | | **EXHIBIT(S)** |
| 12/19/2025<br>058943240-02 | | **EXHIBIT(S)** |
| 12/19/2025<br>058943240-01 | | **MOTION TO COMPEL** |

BATES 000163

| | | |
|---|---|---|
| 12/10/2025<br>058907647-01 | | **Appellate Court Order STAY PROCEEDINGS DENIED 3-25-0652** |
| 12/05/2025<br>058892258-02 | | **EXHIBIT(S)** |
| 12/05/2025<br>058892258-01 | | **NOTICE OF FILING** |
| 12/05/2025<br>058890375-03 | | **REQUEST FOR PREPARATION OF RECORD ON APPEAL** |
| 12/05/2025<br>058890375-02 | | **NOTICE OF APPEAL FILED** |
| 12/05/2025<br>058890375-01 | | **NOTICE OF FILING** |
| 12/05/2025<br>058887001-02 | | **Transcript** |
| 12/05/2025<br>058887001-01 | | **NOTICE OF FILING** |
| 12/03/2025<br>058879122-03 | | **Order** |
| 12/03/2025<br>058879122-02 | | **File is Closed / Dismissed** |
| 12/03/2025<br>058879122-01 | | **Turnover of Property**<br>People of the State of Illinois present by DANT T. FOULK. Claimant by Attorney, Frank Andreano. Cause comes on for hearing on State's Motion to Strike Claimant's Third Motion to Dismiss. Trial is held and concluded. State's Motion to Strike is denied. Claimant's Motion to Dismiss is granted. State's Oral Motion to Stay is denied. By agreement of the parties, all matters having been resolved, the property is turned over to the claimant upon presentation of proof of payment and compliance with the terms or conditions as indicated on the order entered this date. See Order signed.<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 12/03/2025<br>058877385-02 | | **Matter Ordered Stricken**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Eric Cobb. Cause comes on for State's Motion to Strike Claimant's Third Motion to Dismiss. Matter is stricken from the call.<br>**Judge:** PETRUNGARO BOBBI N **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 12/01/2025<br>058865344-04 | | **MOTION TO MOTION** |
| 12/01/2025<br>058865344-03 | | **NOTICE OF FILING** |
| 12/01/2025<br>058865344-02 | | **MOTION TO STRIKE** |
| 12/01/2025<br>058865344-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, December 3, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 11/28/2025<br>058864985-01 | | **Notice inaccurate per AO/Court Order/Local Rules**<br>INCORRECT TIME, MISSING COURTROOM, MISSING COURTHOUSE ADDRESS |
| 11/19/2025<br>058835199-02 | | **Forfeiture**<br>MATTER NOT ON CALL. People of the State of Illinois present by Assistant State's |

| | | |
|---|---|---|
| | | Attorney, DANT T. FOULK. Claimant not present. Matter is continued for Claimant's Motion to Stay and status on setting hearing.<br>*CANCELLED - Status - Wednesday, December 10, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 11/19/2025<br>058835199-01 | | **Order** |
| 11/14/2025<br>058836282-01 | | **NOTICE** |
| 11/12/2025<br>058817762-02 | | **Forfeiture**<br>MATTER OFF CALL. People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Frank Andreano. Claimant's Motion to Lift Stay is taken under advisement.<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 11/12/2025<br>058817762-01 | | **Order** |
| 11/12/2025<br>058806641-01 | | **File sent to Judge Lynch**<br>*Motions - Wednesday, November 12, 2025 @ 11:25am, Courtroom 803, Judge FORFEITURE* |
| 11/04/2025<br>058781207-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, November 12, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902* |
| 10/29/2025<br>058770122-01 | | **MOTION TO LIFT STAY** |
| 10/29/2025<br>058761653-01 | | **EXHIBIT(S)** |
| 10/29/2025<br>058758633-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney, Frank Andreano. Leinholder present by Attorney, Gabirle Antman. Cause comes on for status as to Supreme Court Action as to pending motion for supervisory order and petition for leave to file Mandamus action and pending objection of motion for judicial notice. Matter is continued for hearing.<br>*Hearing - Wednesday, December 3, 2025 @ 1:30pm, Courtroom 902, Judge CIVIL JURY - 902*<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 10/29/2025<br>058758633-01 | | **Order** |
| 10/23/2025<br>058750341-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, October 29, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902* |
| 10/23/2025<br>058749554-02 | | **EXHIBIT(S)** |
| 10/23/2025<br>058749554-01 | | **MOTION TO DISMISS** |
| 10/20/2025<br>058734442-02 | | **EXHIBIT(S)** |
| 10/20/2025<br>058734442-01 | | **NOTICE OF FILING** |

BATES 000165

| | | |
|---|---|---|
| 10/17/2025<br>058737195-01 | | **EXHIBIT(S)** |
| 10/17/2025<br>058716243-01 | | **Order** |
| 10/17/2025<br>058715667-01 | | **Various Motions**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants present with Attorney, Frank Andreano. Cause comes on for status on Supreme Court Ruling and Claimants Motion for Judicial Notice. Motion is entered and continued. Matter is continued for status as to Supreme Court Action as to pending motion for Supervisory Order and petition for leave to file Mandamus Action and pending objection of motion for judicial notice.<br>*Status - Wednesday, October 29, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902*<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** LAS |
| 10/16/2025<br>058711156-01 | | **NOTICE OF INTENT** |
| 10/15/2025<br>058708043-02 | | **MOTION FOR JUDICIAL NOTICE** |
| 10/15/2025<br>058708043-01 | | **NOTICE OF MOTION**<br>*Motions - Friday, October 17, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902* |
| 10/10/2025<br>058692583-02 | | **Order** |
| 10/10/2025<br>058692583-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants present with Attorney Frank Andreano. Lienholder present by Attorney Gabriel Antman. Cause comes on for status on Supreme Court ruling. Matter is continued for same.<br>*Status - Friday, October 17, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902*<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** CNNN |
| 10/08/2025<br>058692512-01 | | **Order** |
| 10/08/2025<br>058685301-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants present with Attorney, Frank Andreano. Leinholder present by Attorney, Gabriel Antman. Cause comes on for trial. No trial is held. Matter is continued for status on Supreme Court ruling.<br>*Status - Friday, October 10, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902*<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 10/06/2025<br>058680553-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants present with Attorney, Frank Andreano. Cause comes on for hearing. Kee Construction and Kee Firearms may proceed as proper claimants. Matter is continued to previously scheduled trial date.<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 10/06/2025<br>058680553-01 | | **Order** |

BATES 000166

| | | |
|---|---|---|
| 10/03/2025<br>058670826-02 | | **Status**<br>People of the State of Illinois present by Assistant State's Attorney, Dant Foulk. Claimants present with Attorney, Frank Andreano. Cause comes on for State's motion to stay. Hearing is held. State's motion to stay is denied. Claimant's motion to exclude IDES Records is withdrawn. Matter continued for hearing.<br>*Hearing - Monday, October 6, 2025 @ 9:30am, Courtroom 902, Judge CIVIL JURY - 902*<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 10/03/2025<br>058670826-01 | | **Order** |
| 10/02/2025<br>058665512-02 | | **MOTION TO STAY** |
| 10/02/2025<br>058665512-01 | | **NOTICE OF MOTION**<br>*Motions - Friday, October 3, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902* |
| 09/29/2025<br>058651549-01 | | **NOTICE OF MOTION**<br>*Motions - Monday, October 6, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902* |
| 09/29/2025<br>058651364-02 | | **EXHIBIT(S)** |
| 09/29/2025<br>058651364-01 | | **NOTICE OF FILING** |
| 09/25/2025<br>058646990-01 | | **MOTION FOR JUDICIAL NOTICE** |
| 09/25/2025<br>058636174-02 | | **RESPONSE TO CLAIMANTS MOTION TO EXCLUDE EVIDENCE** |
| 09/25/2025<br>058636174-01 | | **NOTICE OF FILING** |
| 09/24/2025<br>058691279-05 | | **Matter set for Hearing**<br>*Hearing - Monday, October 6, 2025 @ 9:30am, Courtroom 902, Judge CIVIL JURY - 902* |
| 09/24/2025<br>058691279-04 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants present with Attorney, Frank Andreano. Cause comes on for State's motion to reset trial, reconsider extending time for initiating discovery and for hearing on unlawful source of property. Matter is continued for hearing on State's motions.<br>*Hearing - Friday, October 3, 2025 @ 9:30am, Courtroom 902, Judge CIVIL JURY - 902*<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 09/24/2025<br>058691279-03 | | **Order** |
| 09/24/2025<br>058691279-02 | | **Order** |
| 09/24/2025<br>058691279-01 | | **Order** |
| 09/22/2025<br>058621435-02 | | **MOTION TO RESET TRIAL BASED ON CLAIMANTS MOTION TO EXCLUDE EVIDENCE** |

BATES 000167

| | | |
|---|---|---|
| 09/22/2025<br>058621435-01 | | **Notice of Motion**<br>*Motions - Wednesday, September 24, 2025 @ 9:00am, Courtroom 902, Judge BARRETT* |
| 09/22/2025<br>058621140-02 | | **MOTION TO RECONSIDER EXTENDING TIME FOR INITIATING DISCOVERY & SET MAT** |
| 09/22/2025<br>058621140-01 | | **Notice of Motion**<br>*Motions - Wednesday, September 24, 2025 @ 9:00am, Courtroom 902, Judge BARRETT* |
| 09/22/2025<br>058621082-02 | | **MOTION FOR HEARING ON UNLAWFUL SOURCE OF PROPERTY** |
| 09/22/2025<br>058621082-01 | | **Notice of Motion**<br>*Motions - Wednesday, September 24, 2025 @ 9:00am, Courtroom 902, Judge BARRETT* |
| 09/15/2025<br>058606260-02 | | **TRANSCRIPT** |
| 09/15/2025<br>058606260-01 | | **NOTICE OF FILING** |
| 09/03/2025<br>058554414-01 | | **Matter Ordered Stricken**<br>People of the State of Illinois present by Assistant State's Attorney, Dant Foulk. Claimant not present. Cause comes on for Claimant's Motion to Exclude. Matter ordered stricken from the call.<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAT |
| 09/03/2025<br>058548503-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney, Frank Andreano. Cause comes on for Claimant's motion to exclude IDES records. Matter is continued for hearing.<br>*Hearing - Wednesday, October 8, 2025 @ 1:30pm, Courtroom 902, Judge CIVIL JURY - 902*<br>**Judge:** BARRETT BRIAN E **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 09/03/2025<br>058548503-01 | | **Order** |
| 08/29/2025<br>058544622-01 | | **Corrected MOTION SCHEDULING ON 09/02/2025. NOTICE OF MOTION WAS** SCHEDULED IN THE INCORRECT COURTROOM OF 803 IN ERROR. NOTICE OF MOTION SHOULD HAVE BEEN REJECTED. |
| 08/29/2025<br>058541819-01 | | **Notice of Motion**<br>*CANCELLED - Motions - Wednesday, September 3, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 08/29/2025<br>058539960-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, September 3, 2025 @ 9:00am, Courtroom 902, Judge CIVIL JURY - 902* |
| 08/27/2025<br>058539240-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Frank Andreano. Lienholder by Attorney, Gabe Antman. Cause comes on for Claimant's Emergency Motion to Extend Time for Initiating Discovery and Setting Matter for Trial Setting. Motion is denied. Matter is transferred to Judge Barrett for all further proceedings..<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |

BATES 000168

| | | |
|---|---|---|
| 08/27/2025 058539240-01 | | **Order** |
| 08/26/2025 058527187-01 | | **MOTION FOR EXCLUSION** |
| 08/26/2025 058525239-02 | | **MOTION TO CONTINUE OR EXTEND TIME** |
| 08/26/2025 058525239-01 | | **NOTICE OF MOTION**<br>*Emergency Motion - Wednesday, August 27, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 08/20/2025 058505152-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Frank Andreano. Leinholder by Attorney, Gabe Antman. Cause comes on for status. The setting of a hearing on the State's Motion to Reconsider is entered and continued and the turn-over of the funds ordered therein is ordered stayed. Matter is continued for Trial on case number 23MX1164 on 10/8/2025 at 1:30pm in Room 902, over State's objection. The PDH matters, 23MX741 and 23MX584 are both set for status and setting on 10/29/2025 at 9:00am in Room 803. 25MX1474 is set for status on 10/22/2025 at 9:00am in Room 803. The Trial date previously scheduled in case number 23MX1474 on 11/19/2025 at 1:30pm in Room 902 to stand. See Order signed. (AARS/TLWS)<br>*Trial - Wednesday, October 8, 2025 @ 1:30pm, Courtroom 902, Judge FORFEITURE TRIALS*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AARS |
| 08/20/2025 058504992-01 | | **Order** |
| 08/18/2025 058493894-01 | | **ANSWER/RESPONSE TO COMPLAINT/PETITION** |
| 08/18/2025 058493468-01 | | **ANSWER/RESPONSE TO COMPLAINT/PETITION** |
| 08/15/2025 058485632-03 | | **EXHIBIT(S)** |
| 08/15/2025 058485632-02 | | **MOTION TO RECONSIDER** |
| 08/15/2025 058485632-01 | | **NOTICE OF FILING** |
| 08/13/2025 058475570-02 | | **Order** |
| 08/13/2025 058475570-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney, Frank Andreano. Leinholder present by Attorney, Gabriel Antman. Cause comes on for Claimant's motion for substitution of counsel. Motion is granted. Matter is continued for status.<br>*Status - Wednesday, August 20, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** PETRUNGARO BOBBI N **Reporter:** ELECTRONIC RECORDING **Clerk:** LTOY |
| 08/08/2025 058466746-01 | | **DEMAND** |
| 08/08/2025 058466382-04 | | **REQUEST** |

| | | |
|---|---|---|
| 08/08/2025<br>058466382-03 | | **APPEARANCE (NO FEE PREVIOUSLY PAID ON BEHALF OF OTHER PARTY) FOR JEFFE** |
| 08/08/2025<br>058466382-02 | | **CONSENT** |
| 08/08/2025<br>058466382-01 | | **NOTICE OF MOTION**<br>*Motions - Wednesday, August 13, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE* |
| 07/16/2025<br>058377036-01 | | **Order - Agreed Order** |
| 07/16/2025<br>058377021-01 | | **Order (Judge's Decision)** |
| 07/16/2025<br>058375249-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants present with Attorney, Oliver Soleiman and Alexander Michael. Leinholder present by Attorney, Gabe Antman. Cause comes on for status on Claimant's Motion for Release of Title. Court finds all vehicles shall remain subject to the seizure Order and Plaintiff shall release all but the sum listed in Order to the Claimants herein pending final hearing herein. Matter is continued for status. See Order signed.<br>*Status - Wednesday, August 20, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AARS |
| 06/11/2025<br>058270047-02 | | **Order** |
| 06/11/2025<br>058270047-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Oliver Soleiman. Leinholder by Attorney, Gabe Antman. Cause comes on for ruling/decision on Claimant's Motion to Dismiss. Claimant's Motion to Dismiss is denied as to Count I. Claimant's Motion to Dismiss is taken under advisement as to Count II. Claimant's Motion for Release of Title is continued for ruling on Claimant's Motion as to Count II. Agreed Order as to subpoenas enters this date.<br>*Status - Wednesday, July 16, 2025 @ 10:30am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AARS |
| 06/11/2025<br>058245113-01 | | **Order** |
| 06/11/2025<br>058243143-01 | | **EXHIBIT(S)** |
| 05/07/2025<br>058115892-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Oliver Soleiman. Cause comes on for decision. Further hearing on Claimant's Motion to Dismiss is heard. Matter is taken under advisement and continued for ruling.<br>*Decision - Wednesday, June 11, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 05/07/2025<br>058115892-01 | | **Order** |
| 05/05/2025<br>058114105-01 | | **MEMORANDUM** |

BATES 000170

| | | |
|---|---|---|
| 05/05/2025<br>058103157-01 | | **PROOF OF SERVICE/CERTIFICATE OF SERVICE** |
| 04/23/2025<br>058062487-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney, Oliver Soleiman. Leinholder present by Attorney, Gabe Antman. Cause comes on for hearing on Claimant's Motion to Dismiss. Motion is taken under advisement. Matter is continued for decision.<br>*Status - Wednesday, May 7, 2025 @ 2:00pm, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 04/23/2025<br>058062487-01 | | **Order** |
| 04/22/2025<br>058070066-01 | | **REPLY TO MOTION TO DISMISS** |
| 04/22/2025<br>058057436-01 | | **PROOF OF SERVICE/CERTIFICATE OF SERVICE** |
| 04/02/2025<br>058010783-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant by Attorney, Oliver Soleiman. Leinholder by Attorney, Gabe Antman. Cause comes on for status and setting. Matter is continued for hearing on Claimants Motion to Dismiss.<br>*Hearing - Wednesday, April 23, 2025 @ 2:00pm, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** AAR |
| 04/02/2025<br>058010783-01 | | **Order** |
| 04/01/2025<br>057991343-02 | | **NOTICE OF FILING** |
| 04/01/2025<br>057991343-01 | | **RESPONSE TO MOTION TO DISMISS** |
| 03/05/2025<br>057894794-02 | | **Order** |
| 03/05/2025<br>057894794-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCYNSKI. Claimants, Jeffery Regnier, Greta Keranen, and Kee Firearms LLC by Attorney, Oliver Soleiman. Leinholder present by Attorney, Gabriel Antman. Cause comes on for hearing. Hearing not held. Matter is continued for status and setting.<br>*Status - Wednesday, April 2, 2025 @ 11:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** TLWS |
| 03/03/2025<br>057867819-01 | | **E-Copy Copy Work** |
| 02/26/2025<br>057865931-03 | | **Order** |
| 02/26/2025<br>057865931-02 | | **Order** |
| 02/26/2025<br>057865931-01 | | **Forfeiture**<br>Case not on call. People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney, Oliver Soleiman. Leinholder present by Attorney, Gabriel Antman. State's motion to adjudicate is entered and continued to 2/27/25. *** LATER *** Case is recalled. Same parties present. Court date of 2/27/25 is stricken. Matter is continued for hearing. |

BATES 000171

| | | |
|---|---|---|
| | | *Hearing - Wednesday, March 5, 2025 @ 1:30pm, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** LTOY |
| 02/25/2025<br>057859659-01 | | **RESPONSE TO PEOPLES REQUEST** |
| 02/19/2025<br>057832493-01 | | **NOTICE** |
| 02/19/2025<br>057831615-01 | | **REQUEST** |
| 01/22/2025<br>057739502-03 | | **Motion to Dismiss** |
| 01/22/2025<br>057739502-02 | | **Order** |
| 01/22/2025<br>057739502-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney, Oliver Soleiman. Leinholder present by Attorney, Gabriel Antman. Cause comes on for status. Matter is continued for hearing on Claimant's motion to dismiss.<br>*CANCELLED - Hearing - Thursday, February 27, 2025 @ 1:30pm, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** LTOY |
| 01/21/2025<br>057742286-01 | | **MOTION TO DISMISS** |
| 01/21/2025<br>057738607-01 | | **MOTION TO RETURN PROPERTY** |
| 01/08/2025<br>057697345-01 | | **Order** |
| 01/08/2025<br>057696250-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCYNSKI. Claimant present by Attorney Oliver Solomon. Lineholder present by Attorney Gabriel Antman. Cause comes on for status. Matter is continued for same.<br>*Status - Wednesday, January 22, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** LYNCH JENNIFER M **Reporter:** ELECTRONIC RECORDING **Clerk:** CCC |
| 01/08/2025<br>057690111-12 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-11 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-10 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-09 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-08 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-07 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-06 | | **SUBPOENA TO ISSUE** |

BATES 000172

| | | |
|---|---|---|
| 01/08/2025<br>057690111-05 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-04 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-03 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-02 | | **SUBPOENA TO ISSUE** |
| 01/08/2025<br>057690111-01 | | **SUBPOENA TO ISSUE** |
| 12/11/2024<br>057618000-01 | | **Order** |
| 12/11/2024<br>057612463-01 | | **Forfeiture**<br>CASE NOT ON CALL. People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney Oliver Solomon. Date of 12/18/24 is stricken. Matter is continued for status.<br>*Status - Wednesday, January 8, 2025 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** JARZ THEODORE J **Reporter:** ELECTRONIC RECORDING **Clerk:** CCC |
| 11/25/2024<br>057565233-01 | | **Correspondence - CLERK TO ATTORNEY OLIVER SOLEIMAN** |
| 11/25/2024<br>057565222-01 | | **Correspondence - CLERK TO ATTORNEY GABRIEL ANTMAN** |
| 11/25/2024<br>057565150-01 | | **Correspondence - CLERK TO STATE'S ATTORNEY** |
| 11/25/2024<br>057561467-02 | | **Order** |
| 11/25/2024<br>057561467-01 | | **DV - Status**<br>On Court's motion, previously set date of 12/11/24 is stricken and matter is continued to 12/18/24 at 9:00 AM. Clerk to notify.<br>*CANCELLED - Status - Wednesday, December 18, 2024 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** RICKMON ROGER **Reporter:** NO COURT REPORTER **Clerk:** ALBH |
| 11/13/2024<br>057511188-02 | | **Order** |
| 11/13/2024<br>057511188-01 | | **Forfeiture**<br>CASE NOT ON CALL. People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCYNSKI. Claimants present by Attorney Oliver Soloman. Lienholder present by Attorney Gabrial Antman. Matter is continued for hearing to previously set date of 12/11/24.<br>**Judge:** JARZ THEODORE J **Reporter:** ELECTRONIC RECORDING **Clerk:** CCC |
| 09/25/2024<br>057369955-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants, Jeffery Regnier and Greta Keranenpresent with Attorney, Oliver Soleiman. Cause comes on for status. Matter is continued for hearing on claimant's motion to dismiss. Case 23MX741 and 23MX584 to follow.<br>*CANCELLED - Hearing - Wednesday, December 11, 2024 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** JARZ THEODORE J **Reporter:** ELECTRONIC RECORDING **Clerk:** MCR |

BATES 000173

| | | |
|---|---|---|
| 09/25/2024<br>057369955-01 | | **Order** |
| 08/28/2024<br>057248980-01 | | **Order** |
| 08/28/2024<br>057248587-01 | | **Appearance (No Fee Previously Paid on Behalf of Other Party)**<br>FOR JEFFREY REGNIER, KEE CONSTRUCTION, GRETA KERANEN, KEE FIREARMS |
| 08/28/2024<br>057246205-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants Jeffrey Regnier and Greta Keranen present with Attorney Oliver Soleiman. Lienholder present by Attorney Gabriel Antman. Attorneys Friedman and Blumenfeld are given leave to withdraw. Cause comes on for hearing on claimant's motion and status on PDH cases. Matter is continued to 3:00 p.m. **LATER** Same parties present. Cause comes on for hearing on claimant's motion to dismiss. Hearing is held. Motion to dismiss is denied. Matter is continued for status. See order signed.<br>*Status - Wednesday, September 25, 2024 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** JARZ THEODORE J **Reporter:** ELECTRONIC RECORDING **Clerk:** CNNN |
| 07/24/2024<br>057125841-02 | | **Order** |
| 07/24/2024<br>057125841-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by private counsel. Cause comes on for status. Matter is continued for hearing on claimant's motion and status on PDH cases.<br>*Hearing - Wednesday, August 28, 2024 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** JARZ THEODORE J **Reporter:** NO COURT REPORTER **Clerk:** CNNN |
| 05/22/2024<br>056897273-01 | | **Order** |
| 05/22/2024<br>056895185-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant Jeffrey Reigner present by Attorney Loren Blumenfeld. Claimant Greta Keranen present by Attorney Jack Freeland. Cause comes on for hearing on claimant's motion to dismiss. Matter is continued for same. Matter is continued for special setting of 3:00 p.m.<br>*Status - Wednesday, July 24, 2024 @ 3:00pm, Courtroom 803, Judge FORFEITURE*<br>**Judge:** JARZ THEODORE J **Reporter:** ELECTRONIC RECORDING **Clerk:** CCC |
| 05/17/2024<br>056890488-02 | | **NOTICE OF FILING FILED FOR JEFFREY T. REGNIER AND GRETA KERANEN** |
| 05/17/2024<br>056890488-01 | | **REPLY FILED FOR JEFFREY T. REGNIER AND GRETA KERANEN** |
| 03/27/2024<br>056706286-02 | | **RESPONSE TO MOTION** |
| 03/27/2024<br>056706286-01 | | **NOTICE** |
| 02/28/2024<br>056603405-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimants Jeffrey Regnier and Greta Keranen present by private counsel. Cause comes on for status on discovery and claimant's Jeffrey Regnier and Greta Keranen's joint motion to dismiss. Matter is continued for hearing on claimants motion to dismiss. |

BATES 000174

| | | |
|---|---|---|
| | | *Hearing - Wednesday, May 22, 2024 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** JARZ THEODORE J **Reporter:** NO COURT REPORTER **Clerk:** CCC |
| 02/28/2024<br>056603405-01 | | **Order** |
| 01/25/2024<br>056487141-01 | | **MOTION TO DISMISS FILED FOR JEFFERY T. REGNIER AND GRETA KERANEN** |
| 01/24/2024<br>056476496-02 | | **Forfeiture**<br>Order entered prior to court. People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant not present. Cause comes on for status on discovery. Matter is continued for same.<br>*Status - Wednesday, February 28, 2024 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** JARZ THEODORE J **Reporter:** NO COURT REPORTER **Clerk:** CCC |
| 01/24/2024<br>056476496-01 | | **Order** |
| 11/22/2023<br>056300401-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant not present. Leinholder present by Attorney, Gabriel Antman. Cause comes on for status on discovery. Matter is continued for further status on discovery.<br>*Status - Wednesday, January 24, 2024 @ 9:00am, Courtroom 803, Judge FORFEITURE*<br>**Judge:** KENNEDY DANIEL L **Reporter:** ELECTRONIC RECORDING **Clerk:** TLW |
| 11/22/2023<br>056300401-01 | | **Order** |
| 09/13/2023<br>056041205-01 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCYNSKI. Claimant present by Attorney, Jack Freelander. Cause comes on for status on discovery. Matter is continued for status on the same.<br>*Status - Wednesday, November 22, 2023 @ 9:00am, Courtroom 802, Judge FORFEITURE*<br>**Judge:** DOW ELIZABETH **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 08/09/2023<br>055919180-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, DANT T. FOULK. Claimant present by Attorney, Jack Freelander. Leinholder present by Attorney, Gabriel Antman. Cause comes on for status on appearance and answer. Matter is continued for status on discovery.<br>*Status - Wednesday, September 13, 2023 @ 9:00am, Courtroom 802, Judge FORFEITURE*<br>**Judge:** DOW ELIZABETH **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 08/09/2023<br>055919180-01 | | **Order** |
| 07/07/2023<br>055799348-03 | | **NOTICE OF FILING FILED FOR CLAIMANT GRETA KERANEN** |
| 07/07/2023<br>055799348-02 | | **APPEARANCE FILED FOR CLAIMANT GRETA KERANEN** |
| 07/07/2023<br>055799348-01 | | **ANSWER/RESPONSE TO COMPLAINT/PETITION FILED FOR CLAIMANT GRETA KERANEN** |
| 07/07/2023<br>055799347-01 | | **APPEARANCE(SCHEDULE 1) FULL AMOUNT** |

BATES 000175

| | | |
|---|---|---|
| 07/07/2023<br>055799285-03 | | **APPEARANCE FILED FOR CLAIMANT JEFFERY REGNIER** |
| 07/07/2023<br>055799285-02 | | **NOTICE OF FILING FILED FOR CLAIMANT JEFFERY REGNIER** |
| 07/07/2023<br>055799285-01 | | **ANSWER/RESPONSE TO COMPLAINT/PETITION FILED FOR CLAIMANT JEFFERY REGNI** |
| 07/07/2023<br>055799284-01 | | **APPEARANCE(SCHEDULE 1) FULL AMOUNT** |
| 06/14/2023<br>055735544-02 | | **Forfeiture**<br>People of the State of Illinois present by Assistant State's Attorney, LAURENCE LESZCYNSKI. Claimant present by Attorney, Jack Freelander. Leinholder present by Attorney, Gabriel Antman. Cause comes on for initial return date. Matter is continued for status on appearance and answer.<br>*Status - Wednesday, August 9, 2023 @ 9:00am, Courtroom 802, Judge FORFEITURE*<br>**Judge:** DOW ELIZABETH **Reporter:** ELECTRONIC RECORDING **Clerk:** LTO |
| 06/14/2023<br>055735544-01 | | **Order** |
| 06/12/2023<br>055716264-02 | | **ANSWER/RESPONSE TO COMPLAINT/PETITION FILED FOR VW CREDIT, INC. D/B/A** |
| 06/12/2023<br>055716264-01 | | **APPEARANCE FILED FOR VW CREDIT, INC. D/B/A AUDI FINANCIAL SERVICES** |
| 06/12/2023<br>055716263-01 | | **APPEARANCE(SCHEDULE 1) FULL AMOUNT** |
| 06/09/2023<br>055698716-01 | | **PROOF OF SERVICE/CERTIFICATE OF SERVICE** |
| 06/06/2023<br>055684265-01 | | **PROOF OF SERVICE/CERTIFICATE OF SERVICE** |
| 05/30/2023<br>055658130-01 | | **Copies & Cert. Copies** |
| 05/26/2023<br>055654858-02 | | **COMPLAINT** |
| 05/26/2023<br>055654858-01 | | **NOTICE**<br>*Return Date - Wednesday, June 14, 2023 @ 9:00am, Courtroom 802, Judge FORFEITURE* |
| 05/26/2023<br>055654857-01 | | **FORFEITURE OF SEIZED PROPERTY** |

## Informational Message

**Notice about Frankfort Branch Court**

- Due to damaged sustained from this week's storms, the Frankfort Branch Court sessions scheduled for August 13, 2026 are rescheduled to September 10 by order of the Chief Judge of the 12th Judicial Circuit Court. Matters that were scheduled for 9am on August 13 are rescheduled to 9 AM on September 10. Matters that were scheduled for

1 PM on August 13 are rescheduled to 1 PM on September 10. All matters originally scheduled for August 13 will be heard on September 10 at Frankfort Branch Court located at Frankfort Township Old Hall, 11008 W. Lincoln Hwy. Frankfort, IL 60423.

**Site Availability:**

- This site is unavailable Monday through Saturday from 11:50 pm CST until 2:00 am CST the next morning, and Sunday from 11:00 pm CST until Monday morning at 2:00 am CST.

© 2013-2026, Will County Circuit Clerk, All Rights Reserved.
By using this service, the user agrees and understands that he or she is bound by the on-line access to court records User Agreement and Disclaimer.

# EX. H

27

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL COURT
WILL COUNTY, ILLINOIS

IN THE MATTER OF THE PEOPLE OF THE STATE OF ILLINOIS, ex. rel. JAMES W. GLASGOWM, State's Attorney of Will County,

Plaintiff,

v.

2022 FORD BRONCO, VIN#20FMEE5DP6NLB01573, et. al.,

Defendants.

NO. 23 MX 1164

**ORDER**

This matter coming before this Court on decision on Claimant's Motion to Compel the Return of the Claimants' Property, for an Accounting or in the Alternative for Assessment of Damages Pursuant to : 720 ILCS 5/29B-25 and Motion for Sanctions, the court having reviewed the pleadings herein, heard the arguments of counsel, and having reviewed caselaw and statutes provided by the parties, the court entering this Order pursuant to the Third District Appellate court denying the stay of these proceedings as set forth in Order entered December 10, 2025, the court finds as follows:

A. The property herein was subject to a complaint filed on or about May 26, 2023 and preliminary determination hearing held on November 22, 2023 in Will County case 23 MX 854 and a seizure warrant signed on or about February 24, 2023.

B. The court notes that the forfeiture herein was related to the alleged contraband nature of the funds received by the Claimants. The Act does permit the seizure and forfeiture of assets that are derivative of such funds.

C. That Claimant's Motion to Dismiss was granted on December 3, 2025 wherein all property was ordered to be returned to Claimants.

D. Claimants since filed this instant motion alleging that they were entitled to damages related to the seizure of their Fidelity retirement and investment accounts as to the loss of value of such accounts during the pendency of this matter.

E. That this court finds that any allegations against Fidelity Investments involve allegations of an alleged breach of an alleged fiduciary relationship for which this court is not the proper venue.

F. That this court finds that the seizure warrant issued relative to the investment accounts herein is improper. Such warrant authorized the conversion of the Claimant's retirement and investment accounts. The court finds that there is no legal distinction between these accounts and paper stocks and bonds. The court notes that the seizure warrant was obtained by the United States Secret Service and monies ultimately deposited in the WCPAT account. This court finds that the conversion of such accounts was against the practice of the federal government. Further, the financial institution was able to freeze such accounts in lieu of conversion, thus preserving the unique nature of such accounts while protecting the interests of all parties, and noting that counsel for Fidelity specifically acknowledged that if the accounts contained paper stocks or bonds that those paper certificates would have been surrendered for holding instead of converting the same.

G. That the proceeds of the converted retirement and investment accounts were held in the WCPAT interest bearing account. Claimants argue that they should be entitled to any such earnings on those funds. The State argues that the statute does not provide for such damages so they cannot be granted, but if they were, any recovery by Claimants should be limited to the actual interest earned in the WCPAT account. The court finds that allowing WCPAT and any other governmental agency to profit from the holding of such funds in this circumstances would clearly constitute undue enrichment and is clearly improper.

H. That this court takes notice of its own order of July 16, 2025 granting certain pre-trial relief to Claimants which is the subject of appeal in Third Appellate Court case number 3-25-0652.

I. That although the Will County State's Attorney represented its interests zealously in this matter, that such activity does not rise to the level of sanctionable behavior.

AND ORDERS AS FOLLOWS:

1. That Claimants shall be entitled to actual damages, if any, as a result of the seizure of their Fidelity IRA account for any tax penalties, interest or negative treatment by the Internal Revenue Service or Illinois Department of Revenue as a result of the improper conversion of such account. Such recovery shall proceed jointly and severally against the United States Secret Service as they were responsible for the seizure thereof and against the Will County State's Attorney office due to their active participation in the same.

2. That the Claimants herein did have the right to seek relief as to the issuance of the seizure warrant herein just as they did resulting in this court's entry of its July 16, 2025 Order. That in light of the same, it is improper for this court to seek damages equal to a loss of investment value during the pendency of this case.

3. However, Claimants are entitled to any and all earnings that WCPAT collected while holding the converted funds of the accounts.

4. The State is ordered to provide a complete and detailed accounting, including documentation of the same, of any earnings and any deductions taken in relation to the converted accounts held by WCPAT within 45 days.

5. The Claimants are ordered to provide proof of any damages related to their Fidelity IRA account as set forth in Paragraph 1 within 45 days.

6. Claimant's Motion for Sanctions is denied.

7. Any claims against Fidelity Investments are denied herein with leave for Claimants to seek in a proper venue.

8. Claimant's Petition for Rule is denied.

9. This matter is set for status on accounting and damages proof on October 21, 2026 at 9:00 a.m.

Dated: August 12, 2026

JUDGE